# U.S. District Court

## California Northern - Oakland

Receipt Date: Feb 10, 2026 9:42AM

ARIEL MENDONES
2416 W. TENNYSON RD APT 209
HAYWARD, CA 94545

Rcpt. No: 411018745 Trans. Date: Feb 10, 2026 9:42AM Cashier ID: #AF (7003)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 205 | Miscellaneous Filing Fees | | 1 | 52.00 | 52.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $52.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $52.00 |
| Total Tendered: | $52.00 |
| Total Cash Received: | $0.00 |

**Comments**: 26-XR-90193 ~~KAW~~ NW

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.