ARIEL MENDONES
2416 W Tennyson Rd Apt 298
Hayward, CA 94545
Tel.: (510)470-1563
Email: mendonesa8@gmail.com

MARIDOL MENDONES
1800 Threlkel St.,
Reno, NV 89512
Tel.: (510)502-2398
Email: mcruz_tx_usa@yahoo.com

*Defendants, In Pro Se*

FILED
FEB 10 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

NW

UNITED STATES OF AMERICA,

*Plaintiff*

v.

ARIEL MENDONES
MARIDOL MENDONES,

*Defendants*

In Re: SERVED TO YAHOO AND GOOGLE A SEARCH WARRANT TO SEARCH AND SEIZE PROPERTIES FOR ALL RECORDS ASSOCIATED WITH THE FOLLOWING ACCOUNTS:
MCRUZ_TX_USA@YAHOO.COM
AKASWAKI@YAHOO.COM
MENDONESA8@GMAIL.COM

CASE NUMBER: CR 26-90193 MISC

WARRANT NO.: 2025_9275

KAW

**DEFENDANTS' AFFIDAVITS OF WITNESSES IN SUPPORT TO PETITION MOTION FOR FRANKS EVIDENTIARY HEARING**

**Date:** To be set by the Court
**Time:** To be set by the Court
**Dept:** To be set by the Court

[Affidavit of Witness, Barbara Clark, Order From Judge Victoria Kolakowski, and Affidavit from Forensic Video Expert, Anthony Nelson; filed and served concurrently herewith]

TO THE COURT,

The following are the affidavit of witness, Barbara Clark, and affidavit metadata analysis and interpretation of forensic video expert named Anthony Nelson. The order of trial judge Victoria Kolakowski can be viewed in the underlying exhibits at Exhibit_ 7, and the metadata exhibit is in Exhibit_9. All these material evidence[s] proved that the Defendants have not engaged in any criminal activity.

# EXH_3: Affidavit from witness-Barbara Clarks

ARIEL MENDONES
MARIDOL MENDONES
2416 W Tennyson Rd Apt 298
Hayward, CA 94545
Tel.: (510)502-2398
Email: mcruz_tx_usa@yahoo.com

*Plaintiffs, In Pro Se*

ENDORSED
FILED
ALAMEDA COUNTY

SEP 29 2025

CLERK OF THE SUPERIOR COURT
By [signature], Deputy

**SUPERIOR COURT OF STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

ARIEL MENDONES, et al

*Plaintiffs*

vs.

CUSHMAN AND WAKEFIELD, INC., et al.

*Defendants*

CASE NUMBER: 23CV028772

**DECLARATION OF BARBARA CLARK IN SUPPORT TO PLAINTIFFS' EX-PARTE APPLICATION FOR POST-ORDER RELIEFS**

**<u>Accompanying documents:</u>**

1. Ex-Parte Application Under Cal. Rules 3.1113(e)
2. Notice of Ex-Parte Applications Post-Order Reliefs
3. Plaintiffs' Ex-Parte Applications for Post-Order Reliefs Under CCP §§ 170.1, 170.3, 170.4, CCP § 473(b), CCP § 663, and CCP § 657
4. Exhibits in Support to Plaintiffs' Ex-Parte Applications for Post-Order Reliefs.
5. Declaration of Ariel Mendones and Maridol Mendones in Support to Ex-Parte Application for Post-Order Reliefs
6. Ex-Parte Proposed Orders
7. Proof of Service

| | |
|---|---|
| Department: | 16 |
| Complaint filed: | March 03, 2023 |
| FAC Filed: | July 31, 2023 |
| SAC Filed: | January 18, 2024 |

** Per Local Rules, Ex Parte Application will be heard based on the moving papers without a specific hearing time unless otherwise notified by the Court

# DECLARATION

I am Barbara Clark and hereby declare,

This is in reference to Mendones, et al vs. Cushman and Wakefield, et al. I have personal knowledge on the contents of this declaration. It came to my attention that my prior video testimony encountered issue as appeared to the judge made by artificial intelligence.

It was the idea of our friend, Geri Haas to make a video testimony and written declarations because of Geri's feeling if she could live longer due to her heart condition and other health issues. Me and Sarah Davis have our own medical conditions. I feel sorry with Maridol that she has to endure the hostility of their abusive neighbor, Mr. Richardson. Their landlord just ignored it. Even without us, many others witness the incidents such as their property managers, security guards, maintenance crew, police officers of hayward, their security camera and other neighbors.

I would like to apologize to the Court for what my granddaughter did. We entrusted our video testimonies to her, not knowing she distorted it by incorporating synchro-vox using adobe after effects. You have no idea how this creates a fight in our family, but I promise Maridol to bring my granddaughter with me to testify in Court. Even I wanted her to submit an affidavit in Court, she's not talking with me at the moment. Her fiancée died with covid. It was very painful to her because she loved him dearly. When she learned from social media that the covid couple, (Ariel and Maridol), was the one who threw out the equipment infected with covid virus, she hated them and avenged by ruining our video testimonies with an intent that will cause trouble to the couple, and she hoped to get them to jail.

I am willing to testify in Court for as long as I will be informed in advance. Again, my deepest apology to the Judge.

I declare under penalty of perjury under the laws of the State of California that the foregoing statement herein is true.

Date: September 16, 2025

Signed by: *Barbara Clark*
Barbara Clark

Case Name: Mendones, et al v. Cushman and Wakefield, Inc., et al
Case Number: 23CV028772

**PROOF OF SERVICE**

I am a citizen of the United States. My address is 2416 W Tennyson Rd. Hayward, CA 94545. I am over the age of 18 years and not a party in this cause of action. I am familiar with the collection and processing of mailing in the United States Postal Service and is deposited the same day as the day of collection in the ordinary course of business.

On September 29, 2025 [and or later dates], the following ordinary business practice, I serve a true copy of the foregoing document described as:

**EX-PARTE APPLICATION UNDER CAL. RULES 3.1113(e)**

**PLAINTIFFS' EX-PARTE APPLICATION FOR POST-ORDER RELIEFS UNDER CCP §§ 170.1; 170.3 and 170.4; CCP § 473(b); CCP § 663 and CCP § 657**

**NOTICE OF EX-PARTE APPLICATION FOR POST-ORDER RELIEFS**

**DECLARATION OF MARIDOL MENDONES, ARIEL MENDONES AND BARBARA CLARK IN SUPPORT ON EX-PARTE APPLICATION FOR POST-ORDER RELIEFS**

**EXHIBITS IN SUPPORT TO PLAINTIFFS' EX-PARTE APPLICATION FOR POST-ORDER RELIEFS**

**EX-PARTE PROPOSED ORDER FOR POST-ORDER RELIEFS**

I serve on the address as follows:

MARK L. DAWSON, ESQ. (SBN 166956)
CARL E. KADLIC, ESQ. (SBN 193778)
DAWSON LAW OFFICES, INC.
3480 Buskirk Avenue, Suite 205
Pleasant Hill, CA 94523
(925)718-1040 Telephone
mdawson@dawsonlawoffices.com
darmanini@dawsonlawoffices.com

Via defendants' email. Courtesy copy sent to Dept. 16 via email.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration executes on September 29, 2025, in Hayward, CA.

PnWright
PENNY WRIGHT
*Declarant*

# EXH_4: Affidavit, Findings and Analysis from Forensic Video Expert, Anthony Nelson

**Anthony Nelson, M.Sc.**

October 21, 2024

Mark Dawson, Esq.
Dawson Law Offices, Inc.
3480 Buskirk Ave, Ste 205
Pleasant Hill, CA 94523

**FORENSIC VIDEO AUTHENTICATION REPORT**

RE: Ariel and Maridol Mendones
Case name: Mendones v Cushman & Wakefield, Inc.
Claim #: 499932-GO
Date of Loss:

Dear Mark Dawson,

**1. Definitions**

**Metadata** is that data that describes the data.

**Power Spectrum** is a graphical representation that shows the power or amplitude of an audio signal over time.

**Splice** is a term used to explain the process of cutting segments of media files.

**Spectrogram** is a visual representation of an audio signal's frequency over time.

**Md5 Hash** is a math formula that generates a unique code for any digital file, based on its contents.

**Decibels (dB)** are a unit used to measure the intensity of sound or the strength of an audio signal.

**Timecode** is a visual system that displays the time and date during video playback.

**Hex Data** is raw information about a digital file, commonly used to view the underlying structure of a digital file.

**Video Encoding** is the process of converting a video into a specific format to be transmitted and compatible for playback on different platforms.

**2. Intro**

I am Anthony Nelson, I hold a Master's Degree in Recordings Arts with an emphasis in Media Forensics from the National Center for Media Forensics at the University of Colorado, Denver. During my time at the University of Colorado, I received specialized training in forensic digital video and audio authentication. The National Center for Media Forensics is the only Master's Degree

program in the nation that specializes in an emphasis in media forensics. Since my graduation, I have worked in the audio and video forensics field for five years.

I have been retained as an expert by the defense in connection with Mendones v Cushman & Wakefield. I was asked to perform forensic authentication analysis on the following video and audio evidence files:

***Exh_2.mp4*** *md5 hash: 8befa79a203bca0975186b9a9e4b85dc*
***Exh_3.mp3*** *md5 hash: a4ed9c7d0897f5c8c271e63300bf23c3*
***Exh_6_A.mp4*** *md5 hash: 4bf4fc1a9491353d2ef8d43c8773cf46*
***Exh_6_B.mp4*** *md5 hash: 72b8a612a176477fa83ee50578f39441*
***Exh_6_C.mp4*** *md5 hash: a87bd8c939d478bc968e3111c105b85a*
***Exh_6_D.mp4*** *md5 hash: a93a697ccbdede0aa023124f4114885f*
***Exh_8_Video_Mostar_King.mp4*** *md5 hash: 881b808050ee6b53bfe3b3785ff0a514*
***Exh_11.mp4*** *md5 hash: 219fb6ef18e25c296161eb8dc366da19*
***Exh_12.mp4*** *md5 hash: a2437f0bf0151c5b55fe9f999905e37b*
***Exh_13.mp4*** *md5 hash: 263fb9f29a33a25eb7059961cdfc0a9a*
***Exh_14.mp4*** *md5 hash: 73f95bcc4c4bfb4a693690da25bfe780*
***Exh_15.mp4*** *md5 hash: be58c3844f54a457e3422383d8853d20*
***Exh_16.mp4*** *md5 hash: cb9da943f44cdb05cf430b178eef9529*
***Exh_17.mp4*** *md5 hash: e023c05dc870986bc3f5c0216455458e*
**Exh_21.mp3** *md5 hash: a71a4ef07020bd700fc1f850de3345c2*

The PDF records were delivered to me via download transfer on September 30, 2024. Within the PDF records, were hyperlinks to download the evidence media files shared through Google Drive.

3. **Audio Analysis**

All evidence audio files underwent various levels of forensic authentication analysis. This includes auditory, visual, and file metadata/hex inspections.

File inspection analysis uses forensic tools to examine the file structure and metadata to determine the file's origins and to observe if any third party editing software was used on the file. A hex data analysis was used to examine the file's structure for any signs of tampering that may not be visible to standard video playback.

**3.1 Analysis of Exh_3.mp3**

During the auditory analysis of evidence file Exh_3.mp3 an auditory anomaly was observed at the 1 min and 31 second mark.

Part of my analysis includes power spectrum analysis. The power spectrum converts the audio file from the time domain to the frequency domain. Where the X-axis represents time, while the Y-axis represents power measured in decibels (dB). The black line in the graph displays the audio's power, while the red line serves as a reference at 0 dB. The red line in this graph represents the 0 db reference marker. Any time the audio's power drops below the red reference line, it can indicate an audio splice. This can be observed in figure 1 at the 1 minute and 31 second mark in the evidence audio file Exh_3.mp3. Evidence audio file Exh_3.mp3's power falls well below the 0 dB reference

line.




*Figure 1. Exh_3mp3 Power Spectrum Graph*

Figure 1 is the power spectrum graph of the evidence audio file ***Exh_3.mp3***. The power spectrum in figure 1 contains many dips and breaks the red reference line.

A spectrogram visual analysis further confirms the presence of splices, as seen in figure 2. The visual breaks in frequency and amplitude provide evidence that supports the findings from the power spectrum analysis. A zoomed-in of the audio break can be seen in figure 3. Where the black area in the spectrogram represents a 0 dB signal level.



*Figure 2. Exh_3.mp3 Spectrogram Graph*




*Figure 3. Exh_3.mp3 Spectrogram Graph Zoomed-In*

Within the hex data of evidence file Exh_3.mp3 contained the comment "This video is about Exh_3. TT2, Exh_3 TEN ProTranscoderool_sb (Apple MP3)", as shown in figure 4.

Exh_3.mp3

| Offset(h) | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 0A | 0B | 0C | 0D | 0E | 0F | Decoded text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00000000 | 49 | 44 | 33 | 02 | 00 | 00 | 00 | 00 | 0F | 76 | 54 | 54 | 31 | 00 | 00 | 1B | ID3......vTT1... |
| 00000010 | 00 | 54 | 68 | 69 | 73 | 20 | 76 | 69 | 64 | 65 | 6F | 20 | 69 | 73 | 20 | 61 | .This video is a |
| 00000020 | 62 | 6F | 75 | 74 | 20 | 45 | 78 | 68 | 5F | 33 | 00 | 54 | 54 | 32 | 00 | 00 | bout Exh_3.TT2.. |
| 00000030 | 07 | 00 | 45 | 78 | 68 | 5F | 33 | 00 | 54 | 45 | 4E | 00 | 00 | 21 | 00 | 50 | ..Exh_3.TEN..!.P |
| 00000040 | 72 | 6F | 54 | 72 | 61 | 6E | 73 | 63 | 6F | 64 | 65 | 72 | 54 | 6F | 6F | 6C | roTranscoderTool |
| 00000050 | 5F | 73 | 62 | 20 | 28 | 41 | 70 | 70 | 6C | 65 | 20 | 4D | 50 | 33 | 00 | 00 | _sb (Apple MP3.. |
| 00000060 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |
| 00000070 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |
| 00000080 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |
| 00000090 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |
| 000000A0 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |

*Figure 4. Exh_3.mp3 Hex Information*

### 3.2 Analysis of Exh_21.mp3

No splices were detected in the evidence audio file Exh_21.mp3 with the power spectrum analysis.




*Figure 5. Exh_21.mp3 Power Spectrum Graph*

Within the hex data of the evidence file Exh_21.mp3 contained the comment "This video is about Exh21. TT2, ProTranscoderool_sb (Apple MP3)", as shown in figure 6. Within the hex data comment was found ProTanscoderTool_sb. ProTanscoderTool_sb is a tool used by Apple software to process media files.

Exh_21.mp3

| Offset(h) | 00 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 0A | 0B | 0C | 0D | 0E | 0F | Decoded text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00000000 | 49 | 44 | 33 | 02 | 00 | 00 | 00 | 00 | 0F | 76 | 54 | 54 | 31 | 00 | 00 | 1C | ID3......vTT1... |
| 00000010 | 00 | 54 | 68 | 69 | 73 | 20 | 76 | 69 | 64 | 65 | 6F | 20 | 69 | 73 | 20 | 61 | .This video is a |
| 00000020 | 62 | 6F | 75 | 74 | 20 | 45 | 78 | 68 | 5F | 32 | 31 | 00 | 54 | 54 | 32 | 00 | bout Exh_21.TT2. |
| 00000030 | 00 | 08 | 00 | 45 | 78 | 68 | 5F | 32 | 31 | 00 | 54 | 45 | 4E | 00 | 00 | 21 | ...Exh_21.TEN..! |
| 00000040 | 00 | 50 | 72 | 6F | 54 | 72 | 61 | 6E | 73 | 63 | 6F | 64 | 65 | 72 | 54 | 6F | .ProTranscoderTo |
| 00000050 | 6F | 6C | 5F | 73 | 62 | 20 | 28 | 41 | 70 | 70 | 6C | 65 | 20 | 4D | 50 | 33 | ol_sb (Apple MP3 |
| 00000060 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |
| 00000070 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |
| 00000080 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |
| 00000090 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |
| 000000A0 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | 00 | ................ |

*Figure 6. Exh_21.mp3 Hex Information*

4. **Video Analysis**

All evidence video files underwent metadata analysis. The goal of this examination was to determine

information about the file's creation and origins. This form of examination can help determine if a third-party video editing software was used to edit a video file.

All evidence files I reviewed contain a Ring camera watermark at the top left corner of the video. This would indicate that the video files were created using a Ring camera video system. However, metadata examination of all the evidence video files revealed the presence of iMovie. iMovie is a video editing software native to Apple computers. An original recording from a Ring camera would not have iMovie within its metadata, unless the video had been imported into iMovie and then later exported out.

Exporting a video file from iMovie would re-encode the video file and produce iMovie in the re-encoded file's metadata. All evidence video files were re-encoded using iMovie software.

Additional metadata analysis of all the evidence video files shows inconsistencies between the encoded dates and the timestamps visible in the video's timecode. The timecode is displayed in the evidence video files in the bottom right corner. This encoded date in all evidence video files shows a re-encoded data later than the evidence video's timecode date.

**4.1 Exh_2.mp4 Analysis**

Evidence video file Exh_2.mp4 has iMovie present within the video file's metadata, as seen in figure 7. When viewing the video file, the time code in the bottom right corner of figure 8 contains the date of 12/23/2022. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 7.

```
General
CompleteName                    : D:\Video Case Files\Mendones v Cushman\Exh_2.mp4
Format/String                   : MPEG-4
Format_Profile                  : Base Media / Version 2
CodecID/String                  : mp42 (isom/mp41/mp42)
FileSize/String                 : 62.3 MiB
Duration/String                 : 1mn 15s
OverallBitRate_Mode/String      : VBR
OverallBitRate/String           : 6895 Kbps
FrameRate/String                : 29.970 fps
Movie                           : Exh_1
Movie_More                      : This video is about Exh_1
Keywords                        : iMovie
Encoded_Date                    : 2024-07-01 07:47:37 UTC
Tagged_Date                     : 2024-07-01 07:50:01 UTC
Cover_Type                      : Thumbnail
```

Figure 7. Metadata from Exh_2.mp4




Figure 8. Frame from Exh_2.mp4

### 4.2 Exh_6_A.mp4 Analysis

Evidence video file **Exh_6_A.mp4** has iMovie present within the video file's metadata, as shown in figure 9. The metadata also reveals that the video was encoded on the date of 07/01/2024.

```
General
CompleteName                         : D:\Video Case Files\Mendones v Cushman\2\Exh_6_A.mp4
Format/String                        : MPEG-4
Format_Profile                       : Base Media / Version 2
CodecID/String                       : mp42 (isom/mp41/mp42)
FileSize/String                      : 847 MiB
Duration/String                      : 6mn 11s
OverallBitRate_Mode/String           : VBR
OverallBitRate/String                : 19.1 Mbps
FrameRate/String                     : 25.000 fps
Movie                                : Exh_6_A
Movie_More                           : This video is about Exh_6_A
Keywords                             : iMovie
Encoded_Date                         : 2024-07-01 09:27:52 UTC
Tagged_Date                          : 2024-07-01 09:32:16 UTC
Cover_Type                           : Thumbnail
```

*Figure 9. Metadata from Exh_6_A.mp4*

### 4.3 Exh_6_B.mp4 Analysis

Evidence video file Exh_6_B.mp4 has iMovie present within the video file's metadata, as shown in figure 10. The metadata also reveals that the video was encoded on the date of 07/01/2024.

```
General
CompleteName                  : D:\Video Case Files\Mendones v Cushman\2\Exh_6_B.mp4
Format/String                 : MPEG-4
Format_Profile                : Base Media / Version 2
CodecID/String                : mp42 (isom/mp41/mp42)
FileSize/String               : 427 MiB
Duration/String               : 2mn 57s
OverallBitRate_Mode/String    : VBR
OverallBitRate/String         : 20.2 Mbps
FrameRate/String              : 29.970 fps
Movie                         : Exh_6_B
Movie_More                    : This video is about Exh_6_B
Keywords                      : iMovie
Encoded_Date                  : 2024-07-01 09:34:10 UTC
Tagged_Date                   : 2024-07-01 09:39:31 UTC
Cover_Type                    : Thumbnail
```

*Figure 10. Metadata from Exh_6_B.mp4*

### 4.4 Exh_6_C.mp4 Analysis

Evidence video file Exh_6_C.mp4 has iMovie present within the video file's metadata, as shown in figure 11. The metadata also reveals that the video was encoded on the date of 07/01/2024.

```
General
CompleteName                  : D:\Video Case Files\Mendones v Cushman\2\Exh_6_C.mp4
Format/String                 : MPEG-4
Format_Profile                : Base Media / Version 2
CodecID/String                : mp42 (isom/mp41/mp42)
FileSize/String               : 773 MiB
Duration/String               : 6mn 45s
OverallBitRate_Mode/String    : VBR
OverallBitRate/String         : 16.0 Mbps
FrameRate/String              : 25.000 fps
Movie                         : Exh_6_C
Movie_More                    : This video is about Exh_6_C
Keywords                      : iMovie
Encoded_Date                  : 2024-07-01 09:48:54 UTC
Tagged_Date                   : 2024-07-01 09:59:23 UTC
Cover_Type                    : Thumbnail
```

*Figure 11. Metadata from Exh_6_C.mp4*

### 4.5 Exh_6_D.mp4 Analysis

Evidence video file Exh_6_D.mp4 has iMovie present within the video file's metadata, as shown in figure 12. The metadata also reveals that the video was encoded on the date of 07/01/2024.

```
General
CompleteName                      : D:\Video Case Files\Mendones v Cushman\2\Exh_6_D.mp4
Format/String                     : MPEG-4
Format_Profile                    : Base Media / Version 2
CodecID/String                    : mp42 (isom/mp41/mp42)
FileSize/String                   : 396 MiB
Duration/String                   : 2mn 44s
OverallBitRate_Mode/String        : VBR
OverallBitRate/String             : 20.2 Mbps
FrameRate/String                  : 29.970 fps
Movie                             : Exh_6_D
Movie_More                        : This video is about Exh_6_D
Keywords                          : iMovie
Encoded_Date                      : 2024-07-01 10:05:42 UTC
Tagged_Date                       : 2024-07-01 10:10:34 UTC
Cover_Type                        : Thumbnail
```

*Figure 12. Metadata from Exh_6_D.mp4*

### 4.6 Exh_8_Video_Mostar_King.mp4 Analysis

Evidence video file Exh_8_Video_Mostar_King.mp4 has iMovie present within the video file's metadata. iMovie can be seen in the file's metadata in figure 13. When viewing the video file, the time code in the bottom right corner in figure 14. contains the date of 12/23/2022. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 13.

The evidence video file Exh_8_Video_Mostar_King.mp4 also appears to have been edited with multiple camera angles. The beginning of the video starts out by showing the Ring camera video and at second 4 the video goes to a different camera recording of the incident as seen in figure 15. This can be determined by the Ring camera watermark in figure 14 not being present in figure 15.

```
General
CompleteName                 : D:\Video Case Files\Mendones v Cushman\Exh_8_Video_Mostar_King.mp4
Format/String                : MPEG-4
Format_Profile               : Base Media / Version 2
CodecID/String               : mp42 (isom/mp41/mp42)
FileSize/String              : 765 MiB
Duration/String              : 8mn 6s
OverallBitRate_Mode/String   : VBR
OverallBitRate/String        : 13.2 Mbps
FrameRate/String             : 29.970 fps
Movie                        : Video_Mostar_King
Movie_More                   : This video is about Video_Mostar_King
Keywords                     : iMovie
Encoded_Date                 : 2024-07-02 03:34:30 UTC
Tagged_Date                  : 2024-07-02 03:55:51 UTC
Cover_Type                   : Thumbnail
```

*Figure 13. Metadata from* ***Exh_8_Video_Mostar_King.mp4***




*Figure 14. Video frame from* ***Exh_8_Video_Mostar_King.mp4***



*Figure 15. Video frame from* ***Exh_8_Video_Mostar_King.mp4***

### 4.7 Exh_11.mp4 Analysis

Evidence video file Exh_11.mp4 has iMovie present within the video file's metadata. iMovie can be seen in the file's metadata in figure 16. When viewing the video file the time code in the bottom right corner in figure 17 contains the date of 03/23/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 16.

```
General
CompleteName                 : D:\Video Case Files\Mendones v Cushman\Exh_11.mp4
Format/String                : MPEG-4
Format_Profile               : Base Media / Version 2
CodecID/String               : mp42 (isom/mp41/mp42)
FileSize/String              : 31.7 MiB
Duration/String              : 30s 597ms
OverallBitRate_Mode/String   : VBR
OverallBitRate/String        : 8698 Kbps
FrameRate/String             : 29.970 fps
Movie                        : Exh_11
Movie_More                   : This video is about Exh_11
Keywords                     : iMovie
Encoded_Date                 : 2024-07-02 04:01:57 UTC
Tagged_Date                  : 2024-07-02 04:02:40 UTC
Cover_Type                   : Thumbnail
```

*Figure 16. Metadata from Exh_11.mp4*




*Figure 17. Video frame from Exh_11.mp4*

### 4.8 Exh_12.mp4 Analysis

Evidence video file Exh_12.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner in figure 19 contains the date of 03/22/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 18.

```
General
CompleteName                    : D:\Video Case Files\Mendones v Cushman\Exh_12.mp4
Format/String                   : MPEG-4
Format_Profile                  : Base Media / Version 2
CodecID/String                  : mp42 (isom/mp41/mp42)
FileSize/String                 : 21.2 MiB
Duration/String                 : 43s 176ms
OverallBitRate_Mode/String      : VBR
OverallBitRate/String           : 4113 Kbps
FrameRate/String                : 29.970 fps
Movie                           : Exh_12
Movie_More                      : This video is about Exh_12
Keywords                        : iMovie
Encoded_Date                    : 2024-07-02 04:05:21 UTC
Tagged_Date                     : 2024-07-02 04:06:28 UTC
Cover_Type                      : Thumbnail
```

*Figure 18. Metadata from Exh_12.mp4*




*Figure 19. Video frame from Exh_12.mp4*

### 4.9 Exh_13.mp4 Analysis

Evidence video file Exh_13.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner in figure 21 contains the date of 03/24/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 20.

```
General
CompleteName                    : D:\Video Case Files\Mendones v Cushman\Exh_13.mp4
Format/String                   : MPEG-4
Format_Profile                  : Base Media / Version 2
CodecID/String                  : mp42 (isom/mp41/mp42)
FileSize/String                 : 23.0 MiB
Duration/String                 : 26s 994ms
OverallBitRate_Mode/String      : VBR
OverallBitRate/String           : 7160 Kbps
FrameRate/String                : 29.970 fps
Movie                           : Exh_13
Movie_More                      : This video is about Exh_13
Keywords                        : iMovie
Encoded_Date                    : 2024-07-02 04:08:17 UTC
Tagged_Date                     : 2024-07-02 04:08:55 UTC
Cover_Type                      : Thumbnail
...
```

*Figure 20. Metadata from Exh_13.mp4*




Figure 21. Video frame from Exh_13.mp4

### 4.10 Exh_14.mp4 Analysis

Evidence video file Exh_14.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner in figure 23 contains the date of 06/08/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 22.

```
General
CompleteName                    : D:\Video Case Files\Mendones v Cushman\Exh_14.mp4
Format/String                   : MPEG-4
Format_Profile                  : Base Media / Version 2
CodecID/String                  : mp42 (isom/mp41/mp42)
FileSize/String                 : 277 MiB
Duration/String                 : 7mn 44s
OverallBitRate_Mode/String      : VBR
OverallBitRate/String           : 5007 Kbps
FrameRate/String                : 29.970 fps
Movie                           : Exh_14
Movie_More                      : This video is about Exh_14
Keywords                        : iMovie
Encoded_Date                    : 2024-07-02 05:52:14 UTC
Tagged_Date                     : 2024-07-02 06:05:51 UTC
Cover_Type                      : Thumbnail
```

*Figure 22. Metadata from Exh_14.mp4*




*Figure 23. Video frame from Exh_14.mp4*

### 4.11 Exh_15.mp4 Analysis

Evidence video file Exh_12.mp4 has iMovie present within the audio file's metadata. When viewing the video file, the time code in the bottom right corner of figure 25 contains the date of 10/28/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 24.

```
General
CompleteName                    : D:\Video Case Files\Mendones v Cushman\Exh_15.mp4
Format/String                   : MPEG-4
Format_Profile                  : Base Media / Version 2
CodecID/String                  : mp42 (isom/mp41/mp42)
FileSize/String                 : 28.8 MiB
Duration/String                 : 52s 386ms
OverallBitRate_Mode/String      : VBR
OverallBitRate/String           : 4607 Kbps
FrameRate/String                : 29.970 fps
Movie                           : Exh_15
Movie_More                      : This video is about Exh_15
Keywords                        : iMovie
Encoded_Date                    : 2024-07-02 07:56:11 UTC
Tagged_Date                     : 2024-07-02 07:57:44 UTC
Cover_Type                      : Thumbnail
```

*Figure 24. Metadata from Exh_15.mp4*




*Figure 25. Video frame from Exh_15.mp4*

### 4.12 Exh_16.mp4 Analysis

Evidence video file Exh_16.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner of figure 27 contains the date of 03/11/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 26.

```
General
CompleteName                  : D:\Video Case Files\Mendones v Cushman\Exh_16.mp4
Format/String                 : MPEG-4
Format_Profile                : Base Media / Version 2
CodecID/String                : mp42 (isom/mp41/mp42)
FileSize/String               : 457 MiB
Duration/String               : 16mn 27s
OverallBitRate_Mode/String    : VBR
OverallBitRate/String         : 3879 Kbps
FrameRate/String              : 29.970 fps
Movie                         : Exh_16
Movie_More                    : This video is about Exh_16
Keywords                      : iMovie
Encoded_Date                  : 2024-07-02 08:00:22 UTC
Tagged_Date                   : 2024-07-02 08:28:26 UTC
Cover_Type                    : Thumbnail
```

*Figure 26. Metadata from Exh_16.mp4*




*Figure 27. Video frame from Exh_16.mp4*

### 4.13 Exh_17.mp4 Analysis

Evidence video file Exh_16.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner of figure 29 contains the date of 06/23/2024. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 28.

```
General
CompleteName                    : D:\Video Case Files\Mendones v Cushman\Exh_17.mp4
Format/String                   : MPEG-4
Format_Profile                  : Base Media / Version 2
CodecID/String                  : mp42 (isom/mp41/mp42)
FileSize/String                 : 67.8 MiB
Duration/String                 : 2mn 32s
OverallBitRate_Mode/String      : VBR
OverallBitRate/String           : 3718 Kbps
FrameRate/String                : 29.970 fps
Movie                           : Exh_17
Movie_More                      : This video is about Exh_17
Keywords                        : iMovie
Encoded_Date                    : 2024-07-02 16:03:25 UTC
Tagged_Date                     : 2024-07-02 16:08:17 UTC
Cover_Type                      : Thumbnail
```

*Figure 28. Metadata from Exh_17.mp4*




*Figure 29. Video frame from Exh_17.mp4*

**5. Conclusion**

Drawing upon my expertise in video and forensics authentication analysis, I have observed by preponderance that all media evidence examined are more than likely not the original files.

Evidence audio file Exh_3mp3 contains traces of splicing. As found through auditory, power spectrum, and spectrogram analysis. Evidence audio file Exh_21.mp3 includes comments in the hex data that the original file was a video file. The hex data for both evidence files Exh_3.mp3 and Exh_21.mp3 also contains a reference to ProTranscoderTool_sb, a feature associated with Apple software like iMovie.

Evidence videos Exh_6_A.mp4, Exh_6_B.mp4, Exh_6_C.mp4, and Exh_6_D.mp4 all contained iMovie video editing software in the metadata. The presence of iMovie within each of the file's metadata confirms that these evidence videos were imported into iMovie and re-encoded using iMovie.

The presence of the third-party video editing software iMovie, along with the discrepancies between the encoded time in the file's metadata and a Ring Camera timecode, supports the conclusion that the evidence videos are not consistent with being the original evidence files. The evidence video files with the Ring camera watermark were imported into iMovie and re-encoded using iMovie.

In conclusion, with the metadata inconsistencies and the presence of editing software indicate that the evidence files provided for forensic authentication analysis are more than likely not the original recordings.

Sincerely,

Anthony Nelson, M.sc
Forensic Video Expert