1  ARIEL MENDONES
   2416 W Tennyson Rd Apt 298
2  Hayward, CA 94545
   Tel.: (510)470-1563
3  Email: mendonesa8@gmail.com

4  MARIDOL MENDONES
   1800 Threlkel St.,
5  Reno, NV 89512
   Tel.: (510)502-2398
6  Email: mcruz_tx_usa@yahoo.com

7  *Defendants, In Pro Se*

8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                    **OAKLAND DIVISION**

11  UNITED STATES OF AMERICA,      )   CR 26-90193 MISC
12                                 )   CASE NUMBER: _____
         *Plaintiff*              )
13                                 )   WARRANT NO.: 2025_9275   ~~KAW~~
         v.                        )
14                                 )   **DEFENDANTS' EXHIBITS IN SUPPORT**
    ARIEL MENDONES                 )   **ON PETITION MOTION FOR FRANKS**
15  MARIDOL MENDONES,              )   **HEARING, MOTION TO QUASH,**
                                   )   **TO SUPPRESS, TO RETURN**
16                                 )   **SEIZED MATERIALS AND TO**
         *Defendants*             )   **DISMISS ISSUED SEARCH WARRANT**
17                                 )
    In Re: SERVED TO YAHOO AND     )   **Date:** To be set by the Court
18  GOOGLE A SEARCH WARRANT TO     )   **Time:** To be set by the Court
    SEARCH AND SEIZE PROPERTIES    )   **Dept:** To be set by the Court
19  FOR ALL RECORDS ASSOCIATED     )
    WITH THE FOLLOWING             )   [Affidavit of Witness, Barbara Clark, Order
20  ACCOUNTS:                      )   From Judge Victoria Kolakowski, Affidavit
    MCRUZ_TX_USA@YAHOO.COM         )   from Forensic Video Expert, Anthony Nelson;
21  AKASWAKI@YAHOO.COM             )   Proposed Order thereon filed and served
    MENDONESA8@GMAIL.COM           )   concurrently herewith]
22                                 )

23  TO THE COURT,

24       The following are the underlying exhibits in support to Defendants' motion for Franks

25  evidentiary hearing, to quash, to suppress, to dismiss issued search warrant, and to return or

26  destroy seized yahoo and google accounts of the Defendants.

27  Dated: ___February 08, 2026___        By: *Ariel Mendones*  *Maridol Mendones*
                                              Ariel Mendones / Maridol Mendones
28                                                  *Defendants In Pro Se*

                                       i

# EXHIBIT_1

**Defendants' counsel, Mr. Mark Dawson's email to plaintiffs indicating harassment, hostility, threats and intimidation.**

## Re: Mendones, et al v. Cushman and Wakefield, et al

From: Mark Dawson (mdawson@dawsonlawoffices.com)

To:    mcruz_tx_usa@yahoo.com; chamze@dawsonlawoffices.com; kschieber@dawsonlawoffices.com;
       ckadlic@gmail.com

Date: Tuesday, September 9, 2025 at 11:56 AM PDT

Dearest-

If you are going to file documents with the court, you are REQUIRED by law to provide any such documents to opposing counsel (me and my office) when doing so.

It has come to my attention Dearest that you submitted a 61-page document to the Court yesterday (September 8, 2025) and at no time was this office provided with a copy of that filing nor an opportunity to review same before happening upon the filing this morning when checking the Court Register.

Your actions in failing to serve this document on my firm, as well as submitting the document as a supplemental argument to the Court is in direct violation of Local Rules for Alameda County as well as the California Rules of Court. Be advised that we will be objecting to the Court in any way considering this document or any of its contents. To that end, to the extent that the submission contains any new argument (it does) related to the OSC issued by the Court, or attempts to introduce new evidence (it does) not previously submitted for the Court and this office to consider pursuant to the Rules of Court and Alameda County Local Rules concerning filings with the Court, we similarly object to the Court considering any such new argument or new evidence in advance of the hearing tomorrow.

You and your spouse have been provided with every possible extension of time by the Court to backfill and try to authenticate the clearly fraudulent submissions and evidence that you have tried to pass off as legitimate in this case. No one is fooled by your fraud. No one believes your submissions or concocted videos that are all made up. No one believes that any of the employers you claim offered you jobs actually ever did so. All your evidence is a fake. You are lucky that the Court did not submit this matter to the Alameda County District Attorney's Office to charge you both with fraud upon the Court. Instead of accepting your losses, you are now doubling down yet again by submitting to the Court fraudulent documents. Do not think that the Court will not change its mind concerning referring you both to the DA's office based on this conduct.

Be advised that if the tentative ruling of the Court is upheld tomorrow and your complaint is stricken from the record, we will be seeking our fees and costs incurred in this case to date for having to defend against your fraudulent claims. This is not going to end well for you both and your continued blatant violations of Local Rules and the Rules of Court that you and your spouse are required to follow only supports the perception that neither of you have any consideration for the rule of law or the legal system.

We will be present tomorrow to object to your unserved, untimely and code/local rule violating submission as well as to seek monetary sanctions against you both for your actions.

9/10/25, 7:11 AM                                    Yahoo Mail - Re: Mendones, et al v. Cushman and Wakefield, et al

Mark

Mark L. Dawson, Esq.
Founding Member
Dawson Law Offices, Inc.
3480 Buskirk Ave, Suite 205
Pleasant Hill, CA 94523
(T): (925) 718-1040
(F): (925) 743-1148
*mdawson@dawsonlawoffices.com*





*THIS ELECTRONIC MESSAGE, INCLUDING ANY ACCOMPANYING DOCUMENTS, IS CONFIDENTIAL and may
contain information that is privileged under federal and/or state law. If you are neither the intended recipient nor
responsible for delivering the message to the intended recipient, you are not authorized to read, share, forward,
distribute, copy, or take any other action with respect to the message or any attachments to the message. Further, you
are not authorized to take, or forbear from taking, any legal action in reliance upon the contents of the message. If you
have received this communication in error, please notify the sender immediately*

---

**From:** MARIDOL CRUZ <mcruz_tx_usa@yahoo.com>
**Sent:** Monday, September 8, 2025 8:37 AM
**To:** Dept16@alameda.courts.ca.gov <Dept16@alameda.courts.ca.gov>; Mark Dawson
<mdawson@dawsonlawoffices.com>; Catherine Hamze <chamze@dawsonlawoffices.com>; Kristin
Schieber <kschieber@dawsonlawoffices.com>; ckadlic <ckadlic@gmail.com>
**Subject:** Mendones, et al v. Cushman and Wakefield, et al

Dear Dept. Clerk and Defendants,

Good morning. This is to inform you that the Plaintiffs do contest the Court's tentative ruling for OSC
and other issues. The contest reasons have already been posted in the tentative ruling eportal.

Sincerely,
Ariel Mendones
Maridol Mendones
Case Number: 23CV028772

# EXH_2: Application for Protective Order Against Cushman and Wakefield ("CAW")

ARIEL MENDONES
MARIDOL MENDONES
2416 W Tennyson Rd Apt 298
Hayward, CA 94545
Tel.: (510)502-2398
Email: mcruz_tx_usa@yahoo.com

**ENDORSED**
**FILED**
ALAMEDA COUNTY

SEP 02 2025

CLERK OF THE SUPERIOR COURT
By _____
                              Deputy

*Plaintiffs, In Pro Se*

## SUPERIOR COURT OF STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

MENDONES, et al

            *Plaintiffs*

        vs

CUSHMAN AND WAKEFIELD INC., et al

            *Defendants*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER: 23CV028772
Judge: Hon. Victoria Kolakowski

**PLAINTIFFS'
EX-PARTE NOTICE
APPLICATION FOR
PROTECTIVE ORDER**

**Accompanying documents:**
1. Plaintiffs' Ex-Parte Application for
Protective Order; Memorandum of
Points and Authorities
2. Declaration of Maridol Mendones
and Ariel Mendones in Support of Ex-
Parte Application for Protective Order.
3. Exhibits in Support to Plaintiffs' Ex-
Parte Application for Protective Order
4. Ex-Parte Proposed Order.
5. Proof of Service

Hearing Date:    Sept. 09, 2025
Time:            2:30 p.m.
Department:      16

Complaint filed:    March 03, 2023
FAC Filed:          July 31, 2023
SAC Filed:          January 18, 2024

** Per Local Rules, Ex Parte
Application will be heard based on the
moving papers without a specific
hearing time unless otherwise notified
by the Court

/ / / / / / / / /

1

PLAINTIFFS' EX-PARTE NOTICE APPLICATION FOR PROTECTIVE ORDER

# EXH_3: Affidavit from witness-Barbara Clarks

ARIEL MENDONES
MARIDOL  MENDONES
2416 W Tennyson Rd Apt 298
Hayward, CA 94545
Tel.: (510)502-2398
Email: mcruz_tx_usa@yahoo.com

*Plaintiffs, In Pro Se*

ENDORSED
FILED
ALAMEDA COUNTY

SEP 2 9 2025

CLERK OF THE SUPERIOR COURT
By _____ 14KA
Deputy

**SUPERIOR COURT OF STATE OF CALIFORNIA**

**COUNTY OF ALAMEDA**

|  |  |
|---|---|
| ARIEL MENDONES, et al<br><br>*Plaintiffs*<br><br>vs.<br><br>CUSHMAN AND WAKEFIELD, INC., et al.<br><br>*Defendants* | CASE NUMBER: 23CV028772<br><br>**DECLARATION OF BARBARA CLARK IN SUPPORT TO PLAINTIFFS' EX-PARTE APPLICATION FOR POST-ORDER RELIEFS**<br><br>**Accompanying documents:**<br>1. Ex-Parte Application Under Cal. Rules 3.1113(e)<br>2. Notice of Ex-Parte Applications Post-Order Reliefs<br>3. Plaintiffs' Ex-Parte Applications for Post-Order Reliefs Under CCP §§ 170.1, 170.3, 170.4, CCP § 473(b), CCP § 663, and CCP § 657<br>4. Exhibits in Support to Plaintiffs' Ex-Parte Applications for Post-Order Reliefs.<br>5. Declaration of Ariel Mendones and Maridol Mendones in Support to Ex-Parte Application for Post-Order Reliefs<br>6. Ex-Parte Proposed Orders<br>7. Proof of Service<br><br>Department:           16<br>Complaint filed:    March 03, 2023<br>FAC Filed:           July 31, 2023<br>SAC Filed:           January 18, 2024<br><br>** Per Local Rules, Ex Parte Application will be heard based on the moving papers without a specific hearing time unless otherwise notified by the Court |

i

**DECLARATION**

I am Barbara Clark and hereby declare,

This is in reference to Mendones, et al vs. Cushman and Wakefield, et al. I have personal knowledge on the contents of this declaration. It came to my attention that my prior video testimony encountered issue as appeared to the judge made by artificial intelligence.

It was the idea of our friend, Geri Haas to make a video testimony and written declarations because of Geri's feeling if she could live longer due to her heart condition and other health issues. Me and Sarah Davis have our own medical conditions. I feel sorry with Maridol that she has to endure the hostility of their abusive neighbor, Mr. Richardson. Their landlord just ignored it. Even without us, many others witness the incidents such as their property managers, security guards, maintenance crew, police officers of hayward, their security camera and other neighbors.

I would like to apologize to the Court for what my granddaughter did. We entrusted our video testimonies to her, not knowing she distorted it by incorporating synchro-vox using adobe after effects. You have no idea how this creates a fight in our family, but I promise Maridol to bring my granddaughter with me to testify in Court. Even I wanted her to submit an affidavit in Court, she's not talking with me at the moment. Her fiancée died with covid. It was very painful to her because she loved him dearly. When she learned from social media that the covid couple, (Ariel and Maridol), was the one who threw out the equipment infected with covid virus, she hated them and avenged by ruining our video testimonies with an intent that will cause trouble to the couple, and she hoped to get them to jail.

I am willing to testify in Court for as long as I will be informed in advance. Again, my deepest apology to the Judge.

I declare under penalty of perjury under the laws of the State of California that the foregoing statement herein is true.

Date:     September 16, 2025          Signed by:  _Barbara Clark_
                                                 Barbara Clark

Case Name: Mendones, et al v. Cushman and Wakefield, Inc., et al
Case Number: 23CV028772

## PROOF OF SERVICE

I am a citizen of the United States. My address is 2416 W Tennyson Rd. Hayward, CA 94545. I am over the age of 18 years and not a party in this cause of action. I am familiar with the collection and processing of mailing in the United States Postal Service and is deposited the same day as the day of collection in the ordinary course of business.

On September 29, 2025 [and or later dates], the following ordinary business practice, I serve a true copy of the foregoing document described as:

**EX-PARTE APPLICATION UNDER CAL. RULES 3.1113(e)**

**PLAINTIFFS' EX-PARTE APPLICATION FOR POST-ORDER RELIEFS UNDER CCP §§ 170.1; 170.3 and 170.4; CCP § 473(b); CCP § 663 and CCP § 657**

**NOTICE OF EX-PARTE APPLICATION FOR POST-ORDER RELIEFS**

**DECLARATION OF MARIDOL MENDONES, ARIEL MENDONES AND BARBARA CLARK IN SUPPORT ON EX-PARTE APPLICATION FOR POST-ORDER RELIEFS**

**EXHIBITS IN SUPPORT TO PLAINTIFFS' EX-PARTE APPLICATION FOR POST-ORDER RELIEFS**

**EX-PARTE PROPOSED ORDER FOR POST-ORDER RELIEFS**

I serve on the address as follows:

MARK L. DAWSON, ESQ. (SBN 166956)
CARL E. KADLIC, ESQ. (SBN 193778)
DAWSON LAW OFFICES, INC.
3480 Buskirk Avenue, Suite 205
Pleasant Hill, CA 94523
(925)718-1040 Telephone
mdawson@dawsonlawoffices.com
darmanini@dawsonlawoffices.com

Via defendants' email. Courtesy copy sent to Dept. 16 via email.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration executes on September 29, 2025, in Hayward, CA.


*PnWright*
PENNY WRIGHT
*Declarant*

ii

DECLARATION OF BARBARA CLARK IN SUPPORT TO EX-PARTE
APPLICATIONS FOR POST-ORDER RELIEFS

# EXH_4: Affidavit, Findings and Analysis from Forensic Video Expert, Anthony Nelson

# Anthony Nelson, M.Sc.

October 21, 2024

Mark Dawson, Esq.
Dawson Law Offices, Inc.
3480 Buskirk Ave, Ste 205
Pleasant Hill, CA 94523

## FORENSIC VIDEO AUTHENTICATION REPORT

RE:    Ariel and Maridol Mendones
       Case name: Mendones v Cushman & Wakefield, Inc.
       Claim #: 499932-GO
       Date of Loss:

Dear Mark Dawson,

### 1. Definitions

**Metadata** is that data that describes the data.

**Power Spectrum** is a graphical representation that shows the power or amplitude of an audio signal over time.

**Splice** is a term used to explain the process of cutting segments of media files.

**Spectrogram** is a visual representation of an audio signal's frequency over time.

**Md5 Hash** is a math formula that generates a unique code for any digital file, based on its contents.

**Decibels (dB)** are a unit used to measure the intensity of sound or the strength of an audio signal.

**Timecode** is a visual system that displays the time and date during video playback.

**Hex Data** is raw information about a digital file, commonly used to view the underlying structure of a digital file.

**Video Encoding** is the process of converting a video into a specific format to be transmitted and compatible for playback on different platforms.

### 2. Intro

I am Anthony Nelson, I hold a Master's Degree in Recordings Arts with an emphasis in Media Forensics from the National Center for Media Forensics at the University of Colorado, Denver. During my time at the University of Colorado, I received specialized training in forensic digital video and audio authentication. The National Center for Media Forensics is the only Master's Degree

Ariel and Maridol Mendones
10/21/2024
Page 2

program in the nation that specializes in an emphasis in media forensics. Since my graduation, I have worked in the audio and video forensics field for five years.

I have been retained as an expert by the defense in connection with Mendones v Cushman & Wakefield. I was asked to perform forensic authentication analysis on the following video and audio evidence files:

***Exh_2.mp4*** *md5 hash: 8befa79a203bca0975186b9a9e4b85dc*
***Exh_3.mp3*** *md5 hash: a4ed9c7d0897f5c8c271e63300bf23c3*
***Exh_6_A.mp4*** *md5 hash: 4bf4fc1a9491353d2ef8d43c8773cf46*
***Exh_6_B.mp4*** *md5 hash: 72b8a612a176477fa83ee50578f39441*
***Exh_6_C.mp4*** *md5 hash: a87bd8c939d478bc968e311c105b85a*
***Exh_6_D.mp4*** *md5 hash: a93a697ccbdede0aa023124f4114885f*
***Exh_8_Video_Mostar_King.mp4*** *md5 hash: 881b808050ee6b53bfe3b3785ff0a514*
***Exh_11.mp4*** *md5 hash: 219fb6ef18e25c296161eb8dc366da19*
***Exh_12.mp4*** *md5 hash: a2437f0bf0151c5b55fe9f999905e37b*
***Exh_13.mp4*** *md5 hash: 263fb9f29a33a25eb7059961cdfc0a9a*
***Exh_14.mp4*** *md5 hash: 73f95bcc4c4bfb4a693690da25bfe780*
***Exh_15.mp4*** *md5 hash: be58c3844f54a457e3422383d8853d20*
***Exh_16.mp4*** *md5 hash: cb9da943f44cdb05cf430b178eef9529*
***Exh_17.mp4*** *md5 hash: e023c05dc870986bc3f5c0216455458e*
***Exh_21.mp3*** *md5 hash: a71a4ef07020bd700fc1f850de3345c2*

The PDF records were delivered to me via download transfer on September 30, 2024. Within the PDF records, were hyperlinks to download the evidence media files shared through Google Drive.

3. **Audio Analysis**

All evidence audio files underwent various levels of forensic authentication analysis. This includes auditory, visual, and file metadata/hex inspections.

File inspection analysis uses forensic tools to examine the file structure and metadata to determine the file's origins and to observe if any third party editing software was used on the file. A hex data analysis was used to examine the file's structure for any signs of tampering that may not be visible to standard video playback.

   **3.1 Analysis of Exh_3.mp3**

During the auditory analysis of evidence file Exh_3.mp3 an auditory anomaly was observed at the 1 min and 31 second mark.

Part of my analysis includes power spectrum analysis. The power spectrum converts the audio file from the time domain to the frequency domain. Where the X-axis represents time, while the Y-axis represents power measured in decibels (dB). The black line in the graph displays the audio's power, while the red line serves as a reference at 0 dB. The red line in this graph represents the 0 db reference marker. Any time the audio's power drops below the red reference line, it can indicate an audio splice. This can be observed in figure 1 at the 1 minute and 31 second mark in the evidence audio file Exh_3.mp3. Evidence audio file Exh_3.mp3's power falls well below the 0 dB reference

Ariel and Maridol Mendones
10/21/2024
Page 3

line.



*Figure 1. Exh_3mp3 Power Spectrum Graph*

Figure 1 is the power spectrum graph of the evidence audio file ***Exh_3.mp3***. The power spectrum in figure 1 contains many dips and breaks the red reference line.

A spectrogram visual analysis further confirms the presence of splices, as seen in figure 2. The visual breaks in frequency and amplitude provide evidence that supports the findings from the power spectrum analysis. A zoomed-in of the audio break can be seen in figure 3. Where the black area in the spectrogram represents a 0 dB signal level.



*Figure 2. Exh_3.mp3 Spectrogram Graph*

Ariel and Maridol Mendones
10/21/2024
Page 4



*Figure 3. Exh_3.mp3 Spectrogram Graph Zoomed-In*

Within the hex data of evidence file Exh_3.mp3 contained the comment "This video is about Exh_3. TT2, Exh_3 TEN ProTranscoderool_sb (Apple MP3)", as shown in figure 4.

```
📄 Exh_3.mp3

Offset(h)  00 01 02 03 04 05 06 07 08 09 0A 0B 0C 0D 0E 0F   Decoded text

00000000   49 44 33 02 00 00 00 00 0F 76 54 54 31 00 00 1B   ID3......vTT1...
00000010   00 54 68 69 73 20 76 69 64 65 6F 20 69 73 20 61   .This video is a
00000020   62 6F 75 74 20 45 78 68 5F 33 00 54 54 32 00 00   bout Exh_3.TT2..
00000030   07 00 45 78 68 5F 33 00 54 54 4E 00 00 21 00 50   ..Exh_3.TEN..!.P
00000040   72 6F 54 72 61 6E 73 63 6F 64 65 72 54 6F 6F 6C   roTranscoderTool
00000050   5F 73 62 20 28 41 70 70 6C 65 20 4D 50 33 00 00   _sb (Apple MP3..
00000060   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00   ................
00000070   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00   ................
00000080   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00   ................
00000090   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00   ................
000000A0   00 00 00 00 00 00 00 00 00 00 00 00 00 00 00 00   ................
```
*Figure 4. Exh_3.mp3 Hex Information*

Ariel and Maridol Mendones
10/21/2024
Page 5

### 3.2 Analysis of Exh_21.mp3

No splices were detected in the evidence audio file Exh_21.mp3 with the power spectrum analysis.



*Figure 5. Exh_21.mp3 Power Spectrum Graph*

Within the hex data of the evidence file Exh_21.mp3 contained the comment "This video is about Exh21. TT2, ProTranscoderool_sb (Apple MP3)", as shown in figure 6. Within the hex data comment was found  ProTanscoderTool_sb. ProTanscoderTool_sb  is a tool used by Apple software to process media files.



*Figure 6. Exh_21.mp3 Hex Information*

### 4. Video Analysis

All evidence video files underwent metadata analysis. The goal of this examination was to determine

Ariel and Maridol Mendones
10/21/2024
Page 6

information about the file's creation and origins. This form of examination can help determine if a third-party video editing software was used to edit a video file.

All evidence files I reviewed contain a Ring camera watermark at the top left corner of the video. This would indicate that the video files were created using a Ring camera video system. However, metadata examination of all the evidence video files revealed the presence of iMovie. iMovie is a video editing software native to Apple computers. An original recording from a Ring camera would not have iMovie within its metadata, unless the video had been imported into iMovie and then later exported out.

Exporting a video file from iMovie would re-encode the video file and produce iMovie in the re-encoded file's metadata. All evidence video files were re-encoded using iMovie software.

Additional metadata analysis of all the evidence video files shows inconsistencies between the encoded dates and the timestamps visible in the video's timecode. The timecode is displayed in the evidence video files in the bottom right corner. This encoded date in all evidence video files shows a re-encoded data later than the evidence video's timecode date.

**4.1 Exh_2.mp4 Analysis**

Evidence video file Exh_2.mp4 has iMovie present within the video file's metadata, as seen in figure 7. When viewing the video file, the time code in the bottom right corner of figure 8 contains the date of 12/23/2022. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 7.

```
General
CompleteName                      : D:\Video Case Files\Mendones v Cushman\Exh_2.mp4
Format/String                     : MPEG-4
Format_Profile                    : Base Media / Version 2
CodecID/String                    : mp42 (isom/mp41/mp42)
FileSize/String                   : 62.3 MiB
Duration/String                   : 1mn 15s
OverallBitRate_Mode/String        : VBR
OverallBitRate/String             : 6895 Kbps
FrameRate/String                  : 29.970 fps
Movie                             : Exh_1
Movie_More                        : This video is about Exh_1
Keywords                          : iMovie
Encoded_Date                      : 2024-07-01 07:47:37 UTC
Tagged_Date                       : 2024-07-01 07:50:01 UTC
Cover_Type                        : Thumbnail
```

Figure 7. Metadata from Exh_2.mp4

Ariel and Maridol Mendones
10/21/2024
Page 7



Figure 8. Frame from Exh_2.mp4

### 4.2 Exh_6_A.mp4 Analysis

Evidence video file **Exh_6_A.mp4** has iMovie present within the video file's metadata, as shown in figure 9. The metadata also reveals that the video was encoded on the date of 07/01/2024.

```
General
CompleteName                      : D:\Video Case Files\Mendones v Cushman\2\Exh_6_A.mp4
Format/String                     : MPEG-4
Format_Profile                    : Base Media / Version 2
CodecID/String                    : mp42 (isom/mp41/mp42)
FileSize/String                   : 847 MiB
Duration/String                   : 6mn 11s
OverallBitRate_Mode/String        : VBR
OverallBitRate/String             : 19.1 Mbps
FrameRate/String                  : 25.000 fps
Movie                             : Exh_6_A
Movie_More                        : This video is about Exh_6_A
Keywords                          : iMovie
Encoded_Date                      : 2024-07-01 09:27:52 UTC
Tagged_Date                       : 2024-07-01 09:32:16 UTC
Cover_Type                        : Thumbnail
```

*Figure 9. Metadata from Exh_6_A.mp4*

Ariel and Maridol Mendones
10/21/2024
Page 8

### 4.3 Exh_6_B.mp4 Analysis

Evidence video file  Exh_6_B.mp4 has iMovie present within the video file's metadata, as shown in figure 10. The metadata also reveals that the video was encoded on the date of 07/01/2024.

```
General
CompleteName              : D:\Video Case Files\Mendones v Cushman\2\Exh_6_B.mp4
Format/String             : MPEG-4
Format_Profile            : Base Media / Version 2
CodecID/String            : mp42 (isom/mp41/mp42)
FileSize/String           : 427 MiB
Duration/String           : 2mn 57s
OverallBitRate_Mode/String : VBR
OverallBitRate/String     : 20.2 Mbps
FrameRate/String          : 29.970 fps
Movie                     : Exh_6_B
Movie_More                : This video is about Exh_6_B
Keywords                  : iMovie
Encoded_Date              : 2024-07-01 09:34:10 UTC
Tagged_Date               : 2024-07-01 09:39:31 UTC
Cover_Type                : Thumbnail
```

*Figure 10. Metadata from Exh_6_B.mp4*

### 4.4 Exh_6_C.mp4 Analysis

Evidence video file  Exh_6_C.mp4 has iMovie present within the video file's metadata, as shown in figure 11. The metadata also reveals that the video was encoded on the date of 07/01/2024.

```
General
CompleteName              : D:\Video Case Files\Mendones v Cushman\2\Exh_6_C.mp4
Format/String             : MPEG-4
Format_Profile            : Base Media / Version 2
CodecID/String            : mp42 (isom/mp41/mp42)
FileSize/String           : 773 MiB
Duration/String           : 6mn 45s
OverallBitRate_Mode/String : VBR
OverallBitRate/String     : 16.0 Mbps
FrameRate/String          : 25.000 fps
Movie                     : Exh_6_C
Movie_More                : This video is about Exh_6_C
Keywords                  : iMovie
Encoded_Date              : 2024-07-01 09:48:54 UTC
Tagged_Date               : 2024-07-01 09:59:23 UTC
Cover_Type                : Thumbnail
```

*Figure 11. Metadata from Exh_6_C.mp4*

Ariel and Maridol Mendones
10/21/2024
Page 9

### 4.5 Exh_6_D.mp4 Analysis

Evidence video file Exh_6_D.mp4 has iMovie present within the video file's metadata, as shown in figure 12. The metadata also reveals that the video was encoded on the date of 07/01/2024.

```
General
CompleteName                      : D:\Video Case Files\Mendones v Cushman\2\Exh_6_D.mp4
Format/String                     : MPEG-4
Format_Profile                    : Base Media / Version 2
CodecID/String                    : mp42 (isom/mp41/mp42)
FileSize/String                   : 396 MiB
Duration/String                   : 2mn 44s
OverallBitRate_Mode/String        : VBR
OverallBitRate/String             : 20.2 Mbps
FrameRate/String                  : 29.970 fps
Movie                             : Exh_6_D
Movie_More                        : This video is about Exh_6_D
Keywords                          : iMovie
Encoded_Date                      : 2024-07-01 10:05:42 UTC
Tagged_Date                       : 2024-07-01 10:10:34 UTC
Cover_Type                        : Thumbnail
```

*Figure 12. Metadata from Exh_6_D.mp4*

### 4.6 Exh_8_Video_Mostar_King.mp4 Analysis

Evidence video file Exh_8_Video_Mostar_King.mp4 has iMovie present within the video file's metadata. iMovie can be seen in the file's metadata in figure 13. When viewing the video file, the time code in the bottom right corner in figure 14. contains the date of 12/23/2022. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 13.

The evidence video file Exh_8_Video_Mostar_King.mp4 also appears to have been edited with multiple camera angles. The beginning of the video starts out by showing the Ring camera video and at second 4 the video goes to a different camera recording of the incident as seen in figure 15. This can be determined by the Ring camera watermark in figure 14 not being present in figure 15.

```
General
CompleteName                      : D:\Video Case Files\Mendones v Cushman\Exh_8_Video_Mostar_King.mp4
Format/String                     : MPEG-4
Format_Profile                    : Base Media / Version 2
CodecID/String                    : mp42 (isom/mp41/mp42)
FileSize/String                   : 765 MiB
Duration/String                   : 8mn 6s
OverallBitRate_Mode/String        : VBR
OverallBitRate/String             : 13.2 Mbps
FrameRate/String                  : 29.970 fps
Movie                             : Video_Mostar_King
Movie_More                        : This video is about Video_Mostar_King
Keywords                          : iMovie
Encoded_Date                      : 2024-07-02 03:34:30 UTC
Tagged_Date                       : 2024-07-02 03:55:51 UTC
Cover_Type                        : Thumbnail
```

*Figure 13. Metadata from Exh_8_Video_Mostar_King.mp4*

Ariel and Maridol Mendones
10/21/2024
Page 10



*Figure 14.  Video frame from **Exh_8_Video_Mostar_King.mp4***

Ariel and Maridol Mendones
10/21/2024
Page 11



*Figure 15. Video frame from **Exh_8_Video_Mostar_King.mp4***

### 4.7 Exh_11.mp4 Analysis

Evidence video file Exh_11.mp4 has iMovie present within the video file's metadata. iMovie can be seen in the file's metadata in figure 16. When viewing the video file the time code in the bottom right corner in figure 17 contains the date of 03/23/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 16.

```
General
CompleteName              : D:\Video Case Files\Mendones v Cushman\Exh_11.mp4
Format/String             : MPEG-4
Format_Profile            : Base Media / Version 2
CodecID/String            : mp42 (isom/mp41/mp42)
FileSize/String           : 31.7 MiB
Duration/String           : 30s 597ms
OverallBitRate_Mode/String : VBR
OverallBitRate/String     : 8698 Kbps
FrameRate/String          : 29.970 fps
Movie                     : Exh_11
Movie_More                : This video is about Exh_11
Keywords                  : iMovie
Encoded_Date              : 2024-07-02 04:01:57 UTC
Tagged_Date               : 2024-07-02 04:02:40 UTC
Cover_Type                : Thumbnail
```

*Figure 16. Metadata from Exh_11.mp4*

Ariel and Maridol Mendones
10/21/2024
Page 12



*Figure 17. Video frame from Exh_11.mp4*

### 4.8 Exh_12.mp4 Analysis

Evidence video file Exh_12.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner in figure 19 contains the date of 03/22/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 18.

```
General
CompleteName             : D:\Video Case Files\Mendones v Cushman\Exh_12.mp4
Format/String            : MPEG-4
Format_Profile           : Base Media / Version 2
CodecID/String           : mp42 (isom/mp41/mp42)
FileSize/String          : 21.2 MiB
Duration/String          : 43s 176ms
OverallBitRate_Mode/String : VBR
OverallBitRate/String    : 4113 Kbps
FrameRate/String         : 29.970 fps
Movie                    : Exh_12
Movie_More               : This video is about Exh_12
Keywords                 : iMovie
Encoded_Date             : 2024-07-02 04:05:21 UTC
Tagged_Date              : 2024-07-02 04:06:28 UTC
Cover_Type               : Thumbnail
```

*Figure 18. Metadata from Exh_12.mp4*

Ariel and Maridol Mendones
10/21/2024
Page 13



*Figure 19.  Video frame from Exh_12.mp4*

### 4.9 Exh_13.mp4 Analysis

Evidence video file Exh_13.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner in figure 21 contains the date of 03/24/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 20.

```
General
CompleteName              : D:\Video Case Files\Mendones v Cushman\Exh_13.mp4
Format/String            : MPEG-4
Format_Profile           : Base Media / Version 2
CodecID/String           : mp42 (ison/mp41/mp42)
FileSize/String          : 23.0 MiB
Duration/String          : 26s 994ms
OverallBitRate_Mode/String : VBR
OverallBitRate/String    : 7160 Kbps
FrameRate/String         : 29.970 fps
Movie                    : Exh_13
Movie_More               : This video is about Exh_13
Keywords                 : iMovie
Encoded_Date             : 2024-07-02 04:08:17 UTC
Tagged_Date              : 2024-07-02 04:08:55 UTC
Cover_Type               : Thumbnail
```

*Figure 20. Metadata from Exh_13.mp4*

Ariel and Maridol Mendones
10/21/2024
Page 14



Figure 21. Video frame from Exh_13.mp4

**4.10 Exh_14.mp4 Analysis**

Evidence video file Exh_14.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner in figure 23 contains the date of 06/08/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 22.

```
General
CompleteName                     : D:\Video Case Files\Mendones v Cushman\Exh_14.mp4
Format/String                    : MPEG-4
Format_Profile                   : Base Media / Version 2
CodecID/String                   : mp42 (isom/mp41/mp42)
FileSize/String                  : 277 MiB
Duration/String                  : 7mn 44s
OverallBitRate_Mode/String       : VBR
OverallBitRate/String            : 5007 Kbps
FrameRate/String                 : 29.970 fps
Movie                            : Exh_14
Movie_More                       : This video is about Exh_14
Keywords                         : iMovie
Encoded_Date                     : 2024-07-02 05:52:14 UTC
Tagged_Date                      : 2024-07-02 06:05:51 UTC
Cover_Type                       : Thumbnail
```

Figure 22. Metadata from Exh_14.mp4

Ariel and Maridol Mendones
10/21/2024
Page 15



*Figure 23. Video frame from Exh_14.mp4*

### 4.11 Exh_15.mp4 Analysis

Evidence video file Exh_12.mp4 has iMovie present within the audio file's metadata. When viewing the video file, the time code in the bottom right corner of figure 25 contains the date of 10/28/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 24.

```
General
CompleteName              : D:\Video Case Files\Mendones v Cushman\Exh_15.mp4
Format/String             : MPEG-4
Format_Profile            : Base Media / Version 2
CodecID/String            : mp42 (isom/mp41/mp42)
FileSize/String           : 28.8 MiB
Duration/String           : 52s 386ms
OverallBitRate_Mode/String : VBR
OverallBitRate/String     : 4607 Kbps
FrameRate/String          : 29.970 fps
Movie                     : Exh_15
Movie_More                : This video is about Exh_15
Keywords                  : iMovie
Encoded_Date              : 2024-07-02 07:56:11 UTC
Tagged_Date               : 2024-07-02 07:57:44 UTC
Cover_Type                : Thumbnail
```

*Figure 24.  Metadata from Exh_15.mp4*

Ariel and Maridol Mendones
10/21/2024
Page 16



*Figure 25. Video frame from Exh_15.mp4*

### 4.12 Exh_16.mp4 Analysis

Evidence video file Exh_16.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner of figure 27 contains the date of 03/11/2023. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 26.

```
General
CompleteName              : D:\Video Case Files\Mendones v Cushman\Exh_16.mp4
Format/String             : MPEG-4
Format_Profile            : Base Media / Version 2
CodecID/String            : mp42 (ison/mp41/mp42)
FileSize/String           : 457 MiB
Duration/String           : 16mn 27s
OverallBitRate_Mode/String : VBR
OverallBitRate/String     : 3879 Kbps
FrameRate/String          : 29.970 fps
Movie                     : Exh_16
Movie_More                : This video is about Exh_16
Keywords                  : iMovie
Encoded_Date              : 2024-07-02 08:00:22 UTC
Tagged_Date               : 2024-07-02 08:28:26 UTC
Cover_Type                : Thumbnail
```

*Figure 26. Metadata from Exh_16.mp4*

---

Ariel and Maridol Mendones
10/21/2024
Page 17



*Figure 27. Video frame from Exh_16.mp4*

**4.13 Exh_17.mp4 Analysis**

Evidence video file Exh_16.mp4 has iMovie present within the audio file's metadata. When viewing the video file the time code in the bottom right corner of figure 29 contains the date of 06/23/2024. This date is not consistent with the encoded data of the video file metadata demonstrated in figure 28.

```
General
CompleteName              : D:\Video Case Files\Mendones v Cushman\Exh_17.mp4
Format/String             : MPEG-4
Format_Profile            : Base Media / Version 2
CodecID/String            : mp42 (isom/mp41/mp42)
FileSize/String           : 67.8 MiB
Duration/String           : 2mn 32s
OverallBitRate_Mode/String: VBR
OverallBitRate/String     : 3718 Kbps
FrameRate/String          : 29.970 fps
Movie                     : Exh_17
Movie_More                : This video is about Exh_17
Keywords                  : iMovie
Encoded_Date              : 2024-07-02 16:03:25 UTC
Tagged_Date               : 2024-07-02 16:08:17 UTC
Cover_Type                : Thumbnail
```

*Figure 28. Metadata from Exh_17.mp4*

Ariel and Maridol Mendones
10/21/2024
Page 18



*Figure 29. Video frame from Exh_17.mp4*

**5. Conclusion**

Drawing upon my expertise in video and forensics authentication analysis, I have observed by preponderance that all media evidence examined are more than likely not the original files.

Evidence audio file Exh_3mp3 contains traces of splicing. As found through auditory, power spectrum, and spectrogram analysis. Evidence audio file Exh_21.mp3 includes comments in the hex data that the original file was a video file. The hex data for both evidence files Exh_3.mp3 and Exh_21.mp3 also contains a reference to ProTranscoderTool_sb, a feature associated with Apple software like iMovie.

Evidence videos Exh_6_A.mp4, Exh_6_B.mp4, Exh_6_C.mp4, and Exh_6_D.mp4 all contained iMovie video editing software in the metadata. The presence of iMovie within each of the file's metadata confirms that these evidence videos were imported into iMovie and re-encoded using iMovie.

The presence of the third-party video editing software iMovie, along with the discrepancies between the encoded time in the file's metadata and a Ring Camera timecode, supports the conclusion that the evidence videos are not consistent with being the original evidence files. The evidence video files with the Ring camera watermark were imported into iMovie and re-encoded using iMovie.

Ariel and Maridol Mendones
10/21/2024
Page 19

In conclusion, with the metadata inconsistencies and the presence of editing software indicate that the evidence files provided for forensic authentication analysis are more than likely not the original recordings.

Sincerely,

Anthony Nelson, M.sc
Forensic Video Expert

# Exh_5: Affidavit of Barbara Clarks served to court and to CAW

2/3/26, 1:27 PM                                    Gmail - Mendones, et al vs. Cushman and Wakefield, et al

 **Gmail**

Penny Wright <pw071082@gmail.com>

## Mendones, et al vs. Cushman and Wakefield, et al
1 message

Penny Wright <pw071082@gmail.com>                                    Mon, Sep 29, 2025 at 1:59 PM
To: Dept 16 Courtesy Copy <Dept16courtesycopy@alameda.courts.ca.gov>
Bcc: mdawson@dawsonlawoffices.com, kschieber@dawsonlawoffices.com, chamze@dawsonlawoffices.com,
mcruz_tx_usa@yahoo.com, ckadlic@gmail.com

The following documents were filed in Court. Thank you. - P. Wright (server)

**7 attachments**

📄 **Ex-Parte Application Under Cal. Rules 3.1113(e).pdf**
422K

📄 **Notice for Ex-Parte Applications for Post-Order Reliefs.pdf**
230K

📄 **Plaintiffs' Ex Parte Application Post-Order Reliefs.pdf**
702K

📄 **Declaration of Barbara Clark in Support to Ex-Parte Applications for Post-Order Reliefs.pdf**
272K

📄 **Plaintifffs' Declarations in Support to Ex-Parte Applications for Post-Order Reliefs.pdf**
247K

📄 **Proposed Orders for Plts. Ex-Parte Applications for Post-Order Reliefs.pdf**
154K

📄 **Exhibits In Support To Plaintiffs' Ex-Parte Application for Post-Order Reliefs_merge-compressed.pdf**
16806K

# Exh_6: Dismissal for failure to attend the hearing due to hospitalization

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
### Rene C. Davidson Courthouse

| | |
|---|---|
| Ariel Mendones  et al<br>　　　　　　Plaintiff/Petitioner(s)<br>vs.<br>Cushman and Wakefield, Inc. et al<br>　　　　　　Defendant/Respondent<br>(s) | No.　　23CV028772<br><br>Date:　09/09/2025<br>Time:　2:30 PM<br>Dept:　16<br>Judge:　Victoria Kolakowski<br><br>ORDER re: Order to Show Cause Re: Intentional Submission of False Testimony filed by Ariel Mendones (Plaintiff); Maridol Mendones (Plaintiff) on 08/08/2025 |

ORDER RE: CASE MANAGEMENT AND ORDER TO SHOW CAUSE

The Court has ordered the following at the conclusion of a judicially supervised Compliance Hearing.

Prior to the hearing, the Court issued a Tentative Ruling, which was **not** contested by Plaintiffs, Failed To Appear and Failed to Demonstrate why they were not present at today's hearing.  The Court Ruled upon this Matter.

The Court to issue an Order re: Terminating Sanctions **DISMISSING** the Case in its **Entirety with Prejudice** that **DISPOSES** the Case.

Clerk is directed to serve copies of this order, with proof of service, to counsel and to self-represented parties of record.

Dated :  09/09/2025

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Rene C. Davidson Courthouse

*Victoria Kolakowski*

**Victoria Kolakowski / Judge**

.

---

ORDER re: Order to Show Cause Re: Intentional Submission of False
Testimony filed by Ariel Mendones (Plaintiff); Maridol                    Page 2 of 2
Mendones (Plaintiff) on 08/08/2025

# Exh_7: Order from Judge Kolakowski

Case 4:26-xr-90193-NW     Document 4     Filed 02/10/26     Page 37 of 154

9/16/25, 9:44 AM                    Yahoo Mail - Alameda Superior Court EPOST: 23CV028772 for [09/09/2025 Order re: Order to Show Cause Re: Intentional Submiss...]

## Alameda Superior Court EPOST: 23CV028772 for [09/09/2025 Order re: Order to Show Cause Re: Intentional Submiss...]

From:  Dept16@alameda.courts.ca.gov (dept16@alameda.courts.ca.gov)

To:     mendonesa8@gmail.com; mcruz_tx_usa@yahoo.com; mdawson@dawsonlawoffices.com

Date:  Wednesday, September 10, 2025 at 12:47 PM PDT

Please see Attached Order.

Thank You,

Dana Fisher

Clerk to the Honorable Judge Victoria S. Kolakowski
Superior Court of California, County of Alameda
Administration Building, Dept. 16
1221 Oak Street, 3rd Floor
Oakland, Ca. 94612
Email: Dept16@alameda.courts.ca.gov

Zoom Meeting ID for Dept. 16: https://alameda-courts-ca-gov.zoomgov.com/my/department16

Tentative Rulings (issued 1-3 Days prior to hearing date) and all other information pertaining to your case, and Information for Dept. 16 may be found on ePortal. https://eportal.alameda.courts.ca.gov/

Courtesy Copies of Motions must be sent as a hard copy to the Department.  Send all other General Civil filings Courtesy Copies by email to the designated courtesy copy email. Dept16courtesycopy@alameda.courts.ca.gov.

Ex Partes are decided on the papers. The Court will set a hearing if needed. Send courtesy copies of Ex Parte filings to both the Department email and designated courtesy copy email and include all opposing parties in a singular email.

Filings should be no later than 5 days prior to your hearing date unless Code requires a different time frame.

 60741221_09_09_2025_General_Order_v2.pdf
241.1 kB

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Rene C. Davidson Courthouse

| | |
|---|---|
| Ariel Mendones  et al<br>           Plaintiff/Petitioner(s)<br>vs.<br>Cushman and Wakefield, Inc. et al<br>           Defendant/Respondent<br>(s) | No.    23CV028772<br><br>Date:    09/09/2025<br>Time:    2:30 PM<br>Dept:    16<br>Judge:   Victoria Kolakowski<br><br>ORDER re: Order to Show Cause Re:<br>Intentional Submission of<br>False Testimony filed by<br>Ariel Mendones (Plaintiff);<br>Maridol Mendones<br>(Plaintiff) on 08/08/2025 |

ORDER RE: CASE MANAGEMENT AND ORDER TO SHOW CAUSE

The Court has ordered the following at the conclusion of a judicially supervised Compliance Hearing.

Prior to the hearing, the Court issued a Tentative Ruling, which was **not** contested by Plaintiffs, Failed To Appear and Failed to Demonstrate why they were not present at today's hearing.  The Court Ruled upon this Matter.

The Court to issue an Order re: Terminating Sanctions **DISMISSING** the Case in its **Entirety with Prejudice** that **DISPOSES** the Case.

Clerk is directed to serve copies of this order, with proof of service, to counsel and to self-represented parties of record.

Dated :  09/09/2025

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
## Rene C. Davidson Courthouse

*Victoria Kolakowski*

**Victoria Kolakowski / Judge**

ORDER re: Order to Show Cause Re: Intentional Submission of False
Testimony filed by Ariel Mendones (Plaintiff); Maridol
Mendones (Plaintiff) on 08/08/2025                                    Page 2 of 2

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>09/10/2025<br>Chad Finke, Executive Officer / Clerk of the Court<br>By _____ Deputy<br>D. Fisher |
| PLAINTIFF/PETITIONER:<br>Ariel Mendones et al | |
| DEFENDANT/RESPONDENT:<br>Cushman and Wakefield, Inc. et al | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>23CV028772 |

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the Order re: Order to Show Cause Re: Intentional Submission of False Testimony filed by Ariel Mendones (Plaintiff); Maridol Mendones (Plaintiff) on 08/08/2025 entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.

Ariel Mendones
mendonesa8@gmail.com

Maridol Mendones
mcruz_tx_usa@yahoo.com

Mark L. Dawson
Dawson Law Offices, Inc.
mdawson@dawsonlawoffices.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 09/10/2025

By:

D. Fisher, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>09/10/2025<br>Chad Finke, Executive Officer/Clerk of the Court<br>By: _D̶u̶n̶o̶ ̶f̶i̶s̶h̶e̶r̶_ Deputy<br>D. Fisher |
| PLAINTIFF/PETITIONER:<br>Ariel Mendones  et al | |
| DEFENDANT/RESPONDENT:<br>Cushman and Wakefield, Inc. et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>23CV028772 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Ariel Mendones
2416 W Tennyson Rd,Apt 298
Hayward, CA 94545

Briana Moore

Maridol Mendones
2416 W Tennyson Rd
Apt 298
Hayward, CA 94545

Chad Finke, Executive Officer / Clerk of the Court

Dated: 09/10/2025                    By:

_D̶u̶n̶o̶ ̶f̶i̶s̶h̶e̶r̶_

D Fisher, Deputy Clerk

**CERTIFICATE OF MAILING**

1   MARK L. DAWSON, ESQ. (SBN 166956)
2   DAVID P. ARMANINI, ESQ. (SBN 259422)
    DAWSON LAW OFFICES, INC.
3   3480 Buskirk Avenue, Suite 205
    Pleasant Hill, CA 94523
4   (925)718-1040 Telephone
    mdawson@dawsonlawoffices.com
5   darmanini@dawsonlawoffices.com

6   Attorneys for Defendants,
7   CUSHMAN AND WAKEFIELD, INC.,
    MATT CHATHAM; BRIANA MOORE; JUSTINE SALINAS

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                        COUNTY OF ALAMEDA

11

12  | ARIEL MENDONES; MARIDOL | Case No. 23CV028772 |
    | MENDONES | |
13  | | **NOTICE OF ENTRY OF ORDER** |
    | Plaintiffs, | |
14  | v. | |
15  | CUSHMAN AND WAKEFIELD, INC., | |
16  | MATT CHATHAM; BRIANAMOORE; | Complaint Filed: March 3, 2023 |
    | JUSTINE SALINAS | Amended Complaint Filed: July 31, 2023 |
17  | Defendants. | |
18  | | Assigned for all purposes to: |
19  | | Hon. Hon. Victoria Kolakowski |

20

21          TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

22          Please take notice that the Court has signed the Order re: Order to Show Cause Re:

23  Intentional Submission of False Testimony filed by Ariel Mendones (Plaintiff); Maridol

24  Mendones (Plaintiff).

25

26

27

28

1    A true and correct copy of the order is attached as Exhibit A.

2

3    Dated: September 15, 2025              DAWSON LAW OFFICES, INC.

4
                                          By: _____
5                                              MARK L. DAWSON, ESQ.
6                                              DAVID P. ARMANINI, ESQ.
                                               Attorneys for Defendants
7                                              CUSHMAN AND WAKEFIELD, INC.,
                                               MATT CHATHAM, BRIANA MOORE,
8                                              JUSTINE SALINAS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am employed in the County of Contra Costa, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 3480 Buskirk Avenue, Suite 205, Pleasant Hill, California, 94523.

On the date set forth below, I served:

| NOTICE OF ENTRY OF ORDER |

on the parties to said action by emailing a copy to each of the email addresses below:

**Plaintiffs In Propria Persona**
Maridol Mendones
Ariel Mendones
2416 W. Tennyson Road, # 208
Hayward, CA 94545
Tel:  510-502-2398
Email:  mcruz_tx_usa@yahoo.com

*Consent to serve electronically from
Maridol Mendones 7-15-2023*

[X]  **(ONLY BY ELECTRONIC TRANSMISSION)** Only by e-mailing the document(s) to the persons at the e-mail address(es) listed. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Pleasant Hill, California on September 15, 2025.

_____
Catherine Hamze

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

FILED
Superior Court of California
County of Alameda

09/09/2025

Chad Flnke, Executive Officer / Clerk of the Court

By: _____ Deputy
D. Fisher

1
2
3
4
5
6
7

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

RENÉ C. DAVIDSON COURTHOUSE

| | |
|---|---|
| Ariel Mendones, et al., | No.: 23CV028772 |
| Plaintiff, et al., | **Order re Terminating Sanctions** |
| v. | |
| Cushman and Wakefield, Inc., et al., | |
| Defendant, et al. | |

The order to show cause why terminating sanctions should not issue against Plaintiffs Ariel and Maridol Mendones for intentionally submitting false testimony to the Court in connection with their motion for summary judgment and Plaintiffs not referred to the Alameda County District Attorney's Office for criminal prosecution came on for hearing on September 9, 2025, at 2:30 p.m. The Court issued a tentative ruling, which Plaintiffs contested. Plaintiffs did not appear at the hearing and were not excused from appearing. Defendants' counsel appeared. As the contesting party was not present, the Court affirms its tentative ruling and issues a terminating sanction against Plaintiffs for intentionally submitting false evidence to the Court in connection with their motion for summary judgment.

1

Order re Terminating Sanctions

# I. BACKGROUND

On March 11, 2025, Plaintiffs moved for summary judgment in this action. In support, Plaintiffs provided several documents as exhibits. Upon review, the Court suspected Plaintiffs' exhibits 3, 6A, 6B, 6C, 7, 21, 27, 35, and 40 of having been altered or created by generative artificial intelligence (GenAI). For instance, exhibits 6A, 6C, and 36 purport to capture the speech and image of Geri Haas. But, while exhibit 36 appears to capture a real-life interaction, certain characteristics of exhibits 6A and 6C, such as the lack of facial expressions, the looping video feed, among other things, suggested that these exhibits were products of GenAI—i.e., "deepfakes."

On June 11, 2025, the Court issued a tentative ruling in connection with a case management conference, indicating its intent to issue an order to show cause with a hearing on July 8, 2025. At the hearing on June 12, 2025, the Court's suspicion was reinforced when Maridol Mendones mentioned that some witnesses depicted in the suspect evidentiary submissions were deceased or could not be contacted by her. Maridol Mendones asked for the Court to set the hearing on the order to show cause in August 2025 to accommodate her and permit her time to seek legal counsel.

On July 11, 2025, the Court issued the order to show cause why terminating sanctions should not issue against Plaintiffs for intentionally submitting false testimony to the Court in connection with their motion for summary judgment and Plaintiffs not referred to the Alameda County District Attorney's Office for criminal prosecution. The Court restates the relevant portions of that order:

> The Court issues an order to show cause why terminating sanctions should not issue against Plaintiffs for intentionally submitting false testimony to the Court in connection with their motion for summary judgment and Plaintiffs not referred to the Alameda County District Attorney's Office for criminal prosecution.
>
> The Court notes that some of the purported testimony submitted by Plaintiffs appears to be products of generative artificial intelligence. (*Compare* Pls.' Mot. Summ. J. Ex. 36 (capturing speech and image of Geri Haas), *with* Exs. 6A & 6C (purporting to capture speech and image Geri Haas); *see also* Exs. 3, 6B, 6C, 7, 21, 27, 35, 40.) The Court is also suspicious of the authenticity of other evidentiary submissions.

The Court is attentive to the issue of improper use of generative AI before it. (*See, e.g., Evans v. Execushield, Inc.* (Cal. Super. Ct. Mar. 10, 2025) 2025 WL 893084 (discussing the presentation of fake citations to the court by attorneys).) The Court is also attentive to the use of generative AI to create videos. (*See, e.g.,* Jess Weatherbed, *Judge berates AI entrepreneur for using a generated 'lawyer' in court*, The Verge, Apr. 10, 2025, https://www.theverge.com/news/646372/ai-lawyer-artificial-avatar-new-york-court-case-video.)

The Court further notes that California law provides that a person who "willfully and contrary to the oath, states as true any material matter which he or she knows to be false . . . is guilty of perjury." (Cal. Pen. Code § 118(a).)

The Court directs Plaintiffs to submit a declaration, under penalty of perjury, answering the following questions, concisely and directly:

1. Were any of Plaintiffs' evidentiary submissions created using generative artificial intelligence?

2. Were any of Plaintiffs' evidentiary photographic submissions edited in any way? (See, e.g., Ex. 7.)

3. What is the messaging platform capturing the purported messages depicted in exhibits 35 and 40?

Plaintiffs must provide all the metadata of the purported audio and video testimonials for "Salinas" (Ex. 3), Barbara Clark (Ex. 6D), Juliann Smith (Ex. 27), Geri Haas (Exs. 6A & 6C), Sarah Davis (Ex. 6B), and an unidentified person (Ex. 21). Please include the file format, date created, date modified, file type, identity of device capturing video, lens used, shutter speed, file type, and the like. Please also identify the operator of the camera that captured the purported video testimonials noted above.

Plaintiffs must also provide the metadata and certificates for the electronic signatures of the declarations of Barbara Clark, Juliann Smith, Debra Daniels, Caroline Scott, Geri Haas, and Sarah Davis.

The Court may also order the in-person appearance of "Salinas," Barbara Clark, Juliann Smith, Geri Has, Sarah Davis, the unidentified person in exhibit 21, Cristy Moore, Jane Johnson, Rose Torres, Allen Whistley, and any other person identified in the suspect evidentiary submissions.

The Court sets a hearing for August 12, 2025, at 2:30 p.m. on the order to show cause.

All parties must appear in-person at this hearing.

The Court orders both Ariel Mendones and Maridol Mendones to separately submit a declaration stating under penalty of perjury addressing the three questions, noted above. The requested metadata and certificates for each of the purported audio and video testimonials, and the filed declarations, must be attached as exhibits to the declaration.

The declarations must be limited to 5 pages, excluding the caption page and the requested metadata and certificates.

1    The declarations must be filed and served no later than July 29, 2025.

2    The Court will deem any failure to file a declaration addressing each of these
3    issues as conceding that their evidentiary submissions were created using
      generative AI or were altered to depict something that did not actually happen.

4

5    (OSC re Terminating Sanctions, July 11, 2025.)

6        On July 29, 2025, Plaintiffs filed their declarations. (*See* Pls.' Decls., July 29, 2025.)

7

8                                    **II. LEGAL STANDARD**

9        "By presenting to the court, whether by signing, filing, submitting, or later

10   advocating, a pleading, petition, written notice of motion, or other similar paper, an . . .

11   unrepresented party is certifying that to the best of the person's knowledge, information,

12   and belief, formed after an inquiry reasonable under the circumstances, all of the following

13   conditions are met:

14           (1) "The claims, defenses, and other legal contentions therein are warranted by

15               existing law or by a nonfrivolous argument for the extension, modification, or

16               reversal of existing law or the establishment of new law.

17           (2) "The allegations and other factual contentions have evidentiary support or, if

18               specifically so identified, are likely to have evidentiary support after a

19               reasonable opportunity for further investigation or discovery.

19           (3) "The denials of factual contentions are warranted on the evidence or, if

20               specifically so identified, are reasonably based on a lack of information or

21               belief."

22   (Cal. Civ. Proc. Code § 128.7(b).)

23       "If, after notice and a reasonable opportunity to respond, the court determines that

24   subdivision (b) has been violated, the court may, subject to the conditions stated below,

25   impose an appropriate sanction upon the attorneys, law firms, or parties that have

26   violated subdivision (b) or are responsible for the violation." (§ 128.7(c).) "In determining

27   what sanctions, if any, should be ordered, the court shall consider whether a party seeking

28   sanctions has exercised due diligence." (*Id.*) "A sanction imposed for violation of

                                          4

subdivision (b) shall be limited to what is sufficient to deter repetition of this conduct or comparable conduct by others similarly situated." (§ 128.7(d).)

## III. DISCUSSION

The Court finds that Plaintiffs violated section 128.7(b) of the Code of Civil Procedure by submitting fabricated evidence in support of their motion for summary judgment.

**A. Fabricated Evidentiary Submissions**

The Court examined exhibits 3, 6A, 6B, 6C, 7, 21, 27, 35, and 40, reviewed Plaintiffs' declarations, and reviewed the attached metadata.

As the trier of fact on the order to show cause, the Court weighed the evidence and made credibility findings.

**1. Exhibits 6A and 6C**

The Court finds that exhibits 6A and 6C are products of GenAI and do not capture the actual speech and image of Geri Haas. In other words, these exhibits are deepfakes. Here is a screenshot of exhibit 6A:



Order re Terminating Sanctions

1    The full video is available at

2    https://drive.google.com/file/d/1xI3xCC6Xdq94PZvz7QCl6M_XDsg8q55k/view. The Court

3    has downloaded a copy of exhibit 6A to preserve the evidence.

4         Here is a screenshot of exhibit 6C:



13    The full video is available at https://drive.google.com/file/d/1h1ae0izs07kGdF3HKALRvla-

14    cgB1E1gF/view. The Court has downloaded a copy of exhibit 6C to preserve the evidence.

15         Here is a screenshot of exhibit 36:



24         The full video is available at

25    https://drive.google.com/file/d/1jSMc69QkWemY0OXkl6hV2PRCnLtQtFp6/view. The

26    Court has downloaded a copy of exhibit 36 to preserve the evidence.

27         While the "person" depicted in exhibits 6A and 6C bears a passing resemblance to

28    the person depicted in exhibit 36, they are not the same person. The accent, cadence,

1   volume, word choice, pauses, gestures, and facial expression, among other characteristics,

2   of the person depicted in exhibit 36 are vastly different from those demonstrated by the

3   "persons" depicted in exhibits 6A and 6C. The "persons" depicted in exhibits 6A and 6C

4   lack expressiveness, are monotone, do not pause at moments where pauses are expected,

5   use odd words choices, and appear generally robotic. Further, the mouth flap does not

6   match the words being spoken. Juxtaposing these three videos together, it becomes clear

7   that whoever the "persons" depicted in exhibits 6A and 6C are, they are not the person

8   depicted in exhibit 36.

9        The oddities of exhibits 6A and 6C are typical features of videos created by GenAI.

10

11   **2. Exhibit 7**

12        The Court finds that exhibit 7 was materially altered. Here is a screenshot of

13   exhibit 7, page 2:



1      Here is a screenshot of exhibit 7, page 3:



     

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

Here is a screenshot of exhibit 7, page 5:



The lighting, contrast, color, and sharpness of the man depicted in these pictures compared with the lighting, contrast, color, and sharpness of the background shows that the man was stitched into the photograph taken by the Ring camera. A close inspection shows that the background is in black and white, while the man is in color.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Compare these photographs with the photographs on pages 7 and 8, which are from the same Ring camera, according to Plaintiffs:



Juxtaposing the photographs on pages 7 and 8 against the photographs on pages 2, 3, and 5 makes it clear that the photographs on pages 2, 3, and 5 were materially altered.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Order re Terminating Sanctions

### 3. Exhibits 35 and 40

The Court finds that exhibits 35 and 40 are products of GenAI—or, at least, were materially altered. Here is a screenshot of exhibit 35:



///
///
///
///
///
///
///
///
///
///

1     Here are screenshots of exhibit 40:





In their declaration, Plaintiffs stated that the messaging platform in exhibit 35 is Instagram and exhibit 40 is a Zoom iPhone group chat. These statements strain credulity: Looking at the menu bar on the lower part of the images, it is clear to this Court that exhibits 35 and 40 seem to depict the same messaging platform. Further, the font style, spacing, and sizing appear off on exhibit 40, suggesting the names and messages were altered.

### 4. Metadata

The Court did not find the metadata submitted by Plaintiffs reliable or credible. For instance, the information contained above the "General" field of the MacOS Inspector on pages 11, 16, 17, 18, 19, 24, 27, 28, 29, 30, 31, 32, 33, 48, 49, 51, 52, 59, 60, and 61, contains information not typically noted in metadata, such as "Copyright [entity]. All rights reserved." Other portions of the metadata included URLs to Google Maps, phone numbers, GPS coordinates, mailing addresses, and other atypical information within the "musical genre" field. (*See id.* at pp. 12–15, 37, 42–47.) The Court suspects that material metadata was added at some later point in time by someone with access to the files and with editing privileges.

### 5. Plaintiffs' Explanations

The Court did not find Plaintiffs' explanations in their respective declarations to be credible. Notably, in response to the first question, Maridol Mendones declared that artificial intelligence was used in all videos marked as exhibits 6A to 6D. (Pls.' Decls. at 3:23–26.) Maridol Mendones sought to shift the blame to Geri Haas for providing her with this video testimonial. (*See id.* at 3:13–4:3.) Her explanation, however, is not credible: Assuming the veracity of the metadata, exhibit 6A was captured on an Apple iPhone 6 Plus using its rear camera and running iOS 12.5.5. (*See id.* at p. 16.) Here's the problem for Maridol Mendones: Apple did not introduce Apple Intelligence until iOS18 and required an iPhone 16, iPhone 15 Pro, or iPhone 15 Pro Max. (*See* Apple Inc., *Apple*

1  *Intelligence*, https://www.apple.com/apple-intelligence/ (last visited September. 5, 2025.)

2  ("Apple Intelligence is available in beta on all iPhone 16 models, iPhone 15 Pro,

3  iPhone 15 Pro Max, iPad mini (A17 Pro), and iPad and Mac models with M1 and later,

4  with Siri and device language set to the same supported language, as part of an iOS 18,

5  iPadOS 18, and macOS Sequoia software update.").) As such, Maridol Mendones

6  explanation about why the person depicted in exhibit 6A is robotic is unbelievable.

7

8  **6. Lingering Suspicions**

9  The Court remains suspicious of the other evidentiary submissions, but it does not

10  have the time, funding, or technical expertise to determine the authenticity of Plaintiffs'

11  statements or conduct a forensic analysis of the suspect evidentiary submissions.

12

| Exhibit | Plaintiffs' Description | Plaintiffs' Link |
|---|---|---|
| 3 | "Voicemail messages of Defendant-Salinas dated December 27 to 29, 2022. Third parties mocking voicemail messages." | https://drive.google.com/file/d/1fqjOfTxKbJmG_7LodDKkFWB-KpxgTWGz/view?usp=sharing |
| 6B | "Corroborated video testimony of Sarah Davis secondary to Geri Haas' declaration dated January 13, 2023." | https://drive.google.com/file/d/1mnASOgTl7sIrg-OLVKMI95Elyz_ySqOa/view?usp=sharing |
| 21 | "Voicemail message of Defendant-Salinas dated December 29, 2022, stating that they will waive their false | https://drive.google.com/file/d/1Vmm9HxQwJ521rDWBPWTXy0Og_N7yMgne/view?usp=sharing |

28

| | | allegations if the video footage will be sent to them via email." | |
|---|---|---|---|
| 27 | | "Dr. Juliann Smith's testimonies with two corroborating witnesses dated July 30, 2024 at 2:35 p.m." | https://drive.google.com/file/d/12xnrtMiTyP_B5abHeZM2ycYwg9MaDAcd/view?usp=sharing |

The Court has downloaded copies of these exhibits to preserve the evidence.

**B. Appropriate Sanction**

The Court next turns to the appropriate sanction. In determining the appropriate sanction, the Court is guided by section 128.7(d)'s guidance that "[a] sanction imposed for violation of subdivision (b) shall be limited to what is sufficient to deter repetition of this conduct or comparable conduct by others similarly situated." (§ 128.7(d).)

**1. Monetary Sanctions**

The Court finds that monetary sanctions are not appropriate.

The Court is attentive to the issue of improper use of GenAI before it. (*See, e.g., Evans v. Execushield, Inc.* (Cal. Super. Ct. Mar. 10, 2025) 2025 WL 893084 (discussing the presentation of fake citations to the court by attorneys).) The misuse of GenAI in legal proceedings most frequently happens in the context of presenting fictitious citations. (*See U.S. v. Hayes* (E.D. Cal. 2025) 763 F. Supp. 3d 1054.) In that context, appropriate sanctions include (1) penalties payable to the court in the range of $1,000.00 to $5,000.00, (2) sending a copy of the order to the client, (3) sending a copy of the order to each judge falsely identified as the author of a fake opinion, (4) sending a copy of the order to all the district judges and magistrate judges in the district, and (5) sending a copy of the order to the relevant bar association. (*Id.* at 1073; *see also Mata v. Avianca, Inc.* (S.D.N.Y. 2023) 678 F. Supp. 3d 443, 466 (imposing similar sanctions); *Gjovik v. Apple Inc.* (N.D. Cal., May

19, 2025, No. 23-CV-04597-EMC) 2025 WL 1447380, at *7 ("At this juncture, the Court shall not impose any sanctions. However, it forewarns Ms. Gjovik that (1) she is responsible for verifying the accuracy of AI-generated or AI-provided information, including but not limited to case citations and content, **and** that (2) failure to do so may lead to sanctions, including but not limited to a finding of contempt and/or the ability to proceed pro se.").)

The reasons for imposing these sanctions were captured by the *Hayes* court: "Submitting fictitious cases and quotations to the court 'degrades or impugns the integrity of the Court' and 'interferes with the administration of justice' in violation of Local Rule 180(e), and violates California Rules of Professional Conduct 3.1(a)(2), 3.3(a)(1), and 3.3(a)(2)." (*See also Hayes*, 763 F. Supp. 3d at 1064.)

Here, the use of GenAI went beyond the submission of fictitious citations. Plaintiffs submitted at least two exhibits created by GenAI. Further, to an even greater extent than expressed by the *Hayes* court, the use of deepfakes in a case significantly undermines the Court's ability to administer justice, significantly erodes the public's confidence in the judicial system, and significantly burdens under-resourced and overworked courts with the time-consuming task of assessing whether evidence presented to it during pretrial proceedings was a deepfake. As such, a more severe sanction is appropriate.

## 2. Non-monetary Sanctions
### i. Referral to District Attorney for Prosecution

The Court finds that referral for criminal prosecution is not appropriate.

Plaintiffs' submission of fabricated evidence brings to the Court's mind two Penal Code statutes. The first statute concerns perjury:

> Every person who, having taken an oath that he or she will testify, declare, depose, or certify truly before any competent tribunal, officer, or person, in any of the cases in which the oath may by law of the State of California be administered, willfully and contrary to the oath, states as true any material matter which he or she knows to be false, and every person who testifies, declares, deposes, or certifies under penalty of perjury in any of the cases in which the testimony, declarations, depositions, or certification is permitted by

1   law of the State of California under penalty of perjury and willfully states as
    true any material matter which he or she knows to be false, is guilty of perjury.

2

3   (Cal. Pen. Code § 118(a).) "Perjury is punishable by imprisonment pursuant to subdivision

4   (h) of Section 1170 for two, three or four years." (§ 126.)

5           The second statute concerns forgery:

6

7   Every person who, with the intent to defraud, knowing that he or she has no
    authority to do so, signs the name of another person or of a fictitious person to
    any of the items listed in subdivision (d) is guilty of forgery.

8

9   (§ 470(a).) "Forgery is punishable by imprisonment in a county jail for not more than one

10  year, or by imprisonment pursuant to subdivision (h) of Section 1170." (§ 473(a).)

11          The Court finds that a sanction referring Plaintiffs for criminal prosecution is

12  simultaneously too severe and not sufficiently remedial. The sanction is too severe as even

13  being the subject of a criminal investigation may lead to social repercussions that persist

14  after the criminal proceedings close. This civil judicial officer does not have the expertise

15  and experience to balance all relevant considerations to determine whether a matter

16  should be referred to the District Attorney for a criminal investigation. At the same time,

17  a referral would do little to address the harm that Plaintiffs have caused in this civil

18  proceeding.

19

20                      ii. Evidence or Issue Sanctions

21          The Court finds that evidence or issue sanctions are not appropriate. This sanction

22  would not serve an adequate deterrent against future uses. As illustrated above,

23  examining whether evidentiary submissions were created using GenAI is labor intensive,

24  and courts (really, the public at large) are not adequately prepared to discern whether a

25  person depicted in a video was created using GenAI. (*See, e.g.*, Shannon Bond, *AI-

26  generated images are everywhere. Here's how to spot them*, NPR (June 13, 2023),

27  https://www.npr.org/2023/06/07/1180768459/how-to-identify-ai-generated-deepfake-

28  images.) While an evidentiary or issue sanction would exclude some things that can be

                                        17

shown to be created by GenAI, others might sneak through the Court's or opposing party's analysis. Without robust safeguards to guard against future misuses of the legal proceedings, an evidentiary or issue sanction is effectively toothless.

### iii. Terminating Sanction

The Court finds that a terminating sanction is appropriate. This sanction is proportional to the harm that Plaintiffs' misuse of the Court's processes has caused. A terminating sanction serves the appropriate remedial effect of denying Plaintiffs— and other litigants seeking to make use of GenAI to submit video testimonials—of the ability to further prosecute this action after violating the Court's and the Defendants' trust so egregiously. (*See R.S. Creative, Inc. v. Creative Cotton, Ltd.* (1999) 75 Cal. App. 4th 486, 497 (The Civil Discovery Act "authorizes terminating sanctions in the first instance in egregious cases.").)

Further, a terminating sanction serves the appropriate deterrent effect of showing the public that the Court has zero tolerance with attempting to pass deepfakes as evidence.

This sanction serves the appropriately chilling message to litigants appearing before this Court: Use GenAI in court with great caution.

As the Court cannot disentangle the extent to which Ariel Mendones was active or complicit in Maridol Mendones's actions in connection with the violation of section 128.7(b) of the Code of Civil Procedure, the Court finds that both parties must be sanctions equally.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

## IV. ORDERS

2      The Court strikes the second amended complaint from the register of actions.

3      The entire action is dismissed with prejudice.

4

5    Dated: ~~9/9/2025~~

6                                          Victoria Kolakowski
                                           Judge of the Superior Court
7                                          **Victoria Kolakowski / Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| SUPERIOR COURT OF CALIFORNIA COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS: Rene C. Davidson Courthouse 1225 Fallon Street, Oakland, CA 94612 | **FILED** Superior Court of California County of Alameda 09/10/2025 Chad Finke, Executive Officer / Clerk of the Court By: _Dana Fisher_ Deputy D. Fisher |
| PLAINTIFF/PETITIONER: Ariel Mendones  et al | |
| DEFENDANT/RESPONDENT: Cushman and Wakefield, Inc. et al | |
| CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6 | CASE NUMBER: 23CV028772 |

**I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the Order re: Terminating Sanctions entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.**

Ariel Mendones
mendonesa8@gmail.com

Mark L. Dawson
Dawson Law Offices, Inc.
mdawson@dawsonlawoffices.com

Chad Finke, Executive Officer / Clerk of the Court

Dated: 09/10/2025

By:

_Dana Fisher_

D. Fisher, Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>09/10/2025<br>Chad Finke, Executive Officer / Clerk of the Court<br>By _____ Deputy<br>D. Fisher |
| PLAINTIFF/PETITIONER:<br>Ariel Mendones  et al | |
| DEFENDANT/RESPONDENT:<br>Cushman and Wakefield, Inc. et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>23CV028772 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.


Ariel Mendones
2416 W Tennyson Rd,Apt 298
Hayward, CA 94545

Maridol Mendones
2416 W Tennyson Rd
Apt 298
Hayward, CA 94545


Chad Finke, Executive Officer / Clerk of the Court

Dated: 09/10/2025                    By:

D Fisher, Deputy Clerk


**CERTIFICATE OF MAILING**

# Exh_8: Summarily denied judge disqualification in Cal. Court of Appeals

Court of Appeal, First Appellate District
Charles D. Johnson, Clerk/Executive Officer
Electronically FILED on 12/2/2025 by J. Vado, Deputy Clerk

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIRST APPELLATE DISTRICT

## DIVISION TWO

ARIEL MENDONES, et al.,

     Petitioners,

v.

ALAMEDA COUNTY SUPERIOR COURT,

     Respondent.

CUSHMAN AND WAKEFIELD, INC., et al.,

     Real Parties in Interest.

A174878

(Alameda County Sup. Ct. No. 23CV028772)

BY THE COURT:

    The request for judicial notice is denied as unnecessary to disposition of the petition. The petition for writ of mandate or other appropriate relief is also denied.

Dated:_____12/02/2025_____     _____Stewart, P.J._____ P.J.

1

# EXHIBIT_9
## Metadata of Evidence

1
2
3
4
5
6
7
8

ARIEL MENDONES
MARIDOL MENDONES
2416 W Tennyson Rd Apt 298
Hayward, CA 94545
Tel.: (510)502-2398
Email: mcruz_tx_usa@yahoo.com

**ENDORSED**
**FILED**
**ALAMEDA COUNTY**

JUL 29 2025

CLERK OF THE COURT
BY: D. OLIVER

Deputy Clerk

*Plaintiffs, In Pro Se*

9

## SUPERIOR COURT OF STATE OF CALIFORNIA

10

## COUNTY OF ALAMEDA

11
12

ARIEL MENDONES
MARIDOL  MENDONES,

13

        *Plaintiffs*

14

    vs.

15
16

CUSHMAN AND WAKEFIELD, INC., et al.
MATT CHATHAM
BRIANA MOORE
JUSTINE SALINAS

17

        *Defendants*

18
19

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NUMBER: 23CV028772
Assigned Judge: Hon. Victoria Kolakowski

**DECLARATIONS OF PLAINTIFFS,
ARIEL MENDONES AND MARIDOL
MENDONES IN RESPONSE TO ORDER
TO SHOW CAUSE, TERMINATING
SANCTION AND REFERRAL TO
ALAMEDA COUNTY DISTRICT
ATTORNEY**

Hearing Date:     August 12, 2025
Time:             2:30  p.m.
Department:       16

Complaint filed:  March 03, 2023
FAC Filed:        July 31, 2023
SAC Filed:        January 18, 2024

20
21
22
23
24
25

/////////

26
27
28

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

1

## PRELIMINARY STATEMENT

On July 11, 2025, the Court ordered the Plaintiffs to submit a separate declaration regarding OSC, terminating sanction and referral to Alameda County District Attorney. Plaintiffs do hereby comply on the purported order[s]. Attached herein are exhibits in question that contain the metadata and other necessary information considering the matter. Plaintiffs provide Judge Kolakawsky and the Defendants a USB flash drive that contain this information. Kindly consider the following in opening the USB flash drive:

MP3: For mac user, right click and hit the "Get Info" icon. For windows, right click and hit the "Properties".

JPG: For mac user, right click and hit the "Get Info" icon. For windows, right click and hit the "Properties".

MP4: For mac user, may open it on "Quit Time Player app", then simultaneously press on the keyboard, "command + I", and the inspector icon will appear. For windows user, right click and click "Properties".

PDF: For mac user, right click and hit the "Get Info", or open it in adobe and click "Document Properties".

Plaintiffs, Ariel Mendones and Maridol Mendones do hereby provide each of their declaration with supporting exhibits thereafter.

Dated:_____July 29, 2025_____        By: _____
                                                Ariel Mendones.  /  Maridol Mendones
                                                    *Plaintiffs, In Pro Se*

/ / / / / / /

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**DECLARATION**

I, MARIDOL. MENDONES, declare the following:

1.    That I am one of the Plaintiffs in this proceeding. I have personal knowledge on the contents of this declaration and willing to testify in court as needed. That I temporarily representing myself until representation emerges.

2.    This landlord-tenant disputes would never been existed if only our landlord responded on our grievance against our violent neighbor that resulted to emotional distress and psychological impact on my well-being.

3.    The Court obliged me to answer the following questions concisely and directly:

(1).    Were any of Plaintiffs' evidentiary submissions created using generative artificial intelligence?

In response, most evidentiary submissions were not originated or created by Plaintiffs. Those I am referring are Exh_1(Salinas' photo), Exh_ 3 and 21(voicemails rec'd from Glen Oaks), Exh_7(from ring doorbell security camera), Exh_18(Glen Oaks), Exh_22 and 28(attending psychiatrists), Exh_25(voicemails from Glen Oaks), Exh_40(zoom virtual conference iPhone chat), Exh_2(ring doorbell security cam), [Exh_6_A to 6_D and Exh_35], Exh_8(ring doorbell security cam),  Exh_11 to 17(ring doorbell sec. cam), Exh_41(Court reporter), Exh_42, 44, 47, 49(Defendants), Exh_57 to 59(witnesses), and Exh_63(court reporter).

If you noticed, most of the evidence[s] in question did not originate from Plaintiffs. Those videos from ring.com security camera, zoom.com group chat, voicemails from telephone carriers, etc. are direct physical evidence[s] in which artificial intelligence has not part of.

If you noticed in Exh_6 in the attached metadata exhibits, Haas, Clark and Davis used a built-in 8 MP Sight cameras with fixed f/2.2 apertures that has an AI feature with a belief that their videos will turn out good, but in contrast appeared robotic not knowing that this AI analytics are effective only on latest iPhone version.

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

The evidentiary submissions, I therefore believe that the origin is not generated by AI, nor the creators have intent to produce an AI generated video.

(2).    Were any of Plaintiffs' evidentiary photographic submissions edited in any way? (*See, e.g.,* Ex. 7.)

Exh_7 are photos from ring doorbell security camera. At times the ring doorbell is low battery, videos do not appear in iPhone or laptop, but can be retrieved through Ring Account or Ring App or Website.

> To retrieve copies of videos from your Ring doorbell, you'll need to access the "History" section of your Ring account and download the desired videos. If you have a Ring Protect Plan, the videos are stored in the cloud, and you can download them from the Ring app or website. If you don't have a Ring Protect Plan, you can still view live video but recordings are not saved.

Most of the videos and photos are large. To easily download them in Google drive to produce a hyperlink for the exhibits, Plaintiffs compressed them that resulted changed on creation date and modify date, but no editing performed on their contents. Therefore, none of the contents of the photos submitted, I believe edited, nor intent of editing because they were originated from ring doorbell security camera.

(3).    What is the messaging platform capturing the purported messages depicted in exhibits 35 and 40?

Exh_35 has multiple geographic locations 37°37'45.4"N 122°05'45.7"W; 37°37'45.9"N 122°05'45.4"W; 37°37'30.8"N 122°05'35.4"W; 37°48'13.2"N 122°16'12.6"W; 37°20'35.0"N 121°59'13.8"W; 37°32'15.4"N 121°57'22.4"W from Instagram platform. *See herein attached metadata exhibits.*

Whereas Exh_40, is a group chat messages via iPhone, virtual Zoom conference, utilized iPhone zoom continuous meeting chat. This feature allows meeting participants to communicate before, during, and after a meeting by creating a dedicated group chat in Zoom Team Chat for all meeting participants. When enabled, in-meeting chats will show up in that group chat as they are sent in the meeting, allowing meeting conversations to continue after a meeting ends. The aperture value, exposure time, focal length, and other image properties are not explicitly defined. There is no feature in Zoom that allows other participants to see geographic location during a session. Hash TLS 1.2 within AES 256-bit encryption, SHA-256 -

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

76b10d16ffac16f566f04636f750c4800de0392f7af651cdcdea7cf0daef8e5e

4.      As I mentioned in Case Management Conference held on June 12, 2025, locating the witnesses will be conducted via investigator and their in-person testimonies will be presented in Court if trial set, be scheduled.

5.      Plaintiffs responded first with the Court's OSC, then will proceed with representation. For the fact that my former psychiatrist, Dr. Juliann Smith deceased, she made a prior referral for continuance of care and my recent psychiatrist and psychotherapist may give their testimonies. Debra Daniels and Caroline Scott are common names. When the investigator[s] confirm them, will present in-person testimonies as well.

6.      The security companies of Glen Oaks, [e.g. Eks Security Grp. Inc., Tactical Advantage Grp Inc., Bastion Sec. Services and Orion Security Group], who captured those security guards by ring doorbell security cameras can give their in-person testimonies as well. Justine Salinas, Barbara Clark, Sarah Davis, and others can locate by the investigator and will be presented in Court for in-person testimonies if trial date been set.

7.      Me and my husband been suffering for years of emotional and psychological abuse and harassment from our neighbor tenant-Richardson, but our landlord, Cushman and Wakefield, Inc., doesn't care. The Court is our last hope for justice and measures.

8.      I do not invent stories in reference to frequent late-night hours visit of security guards from false report of noise by tenant-Richardson as the act was captured by security camera. Because of that, I developed insomnia, as reflected in my medical record. My recent attending physician  can attest into that and may present in-person testimony.

9.      The recent Glen Oaks manager, Ramon Ruiz, may testify who as well encounters many events of reports from Eks Security Grp., Tactical Adv. Grp Inc and Bastion Sec. Services in matters pertaining to frequent false report of noise from tenant-Richardson.

10.      The signed declarations of Smith, et al and Haas, et al and other documentary PDF evidence[s] cannot be altered because they are password encrypted. Unauthorized users can only read and print them. *See herein attached metadata exhibits.*

11.      Plaintiff-Ariel Mendones has nothing to do with the preparation of Complaint, and other evidentiary submissions. I sought legal advice from the County for immediate resolution

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

on our grievance with our landlord.

12.     For fear of losing my husband due to Richardson's aggression towards him, I diligently pursue legal measures. Installing security camera serves us our direct witness as a violation of our rights for quiet enjoyment [one of the causes of action] in our own habitat due to false report of noise by tenant-Richardson that ruined our sleep.

13.     By the foregoing declaration statements with attached herein metadata exhibits, I comply with the Court's OSC with good cause and in compliance with applicable rules pursuant to Cal. Rules 2.30, the Court must not issue a terminating sanction and be given Plaintiffs an opportunity to present their in-person witness testimonies to prove merit of their case.

14.     The Court must not issue a terminating sanction against the Plaintiffs for reason that he/she did not submit a false testimony to the Court in connection with their motion for summary judgment and the witness' testimonies I believed not a product or not generated by AI, but rather a wrongful used of some 8MP PoE IP camera with fixed lenses that incorporate an AI features of human and or other objects. That based on submitted metadata exhibits, all the evidentiary submissions are authentic for reasons that all PDF cannot be altered as they are password encrypted and MP4, MP3 and JPG are authenticated with hash value as sign of validity. All evidentiary submissions have GPS coordinates that traced their place of origins, date created and date modified. *See herein attached metadata exhibits.*

I declare under penalty of perjury under the laws of the State of California that the foregoing statement is believed to be true.

Executed on this 29th day of July 2025.


By: _____
MARIDOL MENDONES
*Plaintiff, In Pro Se*

/ / / / / / / /

### DECLARATION

I, ARIEL. MENDONES, declare the following:

I have personal knowledge on the contents of this declaration and willing to testify in court as needed. The Court wanted me to answer the following:

1.      Were any of Plaintiffs' evidentiary submissions created using generative artificial intelligence?

Not to my knowledge and belief. I do not know how to create AI, nor bought any gadgets/tools to manufacture such, and not knew anybody who can do that. Based on my own research, generating AI is not a simple task and costly. I am the only earner and instead of spending into that, I'd rather sustain our basic needs.

2.      Were any of Plaintiffs' evidentiary photographic submissions edited in any way? (*See, e.g.,* Ex. 7.)

No. All of Plaintiffs' evidentiary photographic submissions cannot be edited because its' contents are password encrypted by the creators; it was reflected in the originals a similar creation/modify dates, geographic locations indicate the creators' addresses, and hash values with algorithms that authenticate the creators.

3.      What is the messaging platform capturing the purported messages depicted in exhibits 35 and 40?

The messaging platform in exhibit 35 is Instagram, while in exhibit 40, it was from zoom iPhone group chat. We were invited by our Bible Study group into zoom because they could not see us around anymore, because Maridol isolates herself suffering from PTSD as a long term effect due to exposure to verbal violence of our neighbor Richardson. Whenever they have tried to visit us, Maridol did not let them in due to fear that making movement in our premise, Mr. Richardson will yell and curse. Even my own family, [e.g. sisters, nieces, nephews, parents, etc.] could not visit us because of Mr. Richardson's aggression towards us. These are just one of the many sufferings we must face daily.

4.      We refer these issues to Glen Oaks and to Cushman and Wakefield, but no response until the situation gets worst, that whenever me and Richardson cross path in the parking area, he

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

1   insinuates trouble. I have no knowledge at the beginning that Maridol develops anxiety on that

2   matter with fear of losing me. I am scared also that I might lose temper and might hit him.

3       5.      I feel sorry for my wife that I could not give her a better place because during that

4   time, I got laid off from work. I only knew Geri Haas, but not Sarah Davis and Barbara Clark.

5   Geri supposed to be one of the Plaintiffs here, but she decided not due to her frequent heart illness.

6   Geri often asks us for help, such as going to hospital. Geri felt that she might not live longer.

7       6.      I was diagnosed with insomnia due to late night hours visit of security guards from

8   Richardson's false report of noise which I've learned from Geri that's intentional because she

9   heard Richardson wanted us to get evicted. *See exhibit 36.*

10      7.      Our damages continue up to this moment. My recent attending physician referred me

11  to behavioral psycho-emotional management not knowing that those expose to long-term violence

12  must be needing a follow up care.

13      8.      What we submitted are actual events happened. I remember Maridol asked me on

14  how to install AI assistant on Geri's iPhone because Geri asked her. I said, "I don't know". Google

15  has new feature now called "Google AI Assistant".

16      9.      I did not submit a false testimony in our motion for summary judgment, nor

17  generated AI. Therefore, the Court must not issue a terminating sanction against us, but rather

18  exercise our rights to be heard and opportunity to present in-person testimonies of our witnesses

19  to prove merit of our case in the interest of justice the aggrieved parties deserve.

20      I declare under penalty of perjury under the laws of the State of California that the

21  foregoing statement is believed to be true.

22      Executed on this 29th day of July 2025.

23

24                                          By: _____

25                                              ARIEL MENDONES
                                                *Plaintiff, In Pro Se*
26  ////////

27

28

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

1 | Case Name: Mendones, et al v. Cushman and Wakefield, Inc., et al
Case Number: 23CV028772

2

3 | **PROOF OF SERVICE**

4 | I am a citizen of the United States. My address is 2416 W Tennyson Rd. Hayward, CA 94545. I am over the age
of 18 years and not a party in this cause of action. I am familiar with the collection and processing of mailing
5 | in the United States Postal Service and is deposited the
same day as the day of collection in the ordinary course of business.

6

7 | On July 29, 2025 [and or later dates], the following ordinary business practice, I serve a true copy of the
foregoing document described as:

8 | **DECLARATIONS OF PLAINTIFFS, ARIEL MENDONES AND MARIDOL MENDONES IN**
**RESPONSE TO ORDER TO SHOW CAUSE, TERMINATING SANCTION AND REFERRAL TO**
9 | **ALAMEDA COUNTY DISTRICT ATTORNEY**

10 | **METADATA EXHIBITS**

11

12 | I serve on the address as follows:

13

MARK L. DAWSON, ESQ. (SBN 166956)
14 | CARL E. KADLIC, ESQ. (SBN 193778)
DAWSON LAW OFFICES, INC.
15 | 3480 Buskirk Avenue, Suite 205
Pleasant Hill, CA 94523
16 | (925)718-1040 Telephone
mdawson@dawsonlawoffices.com
17 | darmanini@dawsonlawoffices.com

18 | Via email and certified postal mail with enclosed USB flash drive. Personal delivery to Dept. 16 addressed
to Judge Victoria Kolakowski with enclosed USB flash drive.

19

20 | I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct. This declaration executes on July 29, 2025, in Hayward, CA.

21

22

23 | *PnWright*
PENNY WRIGHT
24 | *Declarant*

25 | ///// 

26

27

28

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

# METADATA EXHIBITS

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**EXH 2**



**Exh_2.mp4**

ring.com. All rights reserved.
Name: Exh_2
IPTC Description: Exh_2
Creation Date: Dec 23, 2022 at 12:24:04
Modification Date: Dec 23, 2022 at 12:24:04
Date Time Original: Dec 23, 2022 at 12:24:04
Date Time Digitized: Dec 23, 2022 at 12:24:04
Content Creation Date: Dec 23, 2022 at 12:24:04
Composite Create Date: Dec 23, 2022 at 12:24:04
Media Create Date: Dec 23, 2022 at 12:24:04
Owner Name: ring.com
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright ring.com. All rights reserved.
Aperture_Value: 2.2
Exposure_ time: 1/512
Focal_length: 29.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/76
Software: Firmware
F-number: 8.0
Related Sound File: Ring chime sound
Keywords: Hash Algorithm: SHA3-256 –
43e5c8850c3a4f944d937bd9afc1d2d88155a5ea4bbe64a28685
886ff065a41a

2022-12-23T12:24:04-0800

⌄ **General:**

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_2.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 67.1 MB |
| Data Rate: | 7.04 Mbit/s |
| Current Size: | 480 × 270 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

⌄ **Video Details:**

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 6.95 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | Quarter |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

⌄ **Audio Details:**

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 95.88 kbit/s |
| Channels: | Stereo (L R) |

Exh_3

### Exh_3_[12/27/2022]voicemail.mp3 Info

Kind: MP3 audio
Size: 845,869 bytes (852 KB on disk)
Where: VOL ▸ Exh_3
Created: Tuesday, December 27, 2022 at 2:44 PM
Modified: Tuesday, December 27, 2022 at 2:44 PM

☐ Stationery pad
☐ Locked

∨ More Info:

Duration: 00:21
Audio channels: Mono
Sample rate: 44.1 kHz
Musical genre: IPTC Description: Exh_3_[12/27/2022]voicemail;
Owner Name: Glen Oaks Leasing Office
Created: December 27, 2022 at 14:44:28
Modified: December 27, 2022 at 14:44:28
IPTC Creator Address: Glen Oaks Apartment
Leasing Office, 27475 Hesperian Blvd. Hayward,
CA 94545; Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3-512 –
282f21ee157bd5cb1a37b4182ee66b351bcf142b85
c5c0527cc89523ac69f7c072449fbea378e1f442b0
d3fe633b65e127f9b011b480ff7b3e21a6e6f7cd218
5

Comment: IPTC Description: Exh_3_[12/27/2022]voicemail;
Owner Name: Glen Oaks Leasing Office
Created: December 27, 2022 at 14:44:28
Modified: December 27, 2022 at 14:44:28
IPTC Creator Address: Glen Oaks Apartment
Leasing Office, 27475 Hesperian Blvd. Hayward,
CA 94545; Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3-512 ·
282f21ee157bd5cb1a37b4182ee66b351bcf142b85
c5c0527cc89523ac69f7c072449fbea378e1f442b0
d3fe633b65e127f9b011b480ff7b3e21a6e6f7cd218
5

### Exh_3_[12/28/2022]voicemail.mp3 Info

**Exh_3_[12/28/2022]voicemail.mp3**                    1 MB
Modified: Wednesday, December 28, 2022 at 3:23 PM

Add Tags…

∨ General:

Kind: MP3 audio
Size: 1,041,059 bytes (1 MB on disk)
Where: VOL ▸ Exh_3
Created: Wednesday, December 28, 2022 at 3:23 PM
Modified: Wednesday, December 28, 2022 at 3:23 PM

☐ Stationery pad
☐ Locked

∨ More Info:

Title: Exh_3_[12/28/2022]voicemail
Duration: 00:26
Audio channels: Mono
Sample rate: 44.1 kHz
Musical genre: IPTC Description:
Exh_3_[12/28/2022]voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created: December 28, 2022 at 15:23:16
Modified: December 28, 2022 at 15:23:16
IPTC Creator Address: Glen Oaks Apartment
Leasing Office, 27475 Hesperian Blvd. Hayward,
CA 94545; Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3-256 ·
caf097dbc054c3287a7ee47343344dda2874e1a79
950c1e9b2d6d434bd4c1323

∨ Name & Extension:

Exh_3_[12/28/2022]voicemail.mp3

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_3

● ● ● 🔒 Exh_3_[12/29/2022]A.voicemail.mp3 Info

🎵 **Exh_3_[12/29/2022]A.voicemail.mp3**    489 KB
Modified: Thursday, December 29, 2022 at 4:52 PM

Add Tags...

⌄ General:

Kind: MP3 audio
Size: 489,101 bytes (492 KB on disk)
Where: VOL ▸ Exh_3
Created: Thursday, December 29, 2022 at 4:52 PM
Modified: Thursday, December 29, 2022 at 4:52 PM

☐ Stationery pad
☐ Locked

⌄ More Info:

Title: Exh_3_[12/29/2022]A.voicemail
Duration: 00:12
Audio channels: Mono
Sample rate: 44.1 kHz
Musical genre: Name:    Exh_3_[12/29/2022]A.voicemail.mp3
Created:  December 29, 2022 at 16:52:44
Modified: December 29, 2022 at 16:52:44
Address: 26663 Eldridge Ave, Hayward, CA
94544-3725; Phone Number: (510) 331-7671;
UID: 92488a8f82da7a90df20f527a1386abb;
Carrier: Wireless/Cellular, AT&T WIRELESS;
GPS_Coordinates: 37°38'18.5"N 122°05'18.7"W
Software: IP/PBX network interface
Keywords: mp3 Format
: SHA3-512 –
713590456f8fb2854f7ced4415e40eb80dfe5fd7b
1d541e2bfac2f260076da654d983be19ef9125f88
34faa426792d636605c15434c4a8cf9ec36b4be
b740028

⌄ Name & Extension:

Exh_3_[12/29/2022]A.voicemail.mp3

---

🎵 **Exh_3_[12/29/2022]voicemail.mp3**    710 KB
Modified: Thursday, December 29, 2022 at 3:17 PM

Add Tags...

⌄ General:

Kind: MP3 audio
Size: 709,891 bytes (721 KB on disk)
Where: VOL ▸ Exh_3
Created: Thursday, December 29, 2022 at 3:17 PM
Modified: Thursday, December 29, 2022 at 3:17 PM

☐ Stationery pad
☐ Locked

⌄ More Info:

Title: Exh_3_[12/29/2022]voicemail
Duration: 00:18
Audio channels: Mono
Sample rate: 44.1 kHz
Musical genre: IPTC Description:
Exh_3_[12/29/2022]voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created:  December 29, 2022 at 15:17:10
Modified: December 29, 2022 at 15:17:10
IPTC Creator Address: Glen Oaks Apartment
Leasing Office,  27475 Hesperian Blvd. Hayward,
CA 94545;  Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 384 -
4cfcad87b413d61b4741fd031aca1120d29f9ef0cfba
2f6026e8557dfb325bfe0256ef5801e744ec590f0fe
ea4f3b495

⌄ Name & Extension:

Exh_3_[12/29/2022]voicemail.mp3

## Exh_3

● ● ● 🔒 Exh_3_[12/30/2022]voicemail.mp3 Info

🎵 **Exh_3_[12/30/2022]voicemail.mp3**          277 KB
Modified: Friday, December 30, 2022 at 2:23 PM

Add Tags…

∨ General:

    Kind: MP3 audio
    Size: 276,875 bytes (279 KB on disk)
    Where: VOL ▸ Exh_3
    Created: Friday, December 30, 2022 at 2:23 PM
    Modified: Friday, December 30, 2022 at 2:23 PM

        ☐ Stationery pad
        ☐ Locked

∨ More Info:

        Title: Exh_3_[12/30/2022]voicemail
    Duration: 00:07
Audio channels: Mono
    Sample rate: 44.1 kHz
    Musical genre: Name:       Exh_3_[12/30/2022]voicemail
            Created:  December 30, 2022 at 14:23:18
            Modified: December 30, 2022 at 14:23:18
            Address: 2011 Toronto Ave, San Leandro, CA
            94579-2243; Phone Number: (510) 331-8814; UID:
            ae4e545ad3ac16e98529e13ece7cfe93; Carrier:
            Wireless/Cellular, AT&T WIRELESS
            GPS_Coordinates: 37°40'40.3"N 122°09'18.0"W
            Software: IP/PBX network interface
            Keywords: mp3 Format
            Hash Algorithm: SHA3-256 -
            f8cbd0737cef6bec0994484e13a33918a40eb5520
            57a78970f5898995360fdff

∨ Name & Extension:

Exh_3_[12/30/2022]voicemail.mp3

---

● ● ● 🔒 Exh_3_[12/31/2022]b.voicemail.mp3 Info

🎵 **Exh_3_[12/31/2022]b.voicemail.mp3**          346 KB
Modified: Saturday, December 31, 2022 at 2:26 PM

Add Tags…

∨ General:

    Kind: MP3 audio
    Size: 345,998 bytes (360 KB on disk)
    Where: VOL ▸ Exh_3
    Created: Saturday, December 31, 2022 at 2:26 PM
    Modified: Saturday, December 31, 2022 at 2:26 PM

        ☐ Stationery pad
        ☐ Locked

∨ More Info:

        Title: Exh_3_[12/31/2022]B.voicemail
    Duration: 00:09
Audio channels: Mono
    Sample rate: 44.1 kHz
    Musical genre: Name:       Exh_3_[12/31/2022]B.voicemail.mp3
            Created:  December 31, 2022 at 14:26:04
            Modified: December 31, 2022 at 14:26:04
            Address: 25100 Cypress Ave, APT 102, Hayward,
            CA 94544-2289
            ; Phone Number: (510) 246-4636; UID:
            92b2ece700ec85737ec52af79df80ad5
            ; Carrier: Wireless/Cellular, SPRINT SPECTRUM,
            L.P. (T-MOBILE US, INC)
            ; GPS_Coordinates: 37°39'05.0"N 122°05'09.8"W
            Software: IP/PBX network interface
            Keywords: mp3 Format
            Hash Algorithm: SHA3- 384 -
            86602a2ffa2087b3a2b166733fe149ec32e97b0543
            b22551bcdad01bc0d5d18a721be8e1f9589864fa15
            d9cfef6f19af

∨ Name & Extension:

Exh_3_[12/31/2022]b.voicemail.mp3

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_3

● ● ●  🔒 Exh_3_[12/31/2022]voicemail.mp3 Info

🎵 **Exh_3_[12/31/2022]voicemail.mp3**          346 KB
Modified: Saturday, December 31, 2022 at 4:20 PM

Add Tags...

⌄ General:
    Kind: MP3 audio
    Size: 346,072 bytes (360 KB on disk)
   Where: VOL ▸ Exh_3
  Created: Saturday, December 31, 2022 at 4:20 PM
Modified: Saturday, December 31, 2022 at 4:20 PM

    ☐ Stationery pad
    ☐ Locked

⌄ More Info:
      Duration: 00:09
 Audio channels: Mono
  Sample rate: 44.1 kHz
 Musical genre: Name:     Exh_3_[12/31/2022]voicemail.mp3
           Created:   December 31, 2022 at 16:20:08
           Modified: December 31, 2022 at 16:20:08
           Address: 1150 W Winton Ave, SPC 113, Hayward,
           CA 94545-1426; Phone Number: (510) 909-5759;
           UID: 1daa10c17e1929561f0a373bceb402dc;
           Carrier: CELLCO PARTNERSHIP DBA VERIZON
           WIRELESS - CA (VERIZON WIRELESS)
           GPS_Coordinates: 37°38'59.1"N 122°06'47.3"W;
           Software: IP/PBX network interface
           Keywords: mp3 Format
           Hash Algorithm: SHA3-512 -
           f0e76aa429e780725af794b415c1e465eaa2ab4b1d
           5148550be8cc7c0a63023ea631b3840f9a018bd18
           968e3246775ffbc7fe6c7f3c9209887fa1a55c9cb88
           11

⌄ Name & Extension:

Exh_3_[12/31/2022]voicemail.mp3

**Exh_6_A**



### Exh_6_A

Geri Haas and Sarah Davis. All rights reserved.
Operated by Sarah Davis
Name: Exh_6_A
IPTC Description: Exh_6_A
Creation Date: Jan 13, 2023 at 15:25:02
Modification Date: Jan 13, 2023 at 15:25:02
Date Time Original: Jan 13, 2023 at 15:25:02
Date Time Digitized: Jan 13, 2023 at 15:25:02
Content Creation Date: Jan 13, 2023 at 15:25:02
Composite Create Date: Jan 13, 2023 at 15:25:02
Media Create Date: Jan 13, 2023 at 15:25:02
Owner Name: Geri Haas and Sarah Davis
IPTC Creator Address:   445 8th St, Oakland, CA 94607
GPS_Coordinates: 37°48'01.7"N 122°16'24.7"W
Copyright Geri Haas and Sarah Davis. All rights reserved.
Artist: Operated by Sarah Davis
Aperture_Value: 2.2
Exposure_ time: 1/512
Focal_length: 29.0 mm
ISO: 200
Lens_Make: 8-megapixel rear f-fixed f/2.2 aperture
Lens Model: 8-megapixel rear f-fixed f/2.2 aperture
Model: iPhone 6 Plus
Shutter_Speed_Value: 1/800
Software: iOS 12.5.5
Related Sound File: mp4 Format
F-Number: 1.8
Keywords: Hash Algorithm: SHA3-256 –
0bca55ba888226b2b68053e5fe589b1040c42b673620e1ff7278
13a72800fe56

2023-01-13T15:25:02-0800

⌄ General:

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_6_A.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 332.8 MB |
| Data Rate: | 13.70 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

⌄ Video Details:

| | |
|---|---|
| Encoded FPS: | 25 |
| Data Rate: | 13.59 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

⌄ Audio Details:

| | |
|---|---|
| Language: | English (US) |

**Exh_6_B**



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh 6 C



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_6_D



Exh_7



● ● ●    ⬩ Exh_7_[01_13_2023].jpg Info

Exh_7_[01_13_2023].jpg          1.1 MB
Modified: Friday, January 13, 2023 at 3:28 AM

Add Tags...

⌄ General:

Kind: JPEG image
Size: 1,138,537 bytes (1.1 MB on disk)
Where: VOL ▸ Exh_7
Created: Friday, January 13, 2023 at 3:28 AM
Modified: Friday, January 13, 2023 at 3:28 AM

☐ Stationery pad
☐ Locked

⌄ More Info:

Keywords: Owner Name: ring.com; Ariel and Maridol
Mendones
IPTC Creator Address:  2416 W Tennyson Rd Apt
298 Hayward, CA 94545
Image_Description:  Exh_7_[01_13_2023].jpg
GPS_Coordinates: 37∞37'47.4"N 122∞05'56.3"W
Copyright: Copyright ring.com. All rights reserved
Aperture_Value: 2.2
Exposure_ time: 1/60
Focal_length: 24.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security
camera.
Shutter_Speed_Value: 1/76
Software: Firmware
User Comment: jpg format
FNumber: 1.8
; SHA3-384 -
833fc7c349f9c35bcda54c7aa098ac801f5f70dee
629d97a3a77e12141feabad84dcd78212191b4f29
e2e85dcfed662a
Last opened: Sunday, July 27, 2025 at 3:27 AM
Dimensions: 5100×6600
Color space: RGB
Color profile: Adobe RGB (1998)
Focal length: 24 mm
Description: Exh_7_[01_13_2023].jpg
Alpha channel: No
F number: f/1.8
Exposure time: 1/60
City: Hayward
State or Province: California
Region: USA

● ● ●    ⬩ Exh_7_[01_27_2023].jpg Info

Exh_7_[01_27_2023].jpg          1.4 MB
Modified: Friday, January 27, 2023 at 5:09 AM

Add Tags...

⌄ General:

Kind: JPEG image
Size: 1,414,198 bytes (1.4 MB on disk)
Where: VOL ▸ Exh_7
Created: Friday, January 27, 2023 at 5:09 AM
Modified: Friday, January 27, 2023 at 5:09 AM

☐ Stationery pad
☐ Locked

⌄ More Info:

Keywords: Owner Name: ring.com; Ariel and Maridol
Mendones
IPTC Creator Address:  2416 W Tennyson Rd Apt
298 Hayward, CA 94545
Image_Description:  Exh_7_[01_27_2023].jpg
GPS_Coordinates: 37∞37'47.4"N 122∞05'56.3"W
Copyright: Copyright ring.com. All rights reserved
Aperture_Value: 2.2
Exposure_ time: 1/512
Focal_length: 29.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security
camera.
Shutter_Speed_Value: 1/76
Software: Firmware
User Comment: jpg format
FNumber: 1.8
Keywords: SHA3-256 -
6b5ee41693104c84e9eca90cdc11c4b45fce35d2
0675403a9fe7c2a97b95a3d1
Last opened: Sunday, July 27, 2025 at 3:28 AM
Dimensions: 5100×6600
Color space: RGB
Color profile: Adobe RGB (1998)
Focal length: 29 mm
Description: Exh_7_[01_27_2023].jpg
Alpha channel: No
F number: f/1.8
Exposure time: 1/512
City: Hayward
State or Province: California
Region: USA

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_7**

Exh_7_[02_13_2022].jpg Info

**General:**

Kind: JPEG image
Size: 1,315,671 bytes (1.3 MB on disk)
Where: VOL ▸ Exh_7
Created: Sunday, February 13, 2022 at 3:37 AM
Modified: Sunday, February 13, 2022 at 3:37 AM

☐ Stationery pad
☐ Locked

**More Info:**

Keywords: Name: Exh_7_[02_13_2022].jpg
Creation Date: 13 Feb 2022 03:37:04
Modification Date: 13 Feb 2022 03:37:04
Date Time Original: 13 Feb 2022 03:37:04
Composite Create Date: 13 Feb 2022 03:37:0402

Owner Name: ring.com; Ariel and Maridol Mendones
IPTC Creator Address:  2416 W Tennyson Rd Apt 298 Hayward, CA 94545
Image_Description:  Exh_7_[02_13_2022].jpg
GPS_Coordinates: 37∞37'47.4"N 122∞05'56.3"W
Copyright: Copyright ring.com. All rights reserved
Aperture_Value: 2.2
Exposure_ time: 1/512
Focal_length: 29.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/76
Software: Firmware
User Comment: jpg format
FNumber: 1.8
Keywords: SHA3-384 - cfc36e582960b6960152a128662410e47250d98 03a5d5b44aede02da9bcd2911aaa7be74917b133 382638e633c796882

Dimensions: 5100×6600
Color space: RGB
Color profile: Adobe RGB (1998)
Focal length: 29 mm
Description: Exh_7_[02_13_2022].jpg
Alpha channel: No
F number: f/1.8
Exposure time: 1/512
City: Hayward
State or Province: California
Region: USA

Exh_7_[04_08_2022].jpg Info

Exh_7_[04_08_2022].jpg                    1.1 MB
Modified: Friday, April 8, 2022 at 4:30 AM

Add Tags…

**General:**

Kind: JPEG image
Size: 1,117,816 bytes (1.1 MB on disk)
Where: VOL ▸ Exh_7
Created: Friday, April 8, 2022 at 4:30 AM
Modified: Friday, April 8, 2022 at 4:30 AM

☐ Stationery pad
☐ Locked

**More Info:**

Keywords: Owner Name: ring.com; Ariel and Maridol Mendones
IPTC Creator Address:  2416 W Tennyson Rd Apt 298 Hayward, CA 94545
Image_Description:  Exh_7_[04_08_2022].jpg
GPS_Coordinates: 37∞37'47.4"N 122∞05'56.3"W
Copyright: Copyright ring.com. All rights reserved
Aperture_Value: 2.2
Exposure_ time: 1/512
Focal_length: 29.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/76
Software: Firmware
User Comment: jpg format
FNumber: 1.8
Keywords: SHA3-512 - 2eaf64d11d1647a99b12e726a99decf702d60308 76fadd54f1e067649805c29eaffad3af22469a605 dd68fd5ee849012c37d49ca51acc6164f297d83c 067a507

Dimensions: 5100×6600
Color space: RGB
Color profile: Adobe RGB (1998)
Focal length: 29 mm
Description: Exh_7_[04_08_2022].jpg
Alpha channel: No
F number: f/1.8
Exposure time: 1/512
City: Hayward
State or Province: California
Region: USA

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_7



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_7**



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_8**

Name: Exh_8
IPTC Description: Exh_8
Creation Date: Jan 13, 2023 at 03:28:12
Modification Date: Jan 13, 2023 at 03:28:12
Date Time Original: Jan 13, 2023 at 03:28:12
Date Time Digitized: Jan 13, 2023 at 03:28:12
Content Creation Date: Jan 13, 2023 at 03:28:12
Composite Create Date: Jan 13, 2023 at 03:28:12
Media Create Date: Jan 13, 2023 at 03:28:12
Owner Name: ring.com
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright ring.com. All rights reserved.
Aperture_Value: 2.2
Exposure_ time: 1/512
Focal_length: 29.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/76
Software: Firmware
F-number: 8.0
Related Sound File: Ring chime sound mp4 format
Keywords: Hash Algorithm: SHA3-384 –
4a065d56345991ac44dcc5bf3e8cf0b081ba939c53935d7721cb
2e79d19485a1aab3a26cdca428c1217259067bfc0ac0

2023-01-13T03:28:12-0800

### General:

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_8.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 302.6 MB |
| Data Rate: | 4.97 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

### Video Details:

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 4.86 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

### Audio Details:

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 115.75 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_10**



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_10**



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_11**

```
⊗                        Inspector
                      Name: Exh_11
               IPTC Description: Exh_11
           Creation Date: Mar 23, 2023 at 12:36:34
        Modification Date: Mar 23, 2023 at 12:36:34
       Date Time Original: Mar 23, 2023 at 12:36:34
      Date Time Digitized: Mar 23, 2023 at 12:36:34
     Content Creation Date: Mar 23, 2023 at 12:36:34
    Composite Create Date: Mar 23, 2023 at 12:36:34
       Media Create Date: Mar 23, 2023 at 12:36:34
                  Owner Name: ring.com
    IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
                        CA 94545
      GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
      Copyright: Copyright ring.com. All rights reserved.
                  Aperture_Value: 2.2
                 Exposure_ time: 1/512
                 Focal_length: 29.0 mm
                      ISO: 200
       Lens_Make: ring door security camera lenses.
   Lens Model: Lens model of Ring Doorbell security camera.
              Shutter_Speed_Value: 1/76
                   Software: Firmware
                   F-number: 5.6
       Related Sound File: Ring chime sound mp4 format
          Keywords: Hash Algorithm: SHA3-512 –
   24d49513c60eba5dd13a1fb239ca7589e373831bfe4ea39dab780
   f85704cad8e2ae2cbd8b2517fcd32d5731a1ab22ccfa063960f30
                  0344f131e2d2262ff223ac

                  2023-03-23T12:36:34-0700

  ⌄ General:
              Source:    /Volumes/VOL/Exh_11.mp4
          Resolution:    1920 × 1080
          Data Size:     35.3 MB
          Data Rate:     9.15 Mbit/s
        Current Size:    1440 × 810
        Video Format:    H.264
        Audio Format:    AAC, 48000 Hz

  ⌄ Video Details:
         Encoded FPS:    29.97
           Data Rate:    9.05 Mbit/s
        Aspect Ratio:    16:9
       Current Scale:    0.75×
       Color Primaries:  ITU-R BT.709
    Transfer Function:   ITU-R BT.709
        YCbCr Matrix:    ITU-R BT.709
         Code Points:    (1-1-1)
            Track ID:    2

  ⌄ Audio Details:
            Language:    English (US)
           Data Rate:    100.25 kbit/s
            Channels:    Stereo (L R)
            Track ID:    1
```

Page 27 of 62

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_12**



**Inspector**

d13afb91e8

Name: Exh_12
IPTC Description: Exh_12
Creation Date: Mar 24, 2023 at 01:11:38
Modification Date: Mar 24, 2023 at 01:11:38
Date Time Original: Mar 24, 2023 at 01:11:38
Date Time Digitized: Mar 24, 2023 at 01:11:38
Content Creation Date: Mar 24, 2023 at 01:11:38
Composite Create Date: Mar 24, 2023 at 01:11:38
Media Create Date: Mar 24, 2023 at 01:11:38
Owner Name: ring.com
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward, CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright ring.com. All rights reserved.
Aperture_Value: 2.2
Exposure_ time: 1/512
Focal_length: 29.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/30
Software: Firmware
F-number: 8.0
Related Sound File: Ring chime sound mp4 format
Keywords: Hash Algorithm: SHA3-256 -
15cfc2359e3d3b7172925242120051dbf1ef43b87fb7616858c137
d13afb91e8

2023-03-24T01:11:38-0700

**˅ General:**

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_12.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 28.9 MB |
| Data Rate: | 5.32 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

**˅ Video Details:**

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 5.22 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

**˅ Audio Details:**

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 98.53 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

**Exh_13**

Name: Exh_13
IPTC Description: Exh_13
Creation Date: Mar 24, 2023 at 09:28:00
Modification Date: Mar 24, 2023 at 09:28:00
Date Time Original: Mar 24, 2023 at 09:28:00
Date Time Digitized: Mar 24, 2023 at 09:28:00
Content Creation Date: Mar 24, 2023 at 09:28:00
Composite Create Date: Mar 24, 2023 at 09:28:00
Media Create Date: Mar 24, 2023 at 09:28:00
Owner Name: ring.com
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright ring.com. All rights reserved.
Aperture_Value: 2.2
Exposure_ time: 1/60
Focal_length: 24.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/30
Software: Firmware
F-number: 5.6
Related Sound File: Ring chime sound mp4 format
Keywords: Hash Algorithm: SHA3-384 –
3ec0e155a31e792777a73c263fc9631fa68bafb47488f32f8c86f1
df1f25724c4bfb3769e2a92f3565dabca543c82d9d

2023-03-24T09:28:00-0700

⌄ General:

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_13.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 25.8 MB |
| Data Rate: | 7.57 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

⌄ Video Details:

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 7.47 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

⌄ Audio Details:

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 97.99 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_14



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_15

92c510bcb4b9

Name: Exh_15
IPTC Description: Exh_15
Creation Date: Oct 28, 2023 at 02:10:44
Modification Date: Oct 28, 2023 at 02:10:44
Date Time Original: Oct 28, 2023 at 02:10:44
Date Time Digitized: Oct 28, 2023 at 02:10:44
Content Creation Date: Oct 28, 2023 at 02:10:44
Composite Create Date: Oct 28, 2023 at 02:10:44
Media Create Date: Oct 28, 2023 at 02:10:44
Owner Name: ring.com
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward, CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright ring.com. All rights reserved.
Aperture_Value: 2.2
Exposure_ time: 1/60
Focal_length: 24.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/76
Software: Firmware
F-number: 1.8
Related Sound File: Ring chime sound mp4 format
Keywords: Hash Algorithm: SHA3-256 –
c1768438442a68b8a030dbb1c749ff223eac2ded0402cc9f0ab6
92c510bcb4b9

2023-10-28T02:10:44-0700

⌄ General:

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_15.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 29.6 MB |
| Data Rate: | 4.49 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

⌄ Video Details:

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 4.39 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

⌄ Audio Details:

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 95.68 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

Exh_16

Name: Exh_16
IPTC Description: Exh_16
Creation Date: Mar 11, 2023 at 01:28:44
Modification Date: Mar 11, 2023 at 01:28:44
Date Time Original: Mar 11, 2023 at 01:28:44
Date Time Digitized: Mar 11, 2023 at 01:28:44
Content Creation Date: Mar 11, 2023 at 01:28:44
Composite Create Date: Mar 11, 2023 at 01:28:44
Media Create Date: Mar 11, 2023 at 01:28:44
Owner Name: ring.com
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright ring.com. All rights reserved.
Aperture_Value: 2.2
Exposure_ time: 1/60
Focal_length: 24.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/30
Software: Firmware
F-number: 1.8
Related Sound File: Ring chime sound mp4 format
Keywords: Hash Algorithm: SHA3-384 –
4e9960e8b595adb0d94623dc12493b68d04e9d1a9bd50f73e1d
4e2ff320ae89e1a89734a5268b4c819a30acb5041f2ca

2023-10-28T02:10:44-0700

⌄ General:

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_16.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 381.5 MB |
| Data Rate: | 3.09 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

⌄ Video Details:

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 2.98 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

⌄ Audio Details:

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 104.20 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_17

Name: Exh_17
IPTC Description: Exh_17
Creation Date: Jun 23, 2024 at 00:21:58
Modification Date: Jun 23, 2024 at 00:21:58
Date Time Original: Jun 23, 2024 at 00:21:58
Date Time Digitized: Jun 23, 2024 at 00:21:58
Content Creation Date: Jun 23, 2024 at 00:21:58
Composite Create Date: Jun 23, 2024 at 00:21:58
Media Create Date: Jun 23, 2024 at 00:21:58
Owner Name: ring.com
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward, CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright ring.com. All rights reserved.
Aperture_Value: 2.2
Exposure_ time: 1/60
Focal_length: 24.0 mm
ISO: 200
Lens_Make: ring door security camera lenses.
Lens Model: Lens model of Ring Doorbell security camera.
Shutter_Speed_Value: 1/30
Software: Firmware
F-number: 1.8
Related Sound File: Ring chime sound mp4 format
Keywords: Hash Algorithm: SHA3-512 -
22448209088edbb505a934962fc752c45a21bde5fb12ec9dbbec
4ce65c292b324ce6a88f479d22defbc7c43fdeb27904fe539ebdf
14e82c0fac48316f48eb00b

2024-06-23T00:21:58-0700

**General:**

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_17.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 93 MB |
| Data Rate: | 4.85 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

**Video Details:**

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 4.75 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

**Audio Details:**

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 101.16 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_18**

Exh_18_[10_02_2020].pdf Info

Exh_18_[10_02_2020].pdf                    632 KB
Modified: Friday, October 2, 2020 at 11:12 AM

Add Tags...

General:

Kind: PDF Document
Size: 631,715 bytes (639 KB on disk)
Where: VOL ▸ Exh_18
Created: Friday, October 2, 2020 at 11:12 AM
Modified: Friday, October 2, 2020 at 11:12 AM

☐ Stationery pad
☐ Locked

More Info:

Keywords: CA 94545; 37°37'46.7"N 122°05'44.3"W
27475 Hesperian Blvd. Hayward
Last opened: Tuesday, July 22, 2025 at 10:52 PM
Title: Oct 02, 2020 at 11:12:18
Authors: Velvet Hawk
Description: Oct 02, 2020 at 11:12:18
Version: 1.6
Pages: 1
Resolution: 612×792
Security: Password Encrypted
Content Creator: V. Hawk
Encoding software: Copyright Velvet Hawk. All rights reserved.

Name & Extension:

Exh_18_[10_02_2020].pdf

---

Exh_18_[12_10_2020] .pdf Info

Exh_18_[12_10_2020].pdf                    177 KB
Modified: Thursday, December 10, 2020 at 10:15 AM

Add Tags...

General:

Kind: PDF Document
Size: 177,207 bytes (180 KB on disk)
Where: VOL ▸ Exh_18
Created: Thursday, December 10, 2020 at 10:15 AM
Modified: Thursday, December 10, 2020 at 10:15 AM

☐ Stationery pad
☐ Locked

More Info:

Keywords: CA 94545; 37°37'46.7"N 122°05'44.3"W
27475 Hesperian Blvd. Hayward
Last opened: Tuesday, July 22, 2025 at 10:52 PM
Title: Dec 10, 2020 at 10:15:02
Authors: Velvet Hawk
Description: Dec 10, 2020 at 10:15:02
Version: 1.6
Pages: 1
Resolution: 612×792
Security: Password Encrypted
Content Creator: V. Hawk
Encoding software: Copyright Velvet Hawk. All rights reserved.

Name & Extension:

Exh_18_[12_10_2020] .pdf

## Exh_19



**Exh_20**





DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_21** - Similar with Exh_3_[12/29/2022]

🔴 🟡 🟢 📄 **Exh_3_[12/29/2022]voicemail.mp3 Info**

Add Tags...

**General:**

Kind: MP3 audio
Size: 709,891 bytes (721 KB on disk)
Where: VOL ▸ Exh_3
Created: Thursday, December 29, 2022 at 3:17 PM
Modified: Thursday, December 29, 2022 at 3:17 PM

☐ Stationery pad
☐ Locked

**More Info:**

Title: Exh_3_[12/29/2022]voicemail
Duration: 00:18
Audio channels: Mono
Sample rate: 44.1 kHz
Musical genre: IPTC Description:
Exh_3_[12/29/2022]voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created: December 29, 2022 at 15:17:10
Modified: December 29, 2022 at 15:17:10
IPTC Creator Address: Glen Oaks Apartment
Leasing Office, 27475 Hesperian Blvd. Hayward,
CA 94545; Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 384 -
4cfcad87b413d61b4741fd031aca1120d29f9ef0cfba
2f6026e8557dfb325bfe0256ef5801e744ec590f0fe
ea4f3b495

**Name & Extension:**

Exh_3_[12/29/2022]voicemail.mp3

**Exh_22**



**Exh_22_9_10_21.pdf Info**

**Exh_22_9_10_21.pdf**    375 KB
Modified: Friday, September 10, 2021 at 11:24 AM

Add Tags...

⌄ General:

Kind: PDF Document
Size: 375,092 bytes (377 KB on disk)
Where: VOL ▸ Exh_22
Created: Friday, September 10, 2021 at 11:24 AM
Modified: Friday, September 10, 2021 at 11:24 AM

☐ Stationery pad
☐ Locked

⌄ More Info:

Keywords: 2021 at 11:24:04 Pacific Standard Time, CA
94109; (415)495-9037; 37°47'30.9"N
122°25'19.8"W; Friday, San Francisco,
September 10, Suite 1345, 1700 Van Ness Ave.
Last opened: Tuesday, July 22, 2025 at 2:07 PM
Title: Prescription for Maridol Mendones for Insomnia;
Melatonin 5mg by mouth at bedtime.
Authors: Judith Smith, P.A.
Description: Prescription for Maridol Mendones for Insomnia;
Melatonin 5mg by mouth at bedtime.
Version: 1.6
Pages: 1
Resolution: 612×792
Security: Password Encrypted
Content Creator: Judith Smith
Encoding software: Copyright Judith Smith 2021. All rights reserved.

⌄ Name & Extension:

Exh_22_9_10_21.pdf

---

**Exh_22_Aug_11_2021.pdf Info**

**Exh_22_Aug_11_2021.pdf**    139 KB
Modified: Wednesday, August 11, 2021 at 10:12 AM

Add Tags...

⌄ General:

Kind: PDF Document
Size: 139,423 bytes (147 KB on disk)
Where: VOL ▸ Exh_22
Created: Wednesday, August 11, 2021 at 10:12 AM
Modified: Wednesday, August 11, 2021 at 10:12 AM

☐ Stationery pad
☐ Locked

⌄ More Info:

Keywords: CA 94109; GPS Coordinates: 37°47'31.5"N
122°25'20.0"W; (415)495-9037.
San Francisco
Suite 1345
Copyright Judith Smith. All rights reserved. 1700
Van Ness Ave.
Last opened: Tuesday, July 22, 2025 at 2:08 PM
Title: Informed Result of Cardiac Stress Test for
Maridol Mendones
Authors: Judith Smith
Description: Informed Result of Cardiac Stress Test for
Maridol Mendones.
Version: 1.6
Pages: 1
Resolution: 612×792
Security: Password Encrypted
Content Creator: Judith Smith.
Encoding software: Copyright Judith Smith. All rights reserved.

⌄ Name & Extension:

Exh_22_Aug_11_2021.pdf

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_22**

## Left Panel

● ● ●   📄 Exh_22_Dec_13_2022.pdf Info

📄 **Exh_22_Dec_13_2022.pdf**                    86 KB
Modified: Tuesday, December 13, 2022 at 9:44 AM

Add Tags...

˅ General:

  Kind: PDF Document
  Size: 86,389 bytes (98 KB on disk)
  Where: VOL ▸ Exh_22
  Created: Tuesday, December 13, 2022 at 9:44 AM
  Modified: Tuesday, December 13, 2022 at 9:44 AM

  ☐ Stationery pad
  ☐ Locked

˅ More Info:

  Keywords: CA 94109; GPS Coordinates: 37°47'31.5"N
  122°25'20.0"W; (415)495-9037;
  San Francisco
  Suite 1345
  Copyright Judith Smith. All rights reserved. 1700
  Van Ness Ave.
  Last opened: Tuesday, July 22, 2025 at 2:08 PM
  Title: Informed Result of Medical Evaluation for
  Maridol Mendones
  Authors: Judith Smith, Physician Assistant
  Description: Informed Result of Medical Evaluation for
  Maridol Mendones
  Version: 1.6
  Pages: 1
  Resolution: 612×792
  Security: Password Encrypted
  Content Creator: Judith Smith
  Encoding software: Copyright Judith Smith. All rights reserved.

˅ Name & Extension:

Exh_22_Dec_13_2022.pdf

## Right Panel

● ● ●   📄 Exh_22_Dec_30_2022.pdf Info

📄 **Exh_22_Dec_30_2022.pdf**                    141 KB
Modified: Friday, December 30, 2022 at 9:22 AM

Add Tags...

˅ General:

  Kind: PDF Document
  Size: 140,722 bytes (147 KB on disk)
  Where: VOL ▸ Exh_22
  Created: Friday, December 30, 2022 at 9:22 AM
  Modified: Friday, December 30, 2022 at 9:22 AM

  ☐ Stationery pad
  ☐ Locked

˅ More Info:

  Keywords: CA 94109; GPS Coordinates: 37°47'31.5"N
  122°25'20.0"W; (415)495-9037.
  Suite 1345 San Francisco
  Copyright Judith Smith. All rights reserved.
  Address: 1700 Van Ness Ave.
  Last opened: Tuesday, July 22, 2025 at 2:09 PM
  Title: Informed Result of Recent Prognosis for Maridol
  Mendones
  Authors: Judith Smith
  Description: Informed Result of Recent Prognosis for Maridol
  Mendones
  Version: 1.6
  Pages: 1
  Resolution: 612×792
  Security: Password Encrypted
  Content Creator: Copyright Judith Smith. All rights reserved.
  Encoding software: Copyright Judith Smith. All rights reserved.

˅ Name & Extension:

Exh_22_Dec_30_2022.pdf

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_22**



● ● ●   📕 Exh_22_June_14_2022.pdf Info

📕 **Exh_22_June_14_2022.pdf**                    **141 KB**
Modified: Tuesday, June 14, 2022 at 9:45 AM

Add Tags...

⌄ **General:**

   Kind: PDF Document
   Size: 141,111 bytes (147 KB on disk)
   Where: VOL ▸ Exh_22
   Created: Tuesday, June 14, 2022 at 9:45 AM
   Modified: Tuesday, June 14, 2022 at 9:45 AM

      ☐ Stationery pad
      ☐ Locked

⌄ **More Info:**

         Keywords: CA 94109; GPS Coordinates: 37°47'31.5"N
                   122°25'20.0"W; (415)495-9037.
                   San Francisco
                   Suite 1345
                   Copyright Judith Smith. All rights reserved.
                   Address: 1700 Van Ness Ave.
       Last opened: Tuesday, July 22, 2025 at 2:10 PM
             Title: Regarding Anxiety and Emotional Distress of
                   Patient-Maridol Mendones
           Authors: Judith Smith, Physician Assistant
       Description: Regarding Anxiety and Emotional Distress of
                   Patient-Maridol Mendones
           Version: 1.6
             Pages: 1
        Resolution: 612×792
          Security: Password Encrypted
   Content Creator: Copyright Judith Smith. All rights reserved.
 Encoding software: Copyright Judith Smith. All rights reserved.

⌄ **Name & Extension:**

Exh_22_June_14_2022.pdf

Exh_23



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_25

● ● ● 🔒 Exh_25_[01_24_2023]A_voicemail.mp3 Info

🎵 **Exh_25_[01_24_2023]A_voicemail.mp3**    408 KB
   Modified: Tuesday, January 24, 2023 at 11:08 AM

Add Tags...

˅ General:

   Kind: MP3 audio
   Size: 407,976 bytes (410 KB on disk)
   Where: VOL ▸ Exh_25
   Created: Tuesday, January 24, 2023 at 11:08 AM
   Modified: Tuesday, January 24, 2023 at 11:08 AM

   ☐ Stationery pad
   ☐ Locked

˅ More Info:

   Duration: 00:10
   Authors: Exh_25_[01_24_2023]A_voicemail.mp3
Audio channels: Mono
   Sample rate: 44.1 kHz
      Album: Exh_25_[01_24_2023]A_voicemail.mp3
Musical genre: IPTC Description:
            Exh_25_[01_24_2023]A_voicemail.mp3
            Owner Name: Glen Oaks Leasing Office
            Created:  Jan 24, 2023 at 11:08:04
            Modified: Jan 24, 2023 at 11:08:04
            IPTC Creator Address: Glen Oaks Apartment
            Leasing Office,  27475 Hesperian Blvd. Hayward,
            CA 94545;   Phone Number: (510) 783-7674; Type:
            Landline; UID:
            dbc0230f949d11751b625c3445dbf06a; Carrier:
            PACIFIC BELL (AT&T)
            URL maps link: https://maps.google.com/?
            q=27475+Hesperian+Blvd.+Hayward+94545
            GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
            Software: IP/PBX network interface
            Keywords: mp3 Format
            Keywords: Hash-SHA3- 384 -256 -
            8e3b125011cbf8258e74ee52615584aa08dfd12578
            7cea43e00ddcc1e4784ca6

Year recorded: 2023

˅ Name & Extension:

Exh_25_[01_24_2023]A_voicemail.mp3

---

● ● ● 🔒 Exh_25_[02_10_2021]B_voicemail.mp3 Info

🎵 **Exh_25_[02_10_2021]B_voicemail.mp3**    598 KB
   Modified: Wednesday, February 10, 2021 at 10:26 AM

Add Tags...

˅ General:

   Kind: MP3 audio
   Size: 598,199 bytes (606 KB on disk)
   Where: VOL ▸ Exh_25
   Created: Wednesday, February 10, 2021 at 10:26 AM
   Modified: Wednesday, February 10, 2021 at 10:26 AM

   ☐ Stationery pad
   ☐ Locked

˅ More Info:

   Duration: 00:15
   Authors: Exh_25_[02_10_2021]B_voicemail.mp3
Audio channels: Mono
   Sample rate: 44.1 kHz
      Album: Exh_25_[02_10_2021]B_voicemail.mp3
Musical genre: IPTC Description:
            Exh_25_[02_10_2021]B_voicemail.mp3
            Owner Name: Glen Oaks Leasing Office
            Created:  Feb 10, 2021 at 10:26:04
            Modified: Feb 10, 2021 at 10:26:04
            IPTC Creator Address: Glen Oaks Apartment
            Leasing Office, 27475 Hesperian Blvd. Hayward,
            CA 94545;   Phone Number: (510) 783-7674; Type:
            Landline; UID:
            dbc0230f949d11751b625c3445dbf06a; Carrier:
            PACIFIC BELL (AT&T)
            URL maps link: https://maps.google.com/?
            q=27475+Hesperian+Blvd.+Hayward+94545
            GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
            Software: IP/PBX network interface
            Keywords: mp3 Format
            Keywords: Hash-SHA3- 384 -
            79214f9a5cdbdd73d07f7501395ea8307001372911
            277c9692696b7fe81c96eb94e044f70390790ec90
            844e4cdf9ac4f

Year recorded: 2021

˅ Name & Extension:

Exh_25_[02_10_2021]B_voicemail.mp3

**Exh  25**





DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_25**

● ● ● 🔒 Exh_25_[05_17_2022]E_voicemail.mp3 Info

🎵 **Exh_25_[05_17_2022]E_voicemail.mp3**    599 KB
Modified: Tuesday, May 17, 2022 at 2:28 PM

Add Tags…

˅ General:

Kind: MP3 audio
Size: 599,244 bytes (606 KB on disk)
Where: VOL ▸ Exh_25
Created: Tuesday, May 17, 2022 at 2:28 PM
Modified: Tuesday, May 17, 2022 at 2:28 PM

☐ Stationery pad
☐ Locked

˅ More Info:

Duration: 00:15
Authors: Exh_25_[05_17_2022]E_voicemail.mp3
Audio channels: Mono
Sample rate: 44.1 kHz
Album: Exh_25_[05_17_2022]E_voicemail.mp3
Musical genre: IPTC Description:
Exh_25_[05_17_2022]E_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created:  May 17, 2022 at 14:28:16
Modified: May 17, 2022 at 14:28:16
IPTC Creator Address: Glen Oaks Apartment
Leasing Office,  27475 Hesperian Blvd. Hayward,
CA 94545;  Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 384 –
f51ba0385413b6fa453d104a912c0d63380582abf7
88dbe050857785377b6f3b4d34b1586efcce6477a
f9765048b1d20

Year recorded: 2022

˅ Name & Extension:

Exh_25_[05_17_2022]E_voicemail.mp3

● ● ● 🔒 Exh_25_[06_10_2021]F_voicemail.mp3 Info

☐ Locked

˅ More Info:

Duration: 00:12
Audio channels: Mono
Sample rate: 44.1 kHz
Album: Exh_25_[06_10_2021]F_voicemail.mp3
Musical genre: IPTC Description:
Exh_25_[06_10_2021]F_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created:  Jun 10, 2021 at 14:40:14
Modified: Jun 10, 2021 at 14:40:14
IPTC Creator Address: Glen Oaks Apartment
Leasing Office,  27475 Hesperian Blvd. Hayward,
CA 94545;  Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 512 –
a1f5af89abb27af1adbe26ad6db5420f9cde3a355a9
e7324bf55ae03fc4d75b07091741d9c741eed14198
9f365e5562be39294a0f297bc3b113af3f0789c51e
3

Year recorded: 2021

Comment: IPTC Description:
Exh_25_[06_10_2021]F_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created:  Jun 10, 2021 at 14:40:14
Modified: Jun 10, 2021 at 14:40:14
IPTC Creator Address: Glen Oaks Apartment
Leasing Office,  27475 Hesperian Blvd. Hayward,
CA 94545;  Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 512 –
a1f5af89abb27af1adbe26ad6db5420f9cde3a355a9
e7324bf55ae03fc4d75b07091741d9c741eed14198
9f365e5562be39294a0f297bc3b113af3f0789c51e
3

˅ Name & Extension:

Exh_25_[06_10_2021]F_voicemail.mp3

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

## Exh 25

🔴 🟡 🟢 🔒 Exh_25_[06_19_2023]G_voicemail.mp3 Info

Kind: MP3 audio
Size: 414,152 bytes (426 KB on disk)
Where: VOL • Exh_25
Created: Monday, June 19, 2023 at 11:42 AM
Modified: Monday, June 19, 2023 at 11:42 AM

☐ Stationery pad
☐ Locked

⌄ More Info:

Duration: 00:10
Authors: Exh_25_[06_19_2023]G_voicemail.mp3
Audio channels: Mono
Sample rate: 44.1 kHz
Album: Exh_25_[06_19_2023]G_voicemail.mp3
Musical genre: IPTC Description:
Exh_25_[06_19_2023]G_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created: Jun 19, 2023 at 11:42:18
Modified: Jun 19, 2023 at 11:42:18
IPTC Creator Address: Glen Oaks Apartment
Leasing Office, 27475 Hesperian Blvd. Hayward,
CA 94545; Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 256 -
8912031f0088d2ce75a4119ef8fed77d4e8d7dadb9
81cd6b858decb2d71d84c3

Year recorded: 2023
Comment: IPTC Description:
Exh_25_[06_19_2023]G_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created: Jun 19, 2023 at 11:42:18
Modified: Jun 19, 2023 at 11:42:18
IPTC Creator Address: Glen Oaks Apartment
Leasing Office, 27475 Hesperian Blvd. Hayward,
CA 94545; Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 256 -
8912031f0088d2ce75a4119ef8fed77d4e8d7dadb9
81cd6b858decb2d71d84c3

🔴 🟡 🟢 🔒 Exh_25_[09_08_2022]H_voicemail.mp3 Info

Size: 516,662 bytes (524 KB on disk)
Where: VOL • Exh_25
Created: Thursday, September 8, 2022 at 1:40 PM
Modified: Thursday, September 8, 2022 at 1:40 PM

☐ Stationery pad
☐ Locked

⌄ More Info:

Duration: 00:13
Audio channels: Mono
Sample rate: 44.1 kHz
Album: Exh_25_[09_08_2022]H_voicemail.mp3
Musical genre: IPTC Description:
Exh_25_[09_08_2022]H_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created: Sep 08, 2022 at 13:40:14
Modified: Sep 08, 2022 at 13:40:14
IPTC Creator Address: Glen Oaks Apartment
Leasing Office, 27475 Hesperian Blvd. Hayward,
CA 94545; Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 384 -
0276ea24e79a7d6b088b7f5e113b5dd188baf3ebcb
80ccde662cdb8de8aaa64718cb25332f6400b96ea
3a2fc11cc3650

Year recorded: 2022
Comment: IPTC Description:
Exh_25_[09_08_2022]H_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created: Sep 08, 2022 at 13:40:14
Modified: Sep 08, 2022 at 13:40:14
IPTC Creator Address: Glen Oaks Apartment
Leasing Office, 27475 Hesperian Blvd. Hayward,
CA 94545; Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 384 -
0276ea24e79a7d6b088b7f5e113b5dd188baf3ebcb
80ccde662cdb8de8aaa64718cb25332f6400b96ea
3a2fc11cc3650

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh 25**

● ● ● 🔒 Exh_25_[09_12_2020]I_voicemail.mp3 Info

Created: Saturday, September 12, 2020 at 3:37 PM
Modified: Saturday, September 12, 2020 at 3:37 PM

☐ Stationery pad
☐ Locked

▽ More Info:

Duration: 00:13
Audio channels: Mono
Sample rate: 44.1 kHz
Album: Exh_25_[09_12_2020]I_voicemail.mp3
Musical genre: IPTC Description:
Exh_25_[09_12_2020]I_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created:  Sep 12, 2020 at 15:37:12
Modified: Sep 12, 2020 at 15:37:12
IPTC Creator Address: Glen Oaks Apartment
Leasing Office,  27475 Hesperian Blvd. Hayward,
CA 94545;  Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 512 -
916fe3699a9e3164777410b8ff8400de15ece9b9a3
3c85f4c6d4802362c55b9ddb7c65be13385fbe695
9dbad1a54dc5b70e6931ed48e48c830f91b9f93e0
b4e5

Year recorded: 2020
Comment: IPTC Description:
Exh_25_[09_12_2020]I_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created:  Sep 12, 2020 at 15:37:12
Modified: Sep 12, 2020 at 15:37:12
IPTC Creator Address: Glen Oaks Apartment
Leasing Office,  27475 Hesperian Blvd. Hayward,
CA 94545;  Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 512 -
916fe3699a9e3164777410b8ff8400de15ece9b9a3
3c85f4c6d4802362c55b9ddb7c65be13385fbe695
9dbad1a54dc5b70e6931ed48e48c830f91b9f93e0
b4e5



● ● ● 🔒 Exh_25_[10_14_2020]J_voicemail.mp3 Info

🎵 **Exh_25_[10_14_2020]J_voicemail.mp3**    505 KB
Modified: Wednesday, October 14, 2020 at 10:38 AM

Add Tags…

▽ General:

Kind: MP3 audio
Size: 505,097 bytes (508 KB on disk)
Where: VOL ▸ Exh_25
Created: Wednesday, October 14, 2020 at 10:38 AM
Modified: Wednesday, October 14, 2020 at 10:38 AM

☐ Stationery pad
☐ Locked

▽ More Info:

Duration: 00:13
Audio channels: Mono
Sample rate: 44.1 kHz
Album: Exh_25_[10_14_2020]J_voicemail.mp3
Musical genre: IPTC Description:
Exh_25_[10_14_2020]J_voicemail.mp3
Owner Name: Glen Oaks Leasing Office
Created:  Oct 14, 2020 at 10:38:22
Modified: Oct 14, 2020 at 10:38:22
IPTC Creator Address: Glen Oaks Apartment
Leasing Office,  27475 Hesperian Blvd. Hayward,
CA 94545;  Phone Number: (510) 783-7674; Type:
Landline; UID:
dbc0230f949d11751b625c3445dbf06a; Carrier:
PACIFIC BELL (AT&T)
URL maps link: https://maps.google.com/?
q=27475+Hesperian+Blvd.+Hayward+94545
GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
Software: IP/PBX network interface
Keywords: mp3 Format
Keywords: Hash-SHA3- 256 -
8352ca4873c1c10ff35e6d70cfddd24358108db96e
ee2f5d9a9d200eabc8885c

Year recorded: 2020

▽ Name & Extension:

Exh_25_[10_14_2020]J_voicemail.mp3

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_25**

● ● ● 🔒 Exh_25_[11_11_2022]K_voicemail.mp3 Info

🎵 **Exh_25_[11_11_2022]K_voicemail.mp3**    539 KB
   Modified: Friday, November 11, 2022 at 2:34 PM

Add Tags...

∨ General:

   Kind: MP3 audio
   Size: 538,595 bytes (541 KB on disk)
   Where: VOL ▸ Exh_25
   Created: Friday, November 11, 2022 at 2:34 PM
   Modified: Friday, November 11, 2022 at 2:34 PM

   ☐ Stationery pad
   ☐ Locked

∨ More Info:

   Duration: 00:13
   Audio channels: Mono
   Sample rate: 44.1 kHz
   Album: Exh_25_[11_11_2022]K_voicemail.mp3
   Musical genre: IPTC Description:
          Exh_25_[11_11_2022]K_voicemail.mp3
          Owner Name: Glen Oaks Leasing Office
          Created:  Nov 11, 2022 at 14:34:26
          Modified: Nov 11, 2022 at 14:34:26
          IPTC Creator Address: Glen Oaks Apartment
          Leasing Office,  27475 Hesperian Blvd. Hayward,
          CA 94545;  Phone Number: (510) 783-7674; Type:
          Landline; UID:
          dbc0230f949d11751b625c3445dbf06a; Carrier:
          PACIFIC BELL (AT&T)
          URL maps link: https://maps.google.com/?
          q=27475+Hesperian+Blvd.+Hayward+94545
          GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
          Software: IP/PBX network interface
          Keywords: mp3 Format
          Keywords: Hash-SHA3- 384 -
          6c1c35a4d0173a7ed46392249c76bdb39c8dfd808
          9ee43ce389b54a29dc21ce7505a7c15d13caa3d2b
          4cda41b158bb32

Year recorded: 2022

∨ Name & Extension:

Exh_25_[11_11_2022]K_voicemail.mp3

---

● ● ● 🔒 Exh_25_[11_15_2021]L_voicemail.mp3 Info

🎵 **Exh_25_[11_15_2021]L_voicemail.mp3**    523 KB
   Modified: Monday, November 15, 2021 at 1:33 PM

Add Tags...

∨ General:

   Kind: MP3 audio
   Size: 522,988 bytes (524 KB on disk)
   Where: VOL ▸ Exh_25
   Created: Monday, November 15, 2021 at 1:33 PM
   Modified: Monday, November 15, 2021 at 1:33 PM

   ☐ Stationery pad
   ☐ Locked

∨ More Info:

   Duration: 00:13
   Audio channels: Mono
   Sample rate: 44.1 kHz
   Album: Exh_25_[11_15_2021]L_voicemail.mp3
   Musical genre: IPTC Description:
          Exh_25_[11_15_2021]L_voicemail.mp3
          Owner Name: Glen Oaks Leasing Office
          Created:  Nov 15, 2021 at 13:33:26
          Modified: Nov 15, 2021 at 13:33:26
          IPTC Creator Address: Glen Oaks Apartment
          Leasing Office,  27475 Hesperian Blvd. Hayward,
          CA 94545;  Phone Number: (510) 783-7674; Type:
          Landline; UID:
          dbc0230f949d11751b625c3445dbf06a; Carrier:
          PACIFIC BELL (AT&T)
          URL maps link: https://maps.google.com/?
          q=27475+Hesperian+Blvd.+Hayward+94545
          GPS_Coordinates: 37°37'46.7"N 122°05'44.3"W
          Software: IP/PBX network interface
          Keywords: mp3 Format
          Keywords: Hash-SHA3- 512 -
          dcdcfd03e807a7f1b4802b45a32b2b483e2d2ba09
          41aae19a9fc64102ccb2b04478579cd22f11abe359
          cfde1eaa280f69b774e884ff77234163290c7f929f0
          cd

Year recorded: 2021

∨ Name & Extension:

Exh_25_[11_15_2021]L_voicemail.mp3

---

Exh_27



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_32

IPTC Description: Exh_32.mp4
Creation Date: 29 Dec 2022 14:46:00
Modification Date: 29 Dec 2022 14:46:00
Date Time Original: 29 Dec 2022 14:46:00
Date Time Digitized: 29 Dec 2022 14:46:00
Content Creation Date: 29 Dec 2022 14:46:00
Composite Create Date: 29 Dec 2022 14:46:00
Media Create Date: 29 Dec 2022 14:46:00
Owner Name: Maridol Mendones
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright Maridol Mendones. All rights reserved.
Aperture_Value: 1.8
Exposure_ time: 1/60
Focal_length: 4.2 mm
ISO: 400
Lens_Make: Sapphire.
Lens Model: iPhone 7, Version iOS 15.8.4.
Shutter_Speed_Value: 1/800
Software: iOS 15
F-number: 1.8
Related Sound File: mp4 format
Keywords: Hash Algorithm: SHA3-256 -
72ccb5dd3a14fce3e747a74923ae0972ec7ff82d3d055f6fe03e59
094837f5d1

2022-12-29T14:46:00-0800

⌄ General:
                    Source:    /Volumes/VOL/Exh_32.mp4
                Resolution:    1920 × 1080
                 Data Size:    210.5 MB
                 Data Rate:    4.97 Mbit/s
              Current Size:    1440 × 810
              Video Format:    H.264
              Audio Format:    AAC, 48000 Hz

⌄ Video Details:
               Encoded FPS:    29.97
                 Data Rate:    4.86 Mbit/s
              Aspect Ratio:    16:9
             Current Scale:    0.75×
            Color Primaries:   ITU-R BT.709
         Transfer Function:    ITU-R BT.709
            YCbCr Matrix:      ITU-R BT.709
               Code Points:    (1-1-1)
                  Track ID:    2

⌄ Audio Details:
                  Language:    English (US)
                 Data Rate:    114.28 kbit/s
                  Channels:    Stereo (L R)
                  Track ID:    1

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_35



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_36**

IPTC Description: Exh_36.mp4
Creation Date: 26 Oct 2021 10:25:26
Modification Date: 26 Oct 2021 10:25:26
Date Time Original: 26 Oct 2021 10:25:26
Date Time Digitized: 26 Oct 2021 10:25:26
Content Creation Date: 26 Oct 2021 10:25:26
Composite Create Date: 26 Oct 2021 10:25:26
Media Create Date: 26 Oct 2021 10:25:26
Owner Name: Maridol Mendones
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright Maridol Mendones. All rights reserved.
Aperture_Value: 2.2
Exposure_ time: 1/60
Focal_length: 4.15 mm
ISO: 400
Lens_Make: Sapphire.
Lens Model: iPhone 7, Version iOS 15.8.4.
Shutter_Speed_Value: 1/800
Software: IOS 15
F-number: 1.8
Related Sound File: mp4 format
Keywords: Hash Algorithm: SHA3-384 –
5b8b2bfa39044ec67bd2a0279a1f100857b83d0ae3d7037e972ef
f5b051cdce255c75eb64c12fa4e3ab410e1633dd26c

2021-10-26T10:25:26-0700

**General:**

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_36.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 524.3 MB |
| Data Rate: | 20.14 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

**Video Details:**

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 20.03 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1–1–1) |
| Track ID: | 2 |

**Audio Details:**

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 106.69 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh 37**



IPTC Description: Exh_37.mp4
Creation Date: 01 Nov 2021 10:28:22
Modification Date: 01 Nov 2021 10:28:22
Date Time Original: 01 Nov 2021 10:28:22
Date Time Digitized: 01 Nov 2021 10:28:22
Content Creation Date: 01 Nov 2021 10:28:22
Composite Create Date: 01 Nov 2021 10:28:22
Media Create Date: 01 Nov 2021 10:28:22
Owner Name: Maridol Mendones
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright Maridol Mendones. All rights reserved.
Aperture_Value: 1.8
Exposure_ time: 1/60
Focal_length: 4.15 mm
ISO: 400
Lens_Make: Sapphire.
Lens Model: iPhone 7, Version iOS 15.8.4.
Shutter_Speed_Value: 1/800
Software: iOS 15
F-number: 1.8
Related Sound File: mp4 format
Keywords: Hash Algorithm: SHA3-512 –
b88ffc5f567e153b1c4b2341c2db009bdf9c178ee73b468ec8725
aeac9bd2cc4241d610f6e2e7f44b34e9e8ae3c2d65c45b67fb775
4ae3a8ff536a8672e51835

2021-11-01T10:28:22-0700

**General:**

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_37.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 160.2 MB |
| Data Rate: | 20.17 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

**Video Details:**

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 20.07 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

**Audio Details:**

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 105.62 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_40**



Exh_40_[03_27_2022].jpg Info

Exh_40_[03_27_2022].jpg    1.7 MB
Modified: Sunday, March 27, 2022 at 5:42 AM

Add Tags...

General:
Kind: JPEG image
Size: 1,684,283 bytes (1.7 MB on disk)
Where: VOL • Exh_40
Created: Sunday, March 27, 2022 at 5:42 AM
Modified: Sunday, March 27, 2022 at 5:42 AM

☐ Stationery pad
☐ Locked

More Info:
Keywords: Owner Name: zoom.com
Keywords:
Group chat messages via iPhone, virtual Zoom conference. Utilized iPhone zoom continuous meeting chat. This feature allows meeting participants to communicate before, during, and after a meeting by creating a dedicated group chat in Zoom Team Chat for all meeting participants. When enabled, in-meeting chats will show up in that group chat as they are sent in the meeting, allowing meeting conversations to continue after a meeting ends. The aperture value, exposure time, focal length, and other image properties are not explicitly defined. There is no feature in Zoom that allows other participants to see geographic location during a session. Hash TLS 1.2 within AES 256-bit encryption, SHA-256
76b10d16ffac16f566f04636f750c4800de0392f7af6
51cdcdea7cf0daef8e5e

Last opened: Sunday, July 27, 2025 at 3:24 AM
Dimensions: 5100×6600
Color space: RGB
Color profile: Adobe RGB (1998)
Alpha channel: No

Name & Extension:
Exh_40_[03_27_2022].jpg



Exh_40_[05_05_2022].jpg Info

Kind: JPEG image
Size: 1,831,706 bytes (1.8 MB on disk)
Where: VOL • Exh_40
Created: Thursday, May 5, 2022 at 6:12 AM
Modified: Thursday, May 5, 2022 at 6:12 AM

☐ Stationery pad
☐ Locked

More Info:
Keywords: Owner Name: zoom.com
Keywords:
Group chat messages via iPhone, virtual Zoom conference. Utilized iPhone zoom continuous meeting chat. This feature allows meeting participants to communicate before, during, and after a meeting by creating a dedicated group chat in Zoom Team Chat for all meeting participants. When enabled, in-meeting chats will show up in that group chat as they are sent in the meeting, allowing meeting conversations to continue after a meeting ends. The aperture value, exposure time, focal length, and other image properties are not explicitly defined. There is no feature in Zoom that allows other participants to see geographic location during a session. Hash TLS 1.2 within AES 256-bit encryption, SHA-384 -
3365034b5ad801e367a75a8808a6b5631b1b1c2359
7576265d2dfebe53ce2470aae75767be04d1c58ca3f
3319177fb82

Dimensions: 5100×6600
Color space: RGB
Color profile: Adobe RGB (1998)
Description: Owner Name: zoom.com
Keywords:
Group chat messages via iPhone, virtual Zoom conference. Utilized iPhone zoom continuous meeting chat. This feature allows meeting participants to communicate before, during, and after a meeting by creating a dedicated group chat in Zoom Team Chat for all meeting participants. When enabled, in-meeting chats will show up in that group chat as they are sent in the meeting, allowing meeting conversations to continue after a meeting ends. The aperture value, exposure time, focal length, and other image properties are not explicitly defined. There is no feature in Zoom that allows other participants to see geographic location during a session. Hash TLS 1.2 within AES 256-bit encryption, SHA-384 -
3365034b5ad801e367a75a8808a6b5631b1b1c2359
7576265d2dfebe53ce2470aae75767be04d1c58ca3f
3319177fb82

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_40**

### Exh_40_[12_20_2022].jpg Info

Kind: JPEG image
Size: 1,514,377 bytes (1.5 MB on disk)
Where: VOL › Exh_40
Created: Tuesday, December 20, 2022 at 6:10 PM
Modified: Tuesday, December 20, 2022 at 6:10 PM

☐ Stationery pad
☐ Locked

▽ More Info:

Keywords: Owner Name: zoom.com
Keywords:
Group chat messages via iPhone, virtual Zoom
conference. Utilized iPhone zoom continuous
meeting chat. This feature allows meeting
participants to communicate before, during, and
after a meeting by creating a dedicated group chat in
Zoom Team Chat for all meeting participants. When
enabled, in-meeting chats will show up in that group
chat as they are sent in the meeting, allowing
meeting conversations to continue after a meeting
ends. The aperture value, exposure time, focal
length, and other image properties are not explicitly
defined. There is no feature in Zoom that allows
other participants to see geographic location during
a session. Hash TLS 1.2 within AES 256-bit
encryption, SHA-512 –
e5cf4bdf47f15337ecb31d0ffc55cf49107406be88c77
61523156b0abdf2e7434fb138e83b7c89b90a17014d
4458693943a5b47fdfef964cd5992f43451349a3

Dimensions: 5100×6600
Color space: RGB
Color profile: Adobe RGB (1998)
Description: Owner Name: zoom.com
Keywords:
Group chat messages via iPhone, virtual Zoom
conference. Utilized iPhone zoom continuous
meeting chat. This feature allows meeting
participants to communicate before, during, and
after a meeting by creating a dedicated group chat in
Zoom Team Chat for all meeting participants. When
enabled, in-meeting chats will show up in that group
chat as they are sent in the meeting, allowing
meeting conversations to continue after a meeting
ends. The aperture value, exposure time, focal
length, and other image properties are not explicitly
defined. There is no feature in Zoom that allows
other participants to see geographic location during
a session. Hash TLS 1.2 within AES 256-bit
encryption, SHA-512 –
e5cf4bdf47f15337ecb31d0ffc55cf49107406be88c77
61523156b0abdf2e7434fb138e83b7c89b90a17014d
4458693943a5b47fdfef964cd5992f43451349a3

Exh_56



● ● ●                Exh_56.pdf Info

**Exh_56.pdf**                                        **265 KB**
Modified: Thursday, January 25, 2024 at 3:12 PM

Add Tags...

▽ General:

   Kind: PDF Document
   Size: 264,621 bytes (279 KB on disk)
   Where: VOL
   Created: Thursday, January 25, 2024 at 3:12 PM
   Modified: Thursday, January 25, 2024 at 3:12 PM

   ☐ Stationery pad
   ☐ Locked

▽ More Info:

   Keywords: Digital Certificate Encrypted X.509 with locked
             public key and private key; Authenticated with
             SHA3-512 -
             0733254e9638aaec5faa55c4f8e5004f8f3d0a0
             5ebb44f0d85fb5b4102f92223a2f9f2734e5de5
             c963f68e47b3440c5bed0b205307016d01b994
             a1e8e1cfb8c0
   Last opened: Sunday, July 27, 2025 at 8:42 AM
   Authors: Geri Haas
   Description: Geri Haas Original Signed Declaration in Support
                to Ariel/Maridol Mendones for Mendones, et al
                vs. Cushman and Wakefield Inc., et al
   Version: 1.6
   Pages: 7
   Resolution: 612×792
   Security: Password Encrypted
   Content Creator: Digital Certificate Encrypted X.509 with locked
                    public key and private key; Authenticated with
                    SHA3-512 -
                    0733254e9638aaec5faa55c4f8e5004f8f3d0a0
                    5ebb44f0d85fb5b4102f92223a2f9f2734e5de5
                    c963f68e47b3440c5bed0b205307016d01b994
                    a1e8e1cfb8c0
   Encoding software: Copyright Geri Haas 2024. All rights reserved.

▽ Name & Extension:

   Exh_56.pdf

Exh 57



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh  58**



General:

    Kind: PDF Document
    Size: 189,628 bytes (197 KB on disk)
    Where: VOL
    Created: Saturday, February 10, 2024 at 2:15 PM
    Modified: Saturday, February 10, 2024 at 2:15 PM

        ☐ Stationery pad
        ☐ Locked

More Info:

    Keywords: et al
              Inc.
              et al v. Cushman and Wakefield
              Barbara Clark Original Signed Declaration in
              Support to Ariel Mendones and Maridol
              Mendones in reference to Mendones
    Last opened: Tuesday, July 22, 2025 at 3:24 PM
          Title: Barbara Clark Original  Signed Witness
                 Declaration. Password Encrypted. Read and
                 Print Only.
        Authors: Barbara Clark
    Description: Barbara Clark Original  Signed Witness
                 Declaration.
        Version: 1.6
          Pages: 6
     Resolution: 612×792
       Security: Password Encrypted
Content Creator: Barbara Clark
Encoding software: Copyright Barbara Clark 2024. All rights
                 reserved.

Name & Extension:

    Exh_58.pdf

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

Exh_59



DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh 60**

IPTC Description: Exh_60.mp4
Creation Date: 27 Dec 2022 04:32:02
Modification Date: 27 Dec 2022 04:32:02
Date Time Original: 27 Dec 2022 04:32:02
Date Time Digitized: 27 Dec 2022 04:32:02
Content Creation Date: 27 Dec 2022 04:32:02
Composite Create Date: 27 Dec 2022 04:32:02
Media Create Date: 27 Dec 2022 04:32:02
Owner Name: Maridol Mendones
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward, CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright Maridol Mendones. All rights reserved.
Aperture_Value: 1.8
Exposure_ time: 1/60
Focal_length: 4.15 mm
ISO: 400
Lens_Make: Sapphire.
Lens Model: iPhone 7, Version iOS 15.8.4.
Shutter_Speed_Value: 1/800
Software: iOS 15
F-number: 1.8
Related Sound File: mp4 format
Keywords: Hash Algorithm: SHA3-256 –
36c0182a6694b4a486d388319e95956570201efc8540f325b33
7a787b5bd69dd

2022-12-27T04:32:02-0800

**General:**

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_60.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 300 MB |
| Data Rate: | 7.91 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

**Video Details:**

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 7.85 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

**Audio Details:**

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 63.97 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_61**

IPTC Description: Exh_61.mp4
Creation Date: 28 Dec 2022 08:30:06
Modification Date: 28 Dec 2022 08:30:06
Date Time Original: 28 Dec 2022 08:30:06
Date Time Digitized: 28 Dec 2022 08:30:06
Content Creation Date: 28 Dec 2022 08:30:06
Composite Create Date: 28 Dec 2022 08:30:06
Media Create Date: 28 Dec 2022 08:30:06
Owner Name: Maridol Mendones
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright Maridol Mendones. All rights reserved.
Aperture_Value: 1.8
Exposure_ time: 1/60
Focal_length: 4.15 mm
ISO: 400
Lens_Make: Sapphire.
Lens Model: iPhone 7, Version iOS 15.8.4.
Shutter_Speed_Value: 1/800
Software: iOS 15
F-number: 1.8
Related Sound File: mp4 format
Keywords: Hash Algorithm: SHA3-384 -
3c1b3dd5ff1a4d483ade08ab143a5fdbf543c2499b1a9501032f5
53b5b38e7ea030c2fa2a92a52068900775d83e5f79b

2022-12-28T08:30:06-0800

⌄ General:

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_61.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 301.1 MB |
| Data Rate: | 8.75 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

⌄ Video Details:

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 8.65 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

⌄ Audio Details:

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 98.11 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

**Exh_62**

IPTC Description: Exh_62.mp4
Creation Date: 28 Dec 2022 08:56:04
Modification Date: 28 Dec 2022 08:56:04
Date Time Original: 28 Dec 2022 08:56:04
Date Time Digitized: 28 Dec 2022 08:56:04
Content Creation Date: 28 Dec 2022 08:56:04
Composite Create Date: 28 Dec 2022 08:56:04
Media Create Date: 28 Dec 2022 08:56:04
Owner Name: Maridol Mendones
IPTC Creator Address: 2416 W Tennyson Rd Apt 298 Hayward,
CA 94545
GPS_Coordinates: 37°37'47.9"N 122°05'56.1"W
Copyright: Copyright Maridol Mendones. All rights reserved.
Aperture_Value: 1.8
Exposure_ time: 1/60
Focal_length: 4.15 mm
ISO: 400
Lens_Make: Sapphire.
Lens Model: iPhone 7, Version iOS 15.8.4.
Shutter_Speed_Value: 1/800
Software: iOS 15
F-number: 1.8
Related Sound File: mp4 format
Keywords: Hash Algorithm: SHA3-512 -
17b008ba03b94785b9f8202487303d67e0c374ae93be2b88484
f79357b3bb8cc4f4a825c934470c8d6fc0be920711d12941cf695
332701fa518baeda87e4c641

2022-12-28T08:56:04-0800

⌄ General:

| | |
|---|---|
| Source: | /Volumes/VOL/Exh_62.mp4 |
| Resolution: | 1920 × 1080 |
| Data Size: | 379.7 MB |
| Data Rate: | 11.90 Mbit/s |
| Current Size: | 1440 × 810 |
| Video Format: | H.264 |
| Audio Format: | AAC, 48000 Hz |

⌄ Video Details:

| | |
|---|---|
| Encoded FPS: | 29.97 |
| Data Rate: | 11.80 Mbit/s |
| Aspect Ratio: | 16:9 |
| Current Scale: | 0.75× |
| Color Primaries: | ITU-R BT.709 |
| Transfer Function: | ITU-R BT.709 |
| YCbCr Matrix: | ITU-R BT.709 |
| Code Points: | (1-1-1) |
| Track ID: | 2 |

⌄ Audio Details:

| | |
|---|---|
| Language: | English (US) |
| Data Rate: | 100.00 kbit/s |
| Channels: | Stereo (L R) |
| Track ID: | 1 |

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

# - END PAGE -

DECLARATIONS OF PLAINTIFFS ARIEL MENDONES AND MARIDOL MENDONES IN RESPONSE TO ORDER TO SHOW
CAUSE TERMINATING SANCTION AND REFERRAL TO ALAMEDA COUNTY DISTRICT ATTORNEY

# Exh_10: Civil Case ongoing in Cal. Court of Appeals

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
January 27, 2026

Ariel Mendones
2416 W. Tennyson Rd.
Apt 298
Hayward, CA 94545

RE:     ARIEL MENDONES et al.,
        Plaintiffs and Appellants,
        v.
        CUSHMAN AND WAKEFIELD, INC.,
        Defendant and Respondent.

        Alameda County Super. Ct. No. 23CV028772
        Notice of Appeal Date: January 5, 2026

Dear Counsel:

1) **Court of Appeal Case Information.** The notice of appeal filed on the date set forth above has been lodged in the Court of Appeal. The following case number and division have been assigned to the appeal. This information must appear on all correspondence and documents filed in the Court of Appeal:
                        Case Number: A175443          Division: 2

2) **Court of Appeal Filing Fee.** For each notice of appeal appellant must pay a filing fee of $775.00 or submit for filing a Request to Waive Court Fees form (FW-001) in this court. If the filing fee or a request was not submitted at the time the notice of appeal was filed, either the fee or request will be due **15 days** of this notice. The filing fee may be paid in TrueFiling (choose LETTER – APPELLANT'S FILING FEE - $775.00), by check (mail or in person) or by credit card (telephone or in person).

3) **Civil Case Information Statement Required.** Appellant must serve and file a completed Civil Case Information Statement in the Court of Appeal within **15 days** of this notice, attaching a copy of the judgment or appealed order that shows the date it was entered. (Cal. Rules of Court, rule 8.100(g)(1).) Appellant must identify all judges who participated in this case in the superior court and notify the court if any of the justices in Division 2 participated in this case in the superior court. (The names of the justices of listed at https://www.courts.ca.gov/2344.htm.)

4) **Certificate of Interested Entities or Persons.** Each party to an appeal must serve and file a Certificate of Interested Entities or Persons when it files its first document in this court and include a copy in its principal brief after the cover and before the tables. (See Cal. Rules of Court, rule 8.208.)

5) **Cross-Appeal.** If this case involves a cross-appeal or multiple appeals from the same judgment, the parties must propose a briefing sequence within 20 days of the second notice of appeal as required by California Rules of Court, rule 8.216.

Very truly yours,
Charles D. Johnson, Clerk of the Court

 *C. Carozza*
Deputy Clerk

AFFIDAVIT OF TRANSMITTAL

I am a resident of the United States, over 18 years of age, and not a party to the within action; that my business address is 350 McAllister Street, San Francisco, CA 94102; that I electronically served a copy of the attached material to those persons noted below using the email addresses of record kept by this office.

Those persons without email addresses were served a copy of the attached material via U.S. Postal Service in envelopes addressed as noted below. Said envelopes were sealed and postage fully paid thereon, and thereafter sent from San Francisco, CA 94102 or, alternatively, served via inter-office mail.

I certify under penalty of perjury that the foregoing is true and correct.

Charles D. Johnson, Clerk of the Court

      C. Carozza                         January 27, 2026

_____        _____
Deputy Clerk                                   Date

CASE NUMBER:  A175443

Ariel Mendones
2416 W. Tennyson Rd.
Apt 298
Hayward, CA 94545
mendonesa8@gmail.com

Maridol Mendones


Mark Lynn Dawson
Dawson Law Offices, Inc
3480 Buskirk Ave
Suite 205
Pleasant Hill, CA 94523
mdawson@dawsonlawoffices.com

David Peter Armanini
Dawson Law Offices
3480 Buskirk Ave
Ste 205
Pleasant Hill, CA 94523-4342
darmanini@dawsonlawoffices.com

# Exh_11: Yahoo Legal Dept. Email About the Issued Search Warrant

Case 4:26-xr-90193-NW    Document 4    Filed 02/10/26    Page 137 of 154

1/13/26, 11:41 AM          Yahoo Mail - Re: United States 🇺🇸 Customer Notice: Receipt of Government Data Request, Law Enforcement Response Team Ticket Number Y...

Re: United States 🇺🇸 Customer Notice: Receipt of Government Data Request, Law Enforcement Response Team Ticket Number YAHOO-16885

From:  MARIDOL CRUZ (mcruz_tx_usa@yahoo.com)

To:    notices@kodexglobal.com

Date:  Tuesday, January 13, 2026 at 11:26 AM PST

Hi. What is the Case Number and or Case Name of the search warrant?

On Tuesday, January 13, 2026 at 06:32:07 AM PST, Kodex Notifications <notices@kodexglobal.com> wrote:



GOVERNMENT REQUEST PORTAL

powered by KODEX

## United States 🇺🇸 Customer Notice: Receipt of Government Data Request, Law Enforcement Response Team Ticket Number YAHOO-16885

We are writing to inform you that Yahoo Inc. has been served with legal process requiring the disclosure to a governmental entity of information relating to your Yahoo account.

Please be advised that Yahoo Inc. will respond to the legal process 7 calendar days from the date of this notice, unless we are notified that a motion to quash or other legally appropriate challenge to the legal process has been filed, or the matter has been otherwise resolved.

You may wish to consult an attorney to advise you about this matter.

To obtain a copy of the legal process or contact Yahoo Inc.
regarding this matter, you must email legal-
noticeuser@yahooinc.com and include the Yahoo Reference
YAHOO-16885 in the subject line.

Please be aware that your communications with Yahoo Inc. may
also be discoverable by the government.

Sincerely,

Yahoo Inc. Legal Department

# Exh_12: Motion to Quash

1  ARIEL MENDONES
   MARIDOL MENDONES
2  2416 W Tennyson Rd Apt 298
   Hayward, CA 94545
3  Tel.: (510)502-2398
   Email: mcruz_tx_usa@yahoo.com

4  *Petitioners, In Pro Se*

RECEIVED
ALAMEDA COUNTY

JAN 2 0 2026

CLERK OF THE SUPERIOR COURT
By _____
                        Deputy

5

6

7                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8                        **COUNTY OF ALAMEDA**

9                          **CRIMINAL DIVISION**

10                                      )
                                        )   CASE NUMBER: _____
11  In Re: SERVED TO YAHOO AND          )   WARRANT NO.: 2025_9275
    GOOGLE A SEARCH WARRANT TO          )
12  SEARCH AND SEIZE PROPERTIES         )
    FOR ALL RECORDS ASSOCIATED          )   **NOTICE OF PETITION AND MOTION**
13  WITH THE FOLLOWING                  )   **TO QUASH AND TO SUPPRESS**
    ACCOUNTS:                           )   **EVIDENCE IN REGARD TO ISSUED**
14  MCRUZ_TX_USA@YAHOO.COM              )   **SEARCH WARRANT; MEMORANDUM**
    AKASWAKI@YAHOO.COM                  )   **OF POINTS AND AUTHORITIES IN**
15  MENDONESA8@GMAIL.COM                )   **SUPPORT THEREOF**
                                        )   **(Pen. Code, $ 1546.a(c); Pen. Code § 1538.5)**
16                                      )
                                        )   **Date:** To be set by the Court
17                                      )   **Time:** To be set by the Court
                                        )   **Dept:** To be set by the Court
18  _____     )

19
    / / / / / / / /
20

21

22

23

24

25

26

27

28

NOTICE OF PETITION AND MOTION TO QUASH AND TO SUPPRESS EVIDENCE
IN REGARD TO ISSUED SEARCH WARRANT; MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT THEREOF

# Exh_13: Issued Search Warrant

# SUPERIOR COURT OF CALIFORNIA
## County of Alameda

## SEARCH WARRANT

**THE PEOPLE OF THE STATE OF CALIFORNIA**
to any peace officer in Alameda County

Warrant No. 2025-9275

The affidavit below, sworn to and subscribed before me, has established probable cause for this search warrant which you are ordered to execute as follows:

**Place(s) to be searched**: Described in Exhibit 1A, *attached* hereto and incorporated by reference.

**Property to be seized**: Described in Exhibit 1B, *attached* hereto and incorporated by reference.

**Night service**: [If initialed by judge] For good cause, as set forth in the Statement of Probable Cause, night service is authorized: _____

**Disposition of property**: All property seized pursuant to this search warrant shall be retained in the affiant's custody pending further court order pursuant to Penal Code §§ 1528(a), 1536.

11/24/25    2:41 PM
Date and time warrant issued

Judge of the Superior Court

### ◆ AFFIDAVIT ◆

**Affiant's name and agency**: Special Agent Hiram Duncan, California Department of Justice

**Incorporation**: The facts in support of this warrant are contained in the Statement of Probable Cause which is incorporated by reference. Incorporated by reference and *attached* hereto are Exhibit 1A, describing the place(s) to be searched; and Exhibit 1B, describing the evidence to be seized.

**Evidence type**: (Penal Code § 1524)

☐ Stolen or embezzled property.

☑ Property or things used as a means of committing a felony.

☑ Property or things that are evidence that tends to show a felony has been committed, or tends to show that a particular person has committed a felony.

☐ Property or things consisting of evidence that tends to show that sexual exploitation of a child, in violation of Penal Code § 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Penal Code § 311.11 has occurred or is occurring.

☐ Firearms, deadly weapons: The warrant authorizes a search for a deadly weapon in the following premises:
   **5150**: The premises are occupied or controlled by a person who is in custody on a 5150 W&I hold.
   **Domestic violence**: The premises are occupied by a person arrested for a domestic violence incident involving threatened harm.
   **No firearms order**: The premises are owned or controlled by a person who is prohibited from possessing firearms pursuant to Family Code § 6389.

☐ **Night Service**: [If checked] Authorization for night service is requested based on information contained in the Statement of Probable Cause, filed herewith.

**Authorization to implement special procedure(s)**: The Affidavit filed herewith has demonstrated legal justification for the implementation of the following special procedures which shall be employed by the officers who execute this warrant:

1

11/24/25 36w

**California's Electronic Communications Privacy Act (ECPA) ORDER**
IT IS HEREBY ORDERED that pursuant to California Penal Code § 1546.1(d)(2), any information obtained through the execution of this warrant that is unrelated to the objective of the warrant shall be sealed and shall not be subject to further review, use, or disclosure absent an order from the Court, or to comply with California code 1054 and Brady v Maryland.

**Certificate of Records ORDER**
IT IS HEREBY ORDERED that In compliance with the California Electronic Communications Privacy Act, the Service Provider listed in the search warrant shall provide a valid "Certificate of Records" document consisting of an affidavit which meets requirements of California Evidence Code section 1561 and that the document be returned to the affiant along with a copy of the requested records.

**Five Business Day Record Production ORDER**
IT IS HEREBY ORDERED that the organizations described in this search warrant shall produce the requested records within five (5) business days of receipt of this search warrant.

**California's Prohibited Violation Attestation**
Based on the declaration, the Court finds this search warrant is not related to an investigation into, or enforcement of, a prohibited violation as defined in California Penal Code § 629.51.

**Extension Date of Return to Search Warrant**
IT IS HEREBY ORDERED the affiant or representative of the California Department of Justice need not return this warrant and produce the records within the required days of service to this court for good cause demonstrated in the affidavit. Instead, the warrant and records shall be produced promptly upon receipt. If the requested records are not provided to your affiant within 90 days of the execution of this search warrant, said affiant shall return a notice informing the court of the non-production of records or petition the Court for an extension on or before 01/22/2026.

**Delayed notification order**: The affidavit herein has established sufficient reason to believe that immediate compliance with the notice requirements set forth in Penal Code § 1546.2(a) will result in tampering or destruction of evidence and jeopardize an investigation. Accordingly, pursuant to Penal Code § 1546.2(b)(1), it is hereby ordered that **neither the law enforcement officer(s) who execute this warrant nor the providers receiving the warrant shall give such notification** until one of the following circumstances exist: (1) there is sufficient reason to believe that the threat cited above will not occur, or (2) the passage of 90 days from the date the warrant was executed. This delay of notice may be extended by seeking additional orders.

**Declaration**: I declare under penalty of perjury that the information within my personal knowledge contained in this affidavit, including all incorporated documents, is true.

_____          _____
Date    11/24/2025                        Affiant

                                          Special Agent Hiram Duncan

2

11/24/25

## *Exhibit 1A – Place(s) to be searched:*

**THE INTERNET SERVICE PROVIDER known as Google LLC**
Attn: Google Legal/Investigations Support
1600 Amphitheatre Parkway
Mountain View, CA. 94043
Phone: (844) 383-8524
Email: uslawenforcement@google.com
Service via digital upload: Law Enforcement Request System (LERS)

**THE INTERNET SERVICE PROVIDER known as: Yahoo Inc.**
Attn: Custodian of Records
391 San Antonio Rd (Floors 5 & 6)
Mountain View, CA 94040
Service via electronic upload: https://app.kodexglobal.com/yahoo-inc/signup

3

11/24/25

## *Exhibit 1B – Property to be Seized:*

**Google LLC**
FOR THE FOLLOWING RECORDS:
Records from the above listed Service Provider for the Email Address: **Mendonesa8@gmail.com,**
In compliance with California Electronic Communications Privacy Act referenced by California Penal Code §
1546.1(d)(1), each of the types of records specified below associated with the Google LLC account shall be
for the period of **10/1/2020 to 10/27/2025**. The provided records shall be reviewed for evidence related to the
crime(s) of: 182, 132, 118a, 530.5(a) of the California Penal Code to wit: Conspiracy , Presenting forged
evidence in legal trials or proceedings, Swearing false statements in affidavits to mislead legal proceedings,
Using another's personal information for unlawful purposes.

**Contacts:** Contacts stored by the Target Account including name, contact phone numbers, e-mails, social
network links, and images.
**Google One records:** Records of the Target Accounts use of Google One services to include which Google
One products are utilized by the Target, subscription level and payment information, stored files and their
connected sources, stored device backups, account identifiers of users that the Target Account's Google One
storage is shared with, and records of the Target Accounts use of the Google One Virtual Private Network
(VPN) to include dates and times of VPN activation, utilized IP addresses, and recorded activity.
**Google files:** Records of the Target Accounts use of the Google Files app to include the names of files deleted
using the Google Files app, if available, and information about files that were synced to Google drive or
shared via the app.
**Google Keep:** Google Keep records to include the content of Keep notes, embedded media, and stored files.
**Linked accounts:** Records of all linked external accounts or associated email address, username, or contact
information connected to the Target Account including but not limited to recovery email addresses.
**Subscriber information:** Basic registration or customer information to include name, address, phone number,
contact information, additional accounts, and dates associated with account creation and/or suspension for the
above listed Target Account.
**Gmail records:** Google Gmail records related to the Target Account to include subscriber registration
information; sign-in IP addresses and associated time stamps; email header information; and all Google LLC
stored electronic communications including saved, deleted, sent, stored, & draft email; stored notes; stored
chats and chat logs; account histories; attached files to include digital images, videos, documents, links, and
any other files associated with the Target Account.
**Google Messages:** Records of stored Google Messages both synced from Google devices used by the Target
account or via Google Message for Web for the dates indicated. Such records shall include dates and times of
messages, message sender and recipient identifiers, and message content with attachments.
**Google Voice records:** Stored communications such as Call, Text, and Data detail records associated with the
identified Target Account for the above listed dates and times. These records shall also include all text
message or chat content, voicemails and transcriptions, any other stored communications, and any shared files
both sent or received. These records shall include stored audio recordings of Google Voice calls, if available.
**IP address logs:** Information related to IP addresses used for the creation of the Target Account as well as IP
addresses used to access to Google LLC apps and services or where the user took actions like uploading files
or sending messages. Such records should include the dates and times of such events.
**Google Calendar events:** Stored calendar data for the Target Account to include shared calendars and
records showing what account the calendar was shared with.
**Google Docs files:** Stored Google Docs records to include Docs, Sheets, Slides, and Forms to include records
of collaboration and sharing that show who these file(s) were shared with or accessed by and shall include
archived copies of Docs, Sheets, Slides, and Forms.
**Google Drive:** Stored files in Google Drive stored by or accessible to the Target Account to include the files
EXIF or metadata and records that indicate if a file was shared or accessed by anyone other than the listed
Target Account with their associated account identifiers.
**Google Forms:** Records of the Target Accounts use of Google Forms to include forms and surveys that the

4

11/24/25 ☒☐

target created, manages, or participated in with the associated form results.

**Google Photos:** Stored photo and video files to include associated metadata & geo-location data and associated album name, photo image tags provided by the Target Account, tagged photos and the identities of persons tagged in the Target Account's photos if associated with a Google account.

**Web and app activity (Including Search):** Stored search and internet history activity on apps and browsers from Search, Maps, Now, and other Google products. These records shall also include records collected by the Target Account's use of the Google Toolbar if installed and while the Target Account was signed in.

**Google Gemini:** All prompt history, prompt responses, and documents, videos, or files generated using Google Gemini including timestamps, metadata, and logs regarding user activity.

**Yahoo!**

FOR THE FOLLOWING RECORDS:

Records from the above listed Service Provider for the Email Address: **akaswaki@yahoo.com, mcruz_tx_usa@yahoo.com**

Each of the types of records specified below shall be for the period of **10/1/2020 to 10/27/2025**. for evidence related to the crime(s) of: 182, 132, 118a, 530.5(a) of the California Penal Code to wit: Conspiracy , Presenting forged evidence in legal trials or proceedings, Swearing false statements in affidavits to mislead legal proceedings, Using another's personal information for unlawful purposes.

**Subscriber information:** Subscriber information to include name, address, phone number, contact information, additional accounts, and dates associated with account creation and/or suspension for the above listed Target Account.

**Stored Communication:** Stored electronic communications including saved, deleted, sent, stored, & draft email; account histories; digital images, buddy lists, method of payment, detailed billing information, and any other files associated with User and/or User account(s).

11/24/25

# Exh_7: Procedural error for disqualification of a judge

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>11/07/2025<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: _D. Fisher_ Deputy<br>D. Fisher |
| PLAINTIFF/PETITIONER:<br>Ariel Mendones  et al | |
| DEFENDANT/RESPONDENT:<br>Cushman and Wakefield, Inc. et al | |
| **CERTIFICATE OF MAILING** | CASE NUMBER:<br>23CV028772 |

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the attached document upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Oakland, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Ariel Mendones
2416 W Tennyson Rd,Apt 298
Hayward, CA 94545

Maridol Mendones
2416 W Tennyson Rd
Apt 298
Hayward, CA 94605

Chad Finke, Executive Officer / Clerk of the Court

Dated: 11/07/2025

By:

_D. Fisher_

D. Fisher, Deputy Clerk

**CERTIFICATE OF MAILING**

**FILED**
Superior Court of California
County of Alameda
11/06/2025
Clad Fike , Executive Officer / Clerk of the Court
By: _____ Deputy
D. Fisher

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

RENÉ C. DAVIDSON COURTHOUSE

Ariel Mendones, et al.,

                 Plaintiff, et al.,

      v.

Cushman and Wakefield, Inc., et al.,

                 Defendant, et al.

No.: 23CV028772

**Order Denying Ex Parte Application for Post-Order Relief**

The Court held a hearing on September 9, 2025 in response to an Order to Show Cause why the Court should not issue terminating sanctions against Ariel and Maridol Mendones (Plaintiffs) for submitting false testimony to the Court in support of their motion for Summary Judgment. Plaintiffs did not appear, their agent for service of process sending an email to the Court an hour and a half before the hearing indicating that Plaintiffs would not appear because they had gone to a hospital emergency room six hours earlier complaining of nonspecific chest problems for Maridol Mendones.

The Court issued an Order re: Terminating Sanctions (Order) on September 9, 2025.

On September 29, 2025, Plaintiffs filed an Ex Parte Application for relief: (1) under C.C.P. §§ 170.1, 170.3, and 170.4; (2) under C.C.P. §§ 473(b); (3) under C.C.P. §§ 663; and

1

Order to Show Cause re Terminating Sanctions

1  (4) under C.C.P. §§ 657. All ground seek to set aside the Order, and also seeking to

2  disqualify Judge Victoria Kolakowski.

3      Defendants Cushman & Wakefield filed an Opposition to Plaintiffs' Ex Parte

4  Application for Post Order Relief on October 6, 2025.

5      Plaintiffs filed a Reply to Defendants' Opposition to Plaintiffs' Ex Parte Application

6  for Post Order Relief on October 8, 2025.

7      The request for disqualification is STRICKEN and all the Plaintiffs' other requests

8  are denied herein for the reasons set forth below.

9

10     1)  Disqualification Under C.C.P. §§ 170.1, 170.3, and 170.4

11

12     On or about September 29, 2025, Plaintiffs filed an ex parte application seeking,

13  inter alia, disqualification of Judge Victoria Kolakowski pursuant to C.C.P. §§ 170.1,

14  170.3, and 170.4.

15     To the extent the ex parte application is brought pursuant to C.C.P. § 170.3, the

16  request is STRICKEN as (1) Plaintiffs did not serve the application pursuant to C.C.P. §

17  170.3(c)(1); and (2) it discloses no legal grounds for disqualification, pursuant to C.C.P. §

18  170.4(b).

19     A challenge must be filed with the clerk and personally served on the judicial officer

20  alleged to be disqualified, or on his clerk, if the judicial officer is present in the courthouse

21  or in chambers. (See C.C.P. § 170.3(c)(1).) The ex parte challenging Judge Kolakowski was

22  not personally served on the Judge or her clerk. The court is not required to respond to a

23  statement of disqualification until the statement has been served on the judge in

24  conformance with the statute. (C.C.P. § 170.3, subd. (c)(1) and (c)(3); Urias v. Harris

25  Farms, Inc. (1999) 234 Cal.App.3d 415, 419 ["'the court properly refused to consider the

26  statement until it was served"].) Thus, the Challenge is stricken for failure to serve,

27  pursuant to C.C.P. § 170.3(c)(1).

28

1    Even if the ex parte were personally served, on its face, the ex parte application

2  fails to disclose grounds for disqualification.

3    Under C.C.P. § 170.3(c)(1), the verified statement objecting to the hearing before the

4  judge must be presented at the earliest practical opportunity after discovery of the facts

5  constituting the ground for disqualification. The ex parte application takes issue with

6  events from June 12, 2025 through September 10, 2025. However, Plaintiffs did not file

7  the challenge until September 29, 2025.

8    The strict promptness requirement under CCP 170.3 is not to be taken lightly, as a

9  failure to comply constitutes forfeiture or an implied waiver of the disqualification.

10 (Magana v. Superior Court (2018) 22 Cal.App.5th 840, 856.) When a statement of objection

11 is untimely filed, it is appropriate for the trial court to order it stricken. (Id.) If a party is

12 aware of grounds for disqualification of a judge but waits until after a pending motion is

13 decided to present the statement of objection, the statement may be stricken as untimely.

14 (Id.) Once a challenge is struck as untimely, there is nothing for an independent judge to

15 review. (Id. at p. 857.) Disqualification occurs when the facts creating disqualification

16 arise, not when disqualification is established. (Christie v. City of El Centro (2006) 135

17 Cal.App.4th 767, 776.)

18    The ex parte application further takes issue with the Court's ruling denying

19 Plaintiffs' motion for summary judgment and issuance of terminating sanctions following

20 an order to show cause. It is well-established that adverse and/or erroneous rulings do not

21 establish judicial bias. (People v. Avila (2009) 46 Cal.4th 680, 696; People v. Guerra (2006)

22 37 Cal.4th 1067, 1112; see also McEwen v. Occidental Life Ins. Co. (1916) 172 Cal. 6, 11;

23 Kreling v. Superior Court (1944) 25 Cal.2d 305, 312.) "[T]he mere fact that a judicial

24 officer rules against a party does not show bias." (In re Marriage of Tharp (2010) 188

25 Cal.App.4th 1295, 1328.) The United States Supreme Court has found that judicial rulings

26 rarely constitute a valid basis for a bias or prejudice motion. (Liteky v. United States

27 (1994) 510 U.S. 540, 555-556.)

28

Order to Show Cause re Terminating Sanctions

1    Pursuant to the foregoing, Plaintiffs have failed to establish evidence of bias

2    requiring the disqualification of Judge Kolakowski. As such, the challenge is STRICKEN.

3

4         2)  Relief Due to Mistake, Inadvertence, Surprise, or Excusable Neglect Under

5             C.C.P. § 473(b)

6

7         Plaintiffs allege that mistake, inadvertence, surprise, or excusable neglect applies

8    in this case because Plaintiffs were unavailable to attend the hearing on September 9,

9    2025 due to health concerns. They cite Exhibit 5, a document from Sutter Health dated

10   September 9, 2025.[1]

11        The Court received an email from Penny Wright, their agent for service of process,

12   at 1:00 p.m. saying that "The Mendones' couple is unable to appear in today's hearing.

13   Attached is their doctor's note from the hospital. Below are their contest statements in

14   reference to the Court's tentative ruling." (Exhibit 6). The hearing was scheduled for 2:30

15   p.m. Ms. Wright is not counsel for the Plaintiffs.

16        This should be viewed in context. The hearing was originally scheduled to be held

17   on August 12, 2025. The Plaintiffs in a filing on August 8, 2025 requested that the matter

18   be rescheduled to September 09, 2025 at 2:30 p.m. "for reason that we need more time to

19   look for any attorney to represent us." They further explained that additional time would

20   be needed for any attorney to get up to speed, and that the "extension is necessary for the

21   fact that we are pro se litigants and as laypersons in law, presence of legal counsel is

22   imperative."

23        The Court granted their request and continued the hearing to allow them to seek

24   counsel.

25
     _____
26

27

28   [1] Exhibit 5 contains an email dated September 20, 2025, after the date of the hearing.

                                              4
                        Order to Show Cause re Terminating Sanctions

1    The day before the hearing, Plaintiff filed, through process server Penny Wright, an
2  eight-page substantive contest to the tentative ruling, along with proof of service and 52
3  pages of exhibits.

4    The day of the hearing, the department received the email from Ms. Wright an hour
5  and half before the hearing, containing the medical report and a courtesy copy of the 61-
6  page contest filing.

7    The medical report says that Maridol Mendones appeared at the emergency room
8  complaining of "Nonspecific Chest Pain, Adult." It contains no diagnosis, test results, or
9  other specific information. It says that they reported all of the allergies on the report were
10  in listed in error. It says they checked in at 6:58 a.m. and the excuse notes say they both
11  could return to work or school on September 10, 2025, the following day. This suggests
12  that the condition was not serious.

13    Given the timing of the request, the availability of the Plaintiffs' substantive
14  arguments through their filings, the nonspecific nature of the medical report, and the
15  extensive review by the Court of the record to date, the Court chose to proceed with the
16  hearing and to rule based upon the extensive written record.

17    The Court continues to believe that the absence of the Plaintiffs at the hearing had
18  no substantive impact on the outcome of the hearing.

19
20    3)  Relief Due to Erroneous Decision Without Legal Basis and Unsupported by
21        Facts Under C.C.P. § 663
22
23    Plaintiffs contend that there was error on the part of the Court and the Order was
24  unsupported by law and fact. This is an improper attempt to request reconsideration of
25  the Order, and is therefore denied.

26
27    4)  New or Further Trial Under C.C.P. § 657
28

Order to Show Cause re Terminating Sanctions

1

2        No trial was held, and thus C.C.P. § 657 is inapplicable in this case.

3

4                                    ORDERS

5

6        The request for disqualification is STRICKEN and all the Plaintiffs' other requests

7    are denied herein for the reasons set forth.

8

9

10

11    Dated: November 6, 2025

12                                         Victoria Kolakowski
                                          Judge of the Superior Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          6